# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STAND UP FOR CALIFORNIA!, et al., | Civil Action No. 1:12-cv-02039-BAH |
| Plaintiffs, | Honorable Beryl A. Howell |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to 5 U.S.C. §705, Fed. R. Civ. P. 65, and Local Civil Rule 65.1, Plaintiffs Stand Up For California!, Randall Brannon, Madera Ministerial Association, Susan Stjerne, First Assembly of God-Madera and Dennis Sylvester hereby move the Court to issue a Preliminary Injunction to enjoin the defendants from transferring into trust on behalf of the North Fork Rancheria of Mono Indians the 305.49 acre parcel that is the subject of this action, pending resolution of this action on the merits.

Pursuant to Local Civil Rule 7(m), counsel has discussed this motion with opposing counsel in a good faith effort to resolve or narrow the areas of disagreement. Counsel for defendants will oppose this motion.

In support of this motion, plaintiffs rely upon the attached Memorandum of Points and Authorities and Declarations of Heidi McNeil Staudenmaier, Cheryl Schmit and Randall Brannon, which are filed herewith. Oral argument is requested, and pursuant to this Court's Minute Order dated December 26, 2012, a hearing for oral argument has been set on January 25, 2013, at 2:00 p.m. in Courtroom 15.

16308992.3

Dated: January 11, 2013                          By:  /s/ Sean M. Sherlock
                                                         /s/ Benjamin S. Sharp

Benjamin S. Sharp (D.C. 211623)
Elisabeth C. Frost (D.C. 1007632)
PERKINS COIE, LLP
700 Thirteenth Street, N.W.
Suite 600
Washington, D.C.  20005-3960
Telephone:   202.654.6200
Facsimile:    202.654.6211
BSharp@perkinscoie.com
EFrost@perkinscoie.com

Heidi McNeil Staudenmaier
(*Admitted Pro Hac Vice*)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren Street
Suite 1900
Phoenix, Arizona 85004-2202
Telephone:  602.382.6366
Facsimile:  602.382.6070
HStaudenmaier@swlaw.com

Sean M. Sherlock
(*Admitted Pro Hac Vice*)
Harsh P. Parikh
(*Admitted Pro Hac Vice*)
SNELL & WILMER L.L.P.
Plaza Tower
600 Anton Boulevard
Suite 1400
Costa Mesa, California 92626
Telephone: 714.427.7000
Facsimile: 714.427.7799
ssherlock@swlaw.com
hparikh@swlaw.com

*Attorneys for Plaintiffs Stand Up For California!, Randall Brannon, Madera Ministerial Association, Susan Stjerne, First Assembly of God–Madera, and Dennis Sylvester*