IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STAND UP FOR CALIFORNIA!, et al., <br><br> Plaintiffs, <br><br> v. <br><br><br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | Civil Action No. 1:12-cv-02039-BAH <br><br> Assigned to the Hon. Beryl A. Howell |

## DECLARATION OF REV. RANDALL BRANNON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Randall Brannon, declare as follows:

**Personal Background**

1. I make this declaration based upon my personal knowledge of the matters set forth below.

2. I am over the age of 18 and competent to make this declaration.

3. I am a plaintiff in the above-captioned litigation. I do not have a financial interest in the outcome of the litigation.

4. I am a resident of Madera County, California. My residence address is 26171 Valerie Avenue, Madera, California 93638. I live just north of the Madera city limits and just east of California Highway 99. I have lived at this location since 1983 and my wife and I raised our four children here.

5. I receive my water from wells that draw from the ground water underneath the properties that are in the adjacent area as well as under my property.

6. I have been a vocal opponent of the proposed fee-to-trust transfer of a private

parcel of land located off of Highway 99 and Avenue 17 in the County of Madera (the "Casino Parcel") for the North Fork Rancheria of Mono Indians (the "North Fork Tribe"). Along with its business partner, Station Casinos LLC, the North Fork Tribe proposes to use this parcel to operate a class III mega-casino.

7. My home is located within approximately 3 miles of the Casino Parcel. The proposed mega casino site is on the west side of Highway 99 and the east property line abuts the highway.

## Pastoral Background

8. I am the senior pastor at the Grace Community Church in the County of Madera. I have been a pastor there since April 1983.

9. Grace Community Church is located in the County of Madera at 17755 Road 26, Madera, California 93637. The church has been in that location for 27 years.

10. The congregation is regularly attended by approximately 400 to 450 individuals per week between its Sunday and Wednesday night meetings and worship services, approximately one-third of which are children under the age of 18-years old. A high percentage of these live within the vicinity of the Casino Parcel.

11. The church houses the Crossroads Christian School on its property that operates during the weekdays. The school provides K-8 educational programs for children in the community and has been at that location for 14 years. The school has approximately 100 students at this location, who range in age from 5 to 14.

12. I am also a member of the Madera Ministerial Association ("MMA"), which is an association of Christian ministries in the City and County of Madera, California. Among its various activities, the MMA exists to follow public policy issues, such as the proposed development of the mega-casino in Madera, and provide public comment on such matters in the form of written letters and oral testimony. I am one of the leaders of the MMA and, in that capacity, I have assisted in the drafting of letters to various public officials and testifying at hearings. I have also written letters and testified in my personal capacity.

13. The MMA is a plaintiff in the above-captioned litigation. The MMA does not have a financial interest in the outcome of this litigation.

### The BIA's Disorganized March 12, 2008 Public Hearing

14. I attended a public hearing organized by the Bureau of Indian Affairs ("BIA") for the proposed trust acquisition and mega-casino development on March 12, 2008, at the Hatfield Mall, Madera County Fair Grounds.

15. The BIA was ill prepared to handle the amount of input that could have been given. To that end, the venue for this hearing was woefully undersized, the hearing did not allow for full public participation and the hearing was conducted in a manner that was clearly biased in favor of mega-casino proponents. Numerous emotional appeals were made by the mega-casino proponents that had little or no substantive reason to permit the fee-to-trust acquisition to go forward.

16. The site selected for the hearing could not accommodate all of the attendees, causing BIA to turn away hundreds of individuals who wanted to participate in the public hearing.

17. Proponents were given a full opportunity to provide comments in support of the Casino, while opponents were limited to three minutes, this being the case with the time allocated for my presentation.

18. As a result of these irregularities at the public hearing, the significant interest in the proposed action (over 800 people attended or attempted to attend the public hearing) and the length of the Final Environmental Impact Study (four volumes with over 1,000 pages), requests were made for BIA to extend the public comment period beyond the statutory 45-day minimum and to hold additional public hearings. To the best of my knowledge, BIA either denied all such requests or failed to provide such opportunities for input.

