IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STAND UP FOR CALIFORNIA!, et al., <br><br> Plaintiffs, <br><br> v. <br><br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | Civil Action No. 1:12-cv-02039-BAH <br><br> Assigned to the Hon. Beryl A. Howell |

### DECLARATION OF SUSAN STJERNE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Susan Stjerne, declare as follows:

1. I make this declaration based upon my personal knowledge of the matters set forth below.

2. I am over the age of 18 and competent to make this declaration.

3. I am a resident of Madera County. My home is located at 24349 Tropical Drive, Madera, California 93638.

4. I am a plaintiff in the above-captioned litigation. I do not have a financial interest in the outcome of the litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2013, at Madera, California.

_____
Susan Stjerne