IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**STAND UP FOR CALIFORNIA!, et al.,**

        **Plaintiffs,**

    **v.**

**UNITED STATES DEPARTMENT OF
THE INTERIOR, et al.,**

        **Defendants.**

Civil Action No. 1:12-cv-02039-BAH

Assigned to the Hon. Beryl A. Howell

## DECLARATION OF REV. DENNIS SYLVESTER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Dennis Sylvester, declare as follows:

1.    I make this declaration based upon my personal knowledge of the matters set forth below.

2.    I am over the age of 18 and competent to make this declaration.

3.    I am a resident of Madera County. My home is located at 18355 Road 25, Madera, California 93638.

4.    I am a plaintiff in the above-captioned litigation. I do not have a financial interest in the outcome of the litigation.

5.    I am the senior pastor at First Assembly of God-Madera, which is also a plaintiff in this litigation. First Assembly of God-Madera does not have a financial interest in the outcome of this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of January, 2013, at Madera, California.

_____
Rev. Dennis Sylvester