IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STAND UP FOR CALIFORNIA!, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,**<br><br>**Defendants.** | Civil Action No. 1:12-cv-02039-BAH<br><br>Assigned to the Hon. Beryl A. Howell |

### DECLARATION OF HEIDI MCNEIL STAUDENMAIER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Heidi McNeil Staudenmaier, declare as follows:

1. I make this declaration based upon my personal knowledge of the matters set forth below.

2. I am counsel for Plaintiffs Stand Up For California!, Madera Ministerial Association, First Assembly of God-Madera, Rev. Randall Brannon, Rev. Dennis Sylvester, and Susan Stjerne in the above-captioned litigation (collectively "Plaintiffs").

3. Attached hereto as **Exhibit 1** is a true and accurate copy of my December 5, 2012 Freedom of Information Act ("FOIA") request letter that was sent via facsimile and email to the Bureau of Indian Affairs ("BIA") offices in Washington, D.C. and Sacramento, California. One of the purposes of this FOIA request was to obtain the administrative record of the Department of the Interior's ("DOI") decision to acquire private land near Madera, California in trust for the North Fork Rancheria of Mono Indians (the "North Fork Tribe").

4. As of the date of this motion, I have not received any responsive documents from the BIA pertinent to my FOIA request. Accordingly, Plaintiffs do not have the entire administrative record that forms the basis of the Secretary of the Interior's decision to transfer

the private land into trust for the North Fork Tribe.

5. Attached hereto as **Exhibit 2** is a true and accurate copy of my email exchange (and attachments) with Gina L. Allery, attorney with the United States Department of Justice and counsel for the Defendants in this action, dated December 19 – 20, 2012. My email requested, on behalf of the Plaintiffs, a voluntary stay of transferring the land into trust pending the adjudication of the merits in this case. This exhibit includes Ms. Allery's response to that request.

6. Part of **Exhibit 2** is a December 18, 2012 letter from Michael J. Berrigan, Associate Solicitor – Indian Affairs, DOI, to Craig Alexander, Chief, Indian Resources Section, Environment & Natural Resources Division, United States Department of Justice. I attached this letter to the December 19, 2012 email that I sent to Ms. Allery. I obtained this letter from my co-counsel in this action, Jenna MacLean, who received it from Ms. Allery on or about December 18, 2012, in connection with her request for a fee-to-transfer stay in litigation involving the Enterprise Rancheria of Maidu Indians and is captioned *Citizens For A Better Way, et al. v. United States Department of the Interior, et al*, No. 12-cv-02052-RBW.

7. Attached hereto as **Exhibit 3** is a true and accurate copy of the North Fork Tribe's Notice of Intent to Intervene in this action that was served on me as counsel for the Plaintiffs on or about December 24, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2013, at Phoenix, Arizona.

_____
Heidi McNeil Staudenmaier