IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STAND UP FOR CALIFORNIA!, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,**<br><br>**Defendants.** | Civil Action No. 1:12-cv-02039-BAH<br><br>Honorable Beryl A. Howell |

### [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of the Motion of Plaintiffs Stand Up For California!, Randall Brannon, Madera Ministerial Association, Susan Stjerne, First Assembly of God–Madera, and Dennis Sylvester for a Preliminary Injunction, and the entire record herein, on this ___ day of _____, 2013, the Court finds that plaintiffs have demonstrated both a strong likelihood of success on the merits and the possibility that they face immediate, irreparable injury, and it is hereby

**ORDERED** that Defendants Kenneth Lee Salazar, Kevin K. Washburn, the Bureau of Indian Affairs, the U.S. Department of Interior, their agents, servants, employees, successors, and assigns (collectively, "Defendants"), and all those in active concert or participation with them, be and hereby are enjoined and restrained during the pendency of this action from taking the following actions:  (1) Transferring or accepting into trust that certain 305.49-acre parcel of land (the "Casino Parcel") described in the Notice of Final Agency Determination published in the Federal Register on December 3, 2012, at 77 Fed.Reg. 71611-71612 (the "Notice"), for the North Fork Rancheria of Mono Indians;  (2) Issuing or approving and all instruments of conveyance, or otherwise formalizing acceptance into trust of the Casino Parcel under 25 C.F.R.

§151.14; and (3) Any other actions in furtherance of the transfer of land into trust as addressed in the Notice; and it is

**FURTHER ORDERED** that this Preliminary Injunction shall take effect immediately and shall remain in effect pending entry of final judgment in this action or further order of this Court.

**SO ORDERED.**


Dated: _____ ___, 2013          By: _____
                                            UNITED STATES DISTRICT JUDGE