IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STAND UP FOR CALIFORNIA!, et al.,**<br><br>　　　　　**Plaintiffs,**<br><br>　　v.<br><br><br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,**<br><br>　　　　　**Defendants.** | Civil Action No. 1:12-cv-02039-BAH<br><br>Honorable Beryl A. Howell |

# APPENDIX OF EVIDENCE

**Evidence in Request for Judicial Notice**

| Exhibit | Description | Page |
|---|---|---|
| 1 | H.R. 4893 to Amend Section 20 of the Indian Gaming Regulatory Act to Restrict Off-Reservation Gaming, 109th Cong. 109-46 (April 4, 2006) | 6-90 |
| 2 | Petition for Writ of Certiorari in *U.S. Dept. of the Interior v. State of South Dakota*, No. 95-1956 (June 3, 1996), 1996 WL 34432929 | 91-104 |
| 3 | Reply Brief for Federal Petitioners in Patchak v Salazar, Nos. 11-246 and 11-247 (filed Apr. 2012) | 105-132 |
| 4 | Excerpt from the Federal Register: 31 Fed. Reg. 2911 (February 18, 1966) | 133-134 |
| 5 | Excerpt from the Federal Register: 61 Fed. Reg. 18,082 (Apr. 24, 1996) | 135-137 |
| 6 | Excerpt from the Federal Register: 73 Fed. Reg. 29,354-01 (May 20, 2008) | 138-165 |
| 7 | Excerpt from the Federal Register: 77 Fed. Reg. 71,611 (Dec. 3, 2012) | 166-168 |
| 8 | 2010 United States Census Data Table regarding the City of Madera | 169-171 |
| 9 | United States Government Accountability Office, letter regarding Indian Issues: BLM's Program for Issuing Individual Indian Allotments on Public Lands Is No Longer Viable (October 20, 2006) | 172-195 |

[*see next page*]

16426652

**Evidence in Declaration for Heidi McNeil Staudenmaier**

| Exhibit | Description | Page |
|---|---|---|
| 10 | Letter from Heidi Staudenmaier to the Bureau of Indian Affairs dated December 5, 2012 | 196-199 |
| 11 | Email exchange between Gina L. Allery and Heidi Staudenmaier with attachment dated December 19-20, 2012 | 200-205 |
| 12 | North Fork Tribe's Notice of Intent to Intervene dated December 24, 2012 | 206-210 |

**Evidence in Declaration for Rev. Randall Brannon**

| Exhibit | Description | Page |
|---|---|---|
| 13 | Aerial Map of the City of Madera, California and the surrounding community | 211-212 |
| 14 | Aerial Map of the City of Madera, California and the North Fork Rancheria | 213-214 |
| 15 | Letter from Randall Brannon to the Bureau of Indian Affairs dated March 12, 2008 and Letter from Randall Brannon to the Bureau of Indian Affairs dated October 18, 2007 | 215-217 |
| 16 | Letter from Randall Brannon to the Bureau of Indian Affairs dated September 3, 2010 and Letter from Randall Brannon to the US Department of Interior dated February 11, 2010 | 218-222 |
| 17 | H.V. EASTMAN LAKE AND ITS FORGOTTEN FRONTIERS, by Norman L. Wilson and Arlean Towne, published by the US Army Corps of Engineers. | 223-276 |
| 18 | Letter from Randall Brannon to the Secretary of the Interior Gale A. Norton dated September 30, 2005 | 277-278 |

[*see next page*]

| Exhibit | Description | Page |
|---|---|---|
| 19 | Record of Decision Issued by the U.S. Department of the Interior and the Bureau of Indian Affairs dated September 1, 2011 ("IGRA ROD") | 279-374 |
| 20 | Record of Decision Issued by the U.S. Department of the Interior and the Bureau of Indian Affairs dated November 26, 2011 ("IRA ROD") | 375-445 |
| 21 | Letter from Cheryl Schmit to Amy Dutschke Acting Regional Director of the BIA dated March 12, 2008 | 446-460 |
| 22 | Letter from Cheryl Schmit to Dale Morris, Regional Director of the BIA dated September 7, 2010 | 461-464 |
| 23 | Request for Concurrence Letter from Larry Echo Hawk to California Governor Jerry Brown dated September 1, 2011 ("Governor Concurrence Request") | 465-517 |
| 24 | United States Department of Interior's Response to the Questions for the Record dated October 24, 2011 | 518-529 |
| 25 | Station Casinos LLC's 10-Q Report for the Quarterly Period Ending September 30, 2012 | 530-660 |
| 26 | Letter from Governor Brown to Kenneth Salazar dated August 31, 2012 | 661-662 |
| 27 | Congressional Acts of 1906, 1908 and 1913 | 663-693 |
| 28 | Reno Indian Agency 1923 Annual Report and Letter to DOI by Colonel L.A. Dorrington (June 23, 1927) | 694-725 |
| 29 | Letter from the Commissioner of the Depart of the Interior to Senator Elmer Thomas, then-Chairman of the Committee on Indian Affairs dated March 18, 1937 | 726-736 |
| 30 | +Termination Report to accompany H.R. 2824 dated July 22, 1958 | 737-787 |
| 31 | 1958 Termination Act Report | 788-795 |
| 32 | Stipulation Entered in *Hardwick v. United States,* C-70-1910-SW dated December 22, 1983 | 796-809 |
| 33 | August 1986 Peace Officer Law Report from the California Attorney General | 810-825 |
| 34 | North Fork Tribe's amended fee-to-trust application dated April 7, 2009 | 826-891 |
| 35 | United States Department of the Interior internal draft list of tribes | 892-898 |
| 36 | Letter from Kevin De Leon Assembly Assistant Majority Leader, Forty-Fifty Assembly District to Carl Artman, Assistant Secretary, Indian Affairs dated March 10, 2008 | 899-901 |
| 37 | Letter from Dean Florez, State Senator, District 16 to Carl Artman, Assistant Secretary, Indian Affairs dated March 6, 2008 | 902-904 |
| 38 | Letter from John R. Wright Director of Planning and Development Services, City of Clovis to Amy Dutschke Acting Regional Director of | 905-906 |

