# EXHIBIT 4

idence is received it will be evaluated along with such other evidence as may be available before making a determination that the contemplated operations of the vessel will or will not cause such economic hardship or injury.

DONALD L. MCKERNAN,
*Director,*
*Bureau of Commercial Fisheries.*

FEBRUARY 15, 1966.

[F.R. Doc. 66-1747; Filed, Feb. 17, 1966; 8:48 a.m.]

## Office of the Secretary
## CERTAIN RANCHERIAS IN CALIFORNIA
### Notice of Termination of Federal Supervision Over Property and Individual Members

Notice is hereby given that the Indians and the dependent members of their immediate families named below are no longer entitled to any of the services performed by the United States for Indians because of their status as Indians; that all statutes of the United States which affect Indians because of their status as Indians shall be inapplicable to them, and the laws of the several States shall apply to them in the same manner as they apply to other citizens within their jurisdiction. Title to the land on the North Fork, Picayune, Graton, and Pinoleville Rancherias has passed from the U.S. Government under the distribution plans approved April 29, 1960; June 30, 1960; September 17, 1959; and May 10, 1960; respectively, for the above-named Rancherias.

### NORTH FORK RANCHERIA
Eighty acres, more or less, located in Madera County, Calif., about 2 miles from the town of North Fork, and described as: SE¼NE¼, Section 20, and SW¼NW¼, Section 21, Township 8 South, Range 23 East, M.D.B. & M.

| Name | Birthdate | Address |
|---|---|---|
| Mrs. Susan Johnson. | Mar. 8, 1874 | General Delivery, North Fork, Calif. |

### PICAYUNE RANCHERIA
Eighty acres, more or less, set aside by Executive Order on April 24, 1912, located in Madera County, Calif., about 1 mile from State Highway 41 and about 3 miles from the town of Coarsegold, described as: N/2NE/4, Section 29, Township 8 South, Range 21 East, Mount Diablo Base and Meridian.

| Name | Birthdate | Address |
|---|---|---|
| Gordon Wyatt | Nov. 27, 1911 | Post Office Box 74, Coarsegold, Calif. |
| Winnie Wyatt | May 18, 1939 | Same. |
| Holly Wyatt | Dec. 6, 1941 | Same. |
| Jane Wyatt | Dec. 21, 1943 | Same. |
| Maryan Ramirez | May 5, 1920 | Post Office Box 75, Coarsegold, Calif. |
| Louis Ramirez, Jr. | Dec. 27, 1951 | Same. |
| Ruth Anna Ramirez. | Oct. 29, 1953 | Same. |
| Anthony Ramirez | Dec. 3, 1954 | Same. |
| Mona Lisa Ramirez. | Aug. 15, 1957 | Same. |
| Mike Ramirez | Mar. 22, 1959 | Same. |

### GRATON RANCHERIA
Fifteen and 45/100 acres of land described as: All that certain lot, piece or parcel of land, situate, lying and being in the township of Analy, county of Sonoma, State of California, being a portion of the Rancho El Molino, and bounded and particularly described as follows, to wit: Beginning in the middle of the new Santa Rosa and Occidental road where the same is intersected by the Easterly boundary of the "Green Ranch," so called, conveyed by J. W. Ragsdale, Commissioner, to John Mills by deed dated December 28, 1895, which is recorded in Vol. 163 of Deeds, page 94, Sonoma County Records; thence along said Easterly boundary, South 13°40' East, 16.25 chains to the most Easterly corner of said "Green Ranch" and the Southerly line of the Rancho El Molino; thence along the Southerly boundary thereof, South 47° West 10.10 chains; thence leaving said boundary and running parallel to the Easterly boundary of said "Green Ranch," North 13°40' West, 18.00 chains to a stake in the middle of the new Santa Rosa and Occidental road; thence along the middle of said road, North 36°40' East, 3.67 chains, North 67°40' East, 6.00 chains to the place of beginning, containing fifteen and forty-five one hundredths (15.45) acres.

Being the same land (excepting the right-of-way) that there were conveyed to Joseph Corda by deed from Ruth P. Huffman, dated May 13, 1911, and recorded in Book 276 of Deeds, page 148, by deed from the Sonoma County Camp Meeting Association, dated September 16, 1912, and recorded in Book 304 of Deeds, page 121, of Sonoma County Records.

| Name | Birthdate | Address |
|---|---|---|
| Frank Truvido | June 5, 1910 | 10091 Occidental Rd., Sebastopol, Calif. |
| Gloria Truvido | June 1, 1945 | Same. |

### PINOLEVILLE RANCHERIA
Ninety-nine and 53/100 acres of land located in Mendocino County, Calif., described in deed dated March 13, 1911, recorded in Book 123 of Deeds, page 418; and deed dated September 15, 1911, recorded in Book 133 of Deeds, page 283, Recorder's Office, county of Mendocino, Calif.

