# EXHIBIT 7

accuracy of the agency's estimate of the burden of the proposed collection of information; (3) Enhance the quality, utility, and clarity of the information to be collected; and (4) Minimize the burden of the collection of information on those who are to respond; including through the use of appropriate automated collection techniques or other forms of information technology, e.g., permitting electronic submission of responses.

*This notice also lists the following information:*

*Title of Proposed:* Survey of New Manufactured (Mobile) Home Placements.

*OMB Approval Number:* 2528–0029.
*Form Numbers:* C–MH–9A.

*Description of the need for the information and proposed use:*

The Survey of Manufactured (Mobile) Home Placements collects data on the characteristics of newly manufactured homes placed for residential use including number, sales price, location, and other selected characteristics. HUD uses the statistics to respond to a Congressional mandate in the Housing and Community Development Act of 1980, 42 U.S.C. 5424 note, which requires HUD to collect and report manufactured home sales and price information for the Nation, census regions, states, and selected metropolitan areas and to monitor whether new manufactured homes are being placed on owned rather than rented lots. HUD also used these data to

monitor total housing production and its affordability. Furthermore, the Survey of Manufactured (Mobile) Home Placements serves as the basis for HUD's mandated indexing of loan limits. Section 2145(b) of the Housing and Economic Recovery Act (HERA) of 2008 requires HUD to develop a method of indexing to annually adjust Title I manufactured home loan limits. This index is based on manufactured housing price data collected by this survey. Section 2145 of the HERA of 2008 also amends the maximum loan limits for manufactured home loans insured under Title I. HUD implemented the revised loan limits, as shown below, for all manufactured home loans for which applications are received on or after March 3, 2009.

|  | Number of respondents | Annual responses | × | Hours per response | = | Burden hours |
|---|---|---|---|---|---|---|
| Reporting Burden ................................................................... | 6,000 | 1 |  | 0.5 |  | 3,000 |

*Total estimated burden hours:* 3,000.
*Status:* Revision of a currently approved collection.

**Authority:** Section 3507 of the Paperwork Reduction Act of 1995, 44 U.S.C. 35, as amended.

Dated: November 20, 2012.

**Colette Pollard,**
*Department Reports Management Officer, Office of the Chief Information Officer.*
[FR Doc. 2012–29155 Filed 11–30–12; 8:45 am]
**BILLING CODE 4210–67–P**

---

**INTER-AMERICAN FOUNDATION**

**Sunshine Act; Board Meeting**

**TIME AND DATE:** December 10, 2012. 9:00 a.m.–12:45 p.m.
**PLACE:** Woodrow Wilson International Center for Scholars, One Woodrow Wilson Plaza, 1300 Pennsylvania Ave. NW., 6th Floor Boardroom, Washington, DC 20004.
**STATUS:** Open session.
**MATTERS TO BE CONSIDERED:**
- Approval of the Minutes of the September 24, 2012, Meeting of the Board of Directors
- Presentation of Resolution Honoring Service of Kay Arnold
- Carrying Out the IAF's Strategic Plan
- Management Report
- Setting Next Board Meetings
**PORTIONS TO BE OPEN TO THE PUBLIC:**
- Approval of the Minutes of the September 24, 2012, Meeting of the Board of Directors
- Presentation of Resolution Honoring Service of Kay Arnold

- Carrying Out the IAF's Strategic Plan
- Management Report
- Setting Next Board Meetings
**FOR FURTHER INFORMATION CONTACT:** Paul Zimmerman, General Counsel, 202.683.7118.

**Paul Zimmerman,**
*General Counsel.*
[FR Doc. 2012–29195 Filed 11–29–12; 11:15 am]
**BILLING CODE 7025–01–P**

---

**DEPARTMENT OF THE INTERIOR**

**Bureau of Indian Affairs**

**Land Acquisitions; North Fork Rancheria of Mono Indians of California**

**AGENCY:** Bureau of Indian Affairs, Interior.
**ACTION:** Notice of final agency determination.

**SUMMARY:** The Assistant Secretary—Indian Affairs made a final agency determination to acquire approximately 305.49 acres of land in trust for gaming purposes for the North Fork Rancheria of Mono Indians of California on November 26, 2012.
**FOR FURTHER INFORMATION CONTACT:** Paula L. Hart, Director, Office of Indian Gaming, Bureau of Indian Affairs, MS–3657 MIB, 1849 C Street NW., Washington, DC 20240; Telephone (202) 219–4066.
**SUPPLEMENTARY INFORMATION:** This notice is published in the exercise of authority delegated by the Secretary of