### The Mega-Casino's Harmful Impact to the Community

19. By virtue of my occupation as pastor, personal involvement in the community, and the length of time that I have lived in Madera, I am personally familiar with many of the

individuals, families, and businesses in my community. I am also familiar with the general sentiment among members of the community involving development and growth issues, including the opposition to the mega-casino proposed for the Casino Parcel. Moreover, I am personally familiar with traffic needs, patterns, and density in my community, as well as environmental issues, including, air quality, dust, and water pollution.

20. The location of both Grace Community Church and the school is within approximately 1½ to 2 miles of the Casino Parcel and the proposed mega-casino property.

21. Approximately 70% or more of congregants and students travel through the intersection of Highway 99 and Avenue 17 to attend the church or the school. This is the major interchange for the Casino Parcel and will be used as a freeway-interchange-access point for the proposed mega casino.

22. Attached as **Exhibit 13** to the Appendix of Evidence is a true and correct copy of an aerial map of the City of Madera, California and the surrounding community, which shows the location of the proposed mega-casino site. I obtained this map in or about spring 2005 in connection with my work opposing the casino project. I expect that this document will become a part of the agency's administrative record in this proceeding.

23. Attached as **Exhibit 14** to the Appendix of Evidence is a true and correct copy of an aerial map of the City of Madera, California and the North Fork Rancheria, which shows the location of the proposed mega-casino site. This document accurately portrays the distance between the North Fork Rancheria and the proposed mega-casino site.

24. Attached as **Exhibit 15** to the Appendix of Evidence is a true and correct copies letters dated October 18, 2007 and March 12, 2008 that I sent to BIA opposing the compact between the State of California and the North Fork Tribe. In it, I identified for the BIA that the Madera County Board of Supervisors had failed to consider the opinions of the voters of Madera County regarding the proposed mega-casino, and that the mega-casino is proposed for an urban site that has no ties to the Mono tribe. In addition, the letters identified the broad societal harm caused by casino gaming, such as crime, familial impact, economic impact, and job loss. I

expect that this document will become part of the agency's administrative record in this proceeding.

25.  Attached as **Exhibit 16** to the Appendix of Evidence are true and correct copies of the February 11, 2010 and September 3, 2010 letters I sent to the Secretary of the Interior and the Assistant Secretary of the Interior of the Bureau of Indian Affairs expressing my objections to the proposed fee-to-trust transfer for the North Fork Tribe. In my letters, I brought to the Secretary's and the Assistant Secretary's attention detrimental impacts that the proposed casino will have on the surrounding community, including economic impact on the City and County of Madera and the societal harm of casino gaming, including increased crime, familial impact, job loss, and the increased burden on social services. I expect that these documents will become part of the agency's administrative record in this proceeding.

26.  Attached as **Exhibit 17** to the Appendix of Evidence is a true and correct copy of a book entitled H.V. EASTMAN LAKE AND ITS FORGOTTEN FRONTIERS, by Norman L. Wilson and Arlean Towne, published by the US Army Corps of Engineers. I obtained this book from Jerry Magnuson, the head park ranger at Buchannan Dam-H.V. Eastman Lake in Madera County, California in or about September 2012.

27.  Attached as **Exhibit 18** to the Appendix of Evidence is a true and correct copy of a September 30, 2005 letter that I wrote to Secretary of the Interior Gale A. Norton expressing my opposition to the proposed fee-to-trust transfer for the North Fork Tribe. I expect that this document will become part of the agency's administrative record in this proceeding.

28.  My home, the church and school receive water from wells that draw from the ground water underneath the church and deep wells that share groundwater with the Casino Parcel. Based upon the findings in the Environmental Impact Statement prepared for the BIA, I am concerned that the water used by the proposed mega-casino will deplete groundwater available for my property, the church, and others in the community.

29.  Based upon my nearly 30 years of experience as pastor of Grace Community Church, I have become familiar with the needs and values of the Madera community. Many of

my congregants and others in the community moved to Madera because of its rural, family atmosphere, and safe environment for their children. I and many of my congregants strongly oppose having a casino in our community because of the crime and adverse social consequences that casinos bring.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2013, at Madera, California.

Rev. Randall Brannon