| | | |
|---|---|---|
| | the Bureau of Indian Affairs dated March 13, 2008 | |
| 39 | Letter from U.S. Senator Diane Feinstein and U.S. Senator Harry Reid to Secretary Kempthorne dated May 9, 2008 | 907-909 |
| 40 | Letter from Carl Artman to Dale Morris dated May 12, 2008 | 910-912 |
| 41 | Letter from Robert H. Smith, Chairman California Tribal Business Alliance to Dale Morris dated October 31, 2008 | 913-915 |
| 42 | Letter from Robert L. Poythress to Dale Morris dated March 7, 2009 and Letter from Robert L. Poythress to David Randall dated May 31, 2009 and Letter from Robert L. Poythress to Agency Director and staff, Bureau of Indian Affairs dated June 24, 2011 | 916-922 |
| 43 | Letter from Andrew T. Souza City Manager to Dale Morris dated March 23, 2009 | 923-927 |
| 44 | Letter from Ashley Swearengin Mayor, City of Fresno to Dale Morris dated March 23, 2009 | 928-929 |
| 45 | Letter from Various Individuals to Interior Secretary Ken Salazar dated November 3, 2009 | 930-934 |
| 46 | Letter from Jim Erickson, Madera County Farm Bureau Board President to Interior Secretary Ken Salazar dated February 2, 2010 | 935-937 |
| 47 | Letter from Jeff Denham U.S. Representative to Interior Secretary Ken Salazar dated February 17, 2011 and Letter from Jeff Denham U.S. Representative to Interior Secretary Ken Salazar dated October 6, 2011 | 938-942 |
| 48 | Letter from U.S. Senator Dianne Feinstein to Interior Secretary Ken Salazar dated March 9, 2012 | 943-945 |
| 49 | Various letters from Members of the California Legislature to Carl Artman, Assistant Secretary, Indian Affairs | 946-954 |
| 50 | Selected Excerpts from 2009 FEIS Report Section 1 "Purpose and Need," Section 2 "Alternative" and Section 8 "References" | 955-1069 |
| 51 | North Fork Rancheria Title Documents | 1070-1078 |

Dated: January 11, 2013

By: /s/ Sean M. Sherlock
/s/ Benjamin S. Sharp

Benjamin S. Sharp (D.C. 211623)
Elisabeth C. Frost (D.C. 1007632)
PERKINS COIE, LLP
700 Thirteenth Street, N.W.
Suite 600
Washington, D.C.  20005-3960
Telephone:   202.654.6200
Facsimile:    202.654.6211
BSharp@perkinscoie.com
EFrost@perkinscoie.com

Heidi McNeil Staudenmaier
(*Admitted Pro Hac Vice*)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren Street
Suite 1900
Phoenix, Arizona 85004-2202
Telephone:  602.382.6366
Facsimile:  602.382.6070
HStaudenmaier@swlaw.com

Sean M. Sherlock
(*Admitted Pro Hac Vice*)
Harsh P. Parikh
(*Admitted Pro Hac Vice*)
SNELL & WILMER L.L.P.
Plaza Tower
600 Anton Boulevard
Suite 1400
Costa Mesa, California 92626
Telephone: 714.427.7000
Facsimile: 714.427.7799
ssherlock@swlaw.com
hparikh@swlaw.com

***Attorneys for Plaintiffs Stand Up For California!, Randall Brannon, Madera Ministerial Association, Susan Stjerne, First Assembly of God–Madera, and Dennis Sylvester***

15426652