| Name | Birthdate | Address |
|---|---|---|
| Francis Maize | June 28, 1916 | Box 633, Ukiah, Calif. |
| Marjorie Maize | July 22, 1919 | Same. |
| Marjorie Maize | Feb. 20, 1939 | Same. |
| Lillie Ann Maize | Jan. 23, 1940 | Same. |
| Ralph Maize | Apr. 3, 1941 | Same. |
| Edith Maize | Feb. 24, 1943 | Same. |
| Harold Maize | Sept. 3, 1945 | Same. |
| Verle Maize | Sept. 3, 1946 | Same. |
| Loretta Maize | Sept. 15, 1947 | Same. |
| Elsie McGee | Sept. 24, 1896 | General Delivery, Ukiah, Calif. |
| Gertrude McGee | Feb. 12, 1923 | Same. |
| Eugene Avelino | Oct. 14, 1947 | Same. |
| Lorelei Avelino | June 3, 1949 | Same. |
| Joe Mitchell | Apr. 24, 1906 | Post Office Box 204, Potter Valley, Calif. |
| Mary K. Mitchell | Apr. 22, 1912 | Same. |
| Karen Mitchell | Jan. 25, 1950 | Same. |
| Charlie Wright | Mar. 4, 1929 | Post Office Box 668, Oroville, Calif. |
| Mollie Jackson | Jan. 17, 1896 | Route 1-N, Box 629, Ukiah, Calif. |
| Jim Jackson | Dec. 20, 1940 | Same. |

| Name | Birthdate | Address |
|---|---|---|
| Allen Wright | Oct. 21, 1899 | Route 1-N, Box 529, Ukiah, Calif. |
| Stella Wright | Aug. 16, 1900 | Same. |
| Caroline Wright | July 24, 1935 | 434 East 17th St., San Francisco, Calif. |
| Janice Wright Leggett. | May 10, 1939 | Route 1-N, Box 529, Ukiah, Calif. |
| May Wright | Jan. 5, 1940 | 434 East 17th St., San Francisco, Calif. |
| Fredrick Wright | Oct. 27, 1943 | Route 1-N, Box 529, Ukiah, Calif. |
| Lorraine Lockhart | May 10, 1903 | Box 55, Ukiah, Calif. |
| Donna Lockhart | Feb. 3, 1942 | Same. |
| Sylvia Miller Watchman. | July 22, 1940 | General Delivery, Lakeport, Calif. |
| Arvada Miller | Nov. 22, 1942 | Same. |
| Henry Miller | Nov. 28, 1944 | Same. |
| Smith Williams | Mar. 3, 1911 | Route 1-N, Box 536, Ukiah, Calif. |
| Don Williams | Mar. 26, 1944 | Same. |
| Nancy Jane Williams. | July 5, 1946 | Same. |
| Leona Williams | Feb. 22, 1949 | Same. |
| Gladys Lockhart | Oct. 26, 1899 | Box 633, Ukiah, Calif. |
| Kenneth Knight | May 22, 1913 | Same. |
| Kenneth Knight, Jr. | Nov. 24, 1942 | Same. |
| Mary Ann Knight | ...do... | Same. |
| Elizabeth Knight | Dec. 9, 1946 | Same. |
| Michael Knight | Mar. 12, 1948 | Same. |
| Mario Pollock | Apr. 28, 1923 | Route 1-N, Ukiah, Calif. |
| Dianna Pollock | July 18, 1946 | Same. |
| Gary Pollock | Mar. 15, 1948 | Same. |
| Joe Myers | Jan. 16, 1940 | 7617 Brighton Dr., Dublin, Calif. |
| Leonard Allen | Mar. 10, 1922 | 226 Plumas St., Orland, Calif. |
| Geraldine Allen | Mar. 19, 1921 | Same. |
| Leonard Allen, Jr. | Dec. 1, 1944 | Same. |
| Michael Allen | Oct. 22, 1949 | Same. |
| Sharon Allen | Sept. 27, 1952 | Same. |
| John Allen | Oct. 19, 1953 | Same. |
| Arthur Allen | May 1, 1895 | Route 1, Box 535, Ukiah, Calif. |
| Elsie Allen | Sept. 26, 1900 | Same. |
| Jacqueline Mitchell. | Apr. 23, 1948 | Same. |
| Lawrence Allen | July 1, 1905 | Route 2-N, Box 529-E, Ukiah, Calif. |
| Jane Allen | Oct. 9, 1921 | Same. |
| Martha Knight | July 19, 1942 | Same. |
| Sandra Knight | Apr. 14, 1946 | Same. |
| Jeanne Allen | Aug. 27, 1948 | Same. |
| Robert Allen | May 30, 1952 | Same. |
| Paul Allen | Apr. 16, 1956 | Same. |
| Donald Allen | Dec. 16, 1957 | Same. |
| Tillie Myers | Aug. 1, 1924 | Route 1, Box 529-A, Ukiah, Calif. |
| Robert Myers | Feb. 11, 1942 | Same. |
| Larry Myers | July 27, 1944 | Same. |
| Joyce Myers | June 10, 1946 | Same. |

This notice is issued pursuant to the Act of August 18, 1958 (72 Stat. 619), amended August 11, 1964 (78 Stat. 390), including the provisions in the 1964 Act that this notice affects only Indians who are not members of any tribe or band of Indians and therefore not eligible to participate herein; and that all restrictions and tax exemptions applicable to trust or restricted lands or interests therein owned by the Indians who are affected by this notice are terminated.

This notice becomes effective as of the date of publication in the FEDERAL REGISTER.

HARRY R. ANDERSON,
*Assistant Secretary of the Interior.*

FEBRUARY 14, 1966.

[F.R. Doc. 66-1738; Filed, Feb. 17, 1966; 8:47 a.m.]