the Interior to the Assistant Secretary—Indian Affairs by 209 Departmental Manual 8.1, and is published to comply with the requirements of 25 CFR 151.12(b) that notice be given of the Secretary's decision to acquire land in trust at least 30 days prior to signatory acceptance of the land into trust. On November 26, 2012, the Assistant Secretary—Indian Affairs decided to accept approximately 305.49 acres of land in trust for the North Fork Rancheria of Mono Indians of California under the authority of the Indian Reorganization Act of 1934, 25 U.S.C. 465.

The Site is located approximately 36 miles from the Tribe's current government headquarters, which are located in the town of North Fork, Madera County, California, described as:

Real property in the City of UNINCORPORATED AREA, County of Madera, State of California, described as follows:

PARCEL NO. 1: APN: 033–030–(010 THRU 015 AND 017)

PARCELS 1, 2, 3, 4, 5, 6, AND 8 OF PARCEL MAP 3426 IN THE UNINCORPORATED AREA OF THE COUNTY OF MADERA, STATE OF CALIFORNIA, AS PER MAP RECORDED SEPTEMBER 7, 1995 IN BOOK 44, PAGES 15 AND 16 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Dated: November 26, 2012.

**Kevin K. Washburn,**

*Assistant Secretary—Indian Affairs.*

[FR Doc. 2012–29044 Filed 11–30–12; 8:45 am]

**BILLING CODE 4310–4N–P**

---

# DEPARTMENT OF THE INTERIOR

## Bureau of Indian Affairs

## Land Acquisitions; Enterprise Rancheria of Maidu Indians of California

**AGENCY:** Bureau of Indian Affairs, Interior.

**ACTION:** Notice of Final Agency Determination.

**SUMMARY:** The Assistant Secretary—Indian Affairs made a final agency determination to acquire approximately 40 acres of land in trust for gaming purposes for the Enterprise Rancheria of Maidu Indians of California on November 21, 2012.

**FOR FURTHER INFORMATION CONTACT:** Paula L. Hart, Director, Office of Indian Gaming, Bureau of Indian Affairs, MS–3657 MIB, 1849 C Street NW., Washington, DC 20240; Telephone (202) 219–4066.

**SUPPLEMENTARY INFORMATION:** This notice is published in the exercise of authority delegated by the Secretary of the Interior to the Assistant Secretary—Indian Affairs by 209 Departmental Manual 8.1 and is published to comply with the requirements of 25 CFR Section 151.12(b) that notice be given to the public of the Secretary's decision to acquire land in trust at least 30 days prior to signatory acceptance of the land into trust. On November 21, 2012, the Assistant Secretary—Indian Affairs decided to accept approximately 40 acres of land into trust for the Enterprise Rancheria of Maidu Indians of California under the authority of the Indian Reorganization Act of 1934, 25 U.S.C. 465. The 40 acres are located approximately 4 miles southeast of the community of Olivehurst, near the intersection of Forty Mile Road and State Route 65 in Yuba County, California, described as:

A portion of the East half of Section 22, Township 14 North, Range 4 East, M.D.B.&M., described as follows:

Commence at the North quarter corner of said Section 22 and being marked by 2 brass monument stamped LS3341 in a monument well as shown on Record of Survey No. 2000–15 filed in Book 72 of Maps, Page 34, County Records; thence South 0°28′11″ East along the line dividing said Section 22 into East and West halves 2650.73 feet to a brass monument stamped LS3341 in a monument well as shown on said Record of Survey No.

2000–15 and marking the center of said Section 22; thence North 89°31′24″ East 65.00 feet to a point on the East right-of-way line of Forty Mile Road; thence North 0°28′11″ West along said East right-of-way line of Forty Mile Road 45.53 feet to a ½ inch rebar with LS3751 marking the point of beginning thence from said point of beginning continue along said East right-of-way line of Forty Mile Road the following courses and distances: North 0°28′11″ West 1133.70 feet; thence North 5°14′27″ East 50.25 feet; thence North 0°28′31″ West 750.00 to a ½ inch rebar with LS3751; thence leaving said East right-of-way line of Forty Mile Road run North 88°00′51″ East 1860.00 feet to a ½ inch rebar with LS3751; thence South 0°28′11″ East 1932.66 feet to a ½ inch rebar with LS3751; thence South 87°59′10″ West 1865.03 feet to the point of beginning.

Said land is also shown as Parcel "C" on Certificate of Lot Line Adjustment 2002–07 recorded June 26, 2002, Instrument No. 2002–08119.

Official Records.

ANP: 014–280–095

Dated: November 21, 2012.

**Kevin K. Washburn,**

*Assistant Secretary—Indian Affairs.*

[FR Doc. 2012–29043 Filed 11–30–12; 8:45 am]

**BILLING CODE 4310–4N–P**

---

# DEPARTMENT OF THE INTERIOR

## National Park Service

**[NPS–NER–SARA–11235; 4901–726]**

## Minor Boundary Revision of Saratoga National Historical Park

**AGENCY:** National Park Service, Interior.

**ACTION:** Notification of boundary revision.

**SUMMARY:** Notice is hereby given that, pursuant to 16 U.S.C. 460l–9(c)(1)(ii), the boundary of Saratoga National Historical Park is modified to include approximately 21.06 acres of adjacent unimproved land identified as Tract 01–157 (18.89 acres) and Tract 01–158 (2.17 acres). The tracts, owned respectively by Open Space Conservancy, Inc., and the State of New York, will be donated to the United States. The boundary revision is depicted on Map No. 374/112,692 and dated February 2012. The map is available for inspection at the following locations: National Park Service, Northeast Land Resources Program Center, New England Office, 115 John Street, Fifth Floor, Lowell, Massachusetts 01852, and National Park Service, Department of the Interior, Washington, DC 20240.

**FOR FURTHER INFORMATION CONTACT:** Superintendent, Saratoga National Historical Park, 648 Route 32, Stillwater, New York 12170, telephone (518) 664–9821.

**DATES:** The effective date of this boundary revision is December 3, 2012.

**SUPPLEMENTARY INFORMATION:** 16 U.S.C. 460l–9(c)(1)(ii) provides that, after notifying the House Committee on Natural Resources and the Senate Committee on Energy and Resources, the Secretary of the Interior is authorized to make minor boundary revisions to areas of the National Park System. The Committees have been so notified. This boundary revision will contribute to, and is necessary for, the proper preservation, protection and interpretation of Saratoga National Historical Park.

Dated: September 14, 2012.

**Dennis R. Reidenbach,**

*Regional Director, Northeast Region.*

[FR Doc. 2012–29099 Filed 11–30–12; 8:45 am]

**BILLING CODE 4310–WV–P**

---

# DEPARTMENT OF THE INTERIOR

## Bureau of Ocean Energy Management

**[Docket No. BOEM–2012–0095]**

## Atlantic Wind Lease Sale 2 (ATLW2) Commercial Leasing for Wind Power on the Outer Continental Shelf Offshore Rhode Island and Massachusetts—Proposed Sale Notice

**AGENCY:** Bureau of Ocean Energy Management (BOEM), Interior.

**ACTION:** Proposed Sale Notice for commercial leasing for wind power on the Outer Continental Shelf offshore Rhode Island and Massachusetts.

**SUMMARY:** This document is the Proposed Sale Notice (PSN) for the sale of commercial wind energy leases on the Outer Continental Shelf (OCS) offshore Rhode Island and Massachusetts, pursuant to BOEM's regulations at 30 CFR 585.216. BOEM proposes to offer for sale, using a multi-factor auction format, two leases that together encompass the Rhode Island and Massachusetts Wind Energy Area (WEA) that was identified on February 24, 2012 (see "Areas Offered for Leasing" below for a description of the WEA and lease areas). In this PSN, you will find information pertaining to the areas available for leasing, proposed lease provisions and conditions, auction details, the lease form, criteria for evaluating competing bids, award procedures, appeal procedures, and lease execution. BOEM invites comments during a 60-day comment period following this notice. The issuance of the proposed leases resulting from this announcement would not constitute an approval of