# EXHIBIT 27

I.  CH. 3504.  1906.

ISO.

lian agents shall not take
· during the time in which
es shall be engaged in the
any of the agencies above
airs, with the approval of
the duties of any Indian
lent of the Indian school
ever in his judgment such
ties of such agency.   And
devolve shall give bond as

los Agency, Arizona, one

che and other Indians in
may be collected on reser-
hundred and twenty-five
ended balance for the fiscal
ropriated and made avail-

of Pima Agency, Arizona,
their benefit in such man-
liscretion, may deem best.

L.

dred Indian pupils at the
hirty-three thousand four

one thousand six hundred

ve thousand dollars;
llars;

dred Indian pupils at the
dred and sixteen thousand

ight thousand dollars;
two thousand five hundred

;
sand four hundred dollars.

HOOL.

ed and thirty-five pupils at
zona, twenty-two thousand

· hundred dollars;
· thousand dollars;
five dollars.
Indian service in Arizona,
ne thousand five hundred

For the construction of an irrigation system necessary for developing and furnishing a water supply for the irrigation of the lands of the Pima Indians in the vicinity of Sacaton, on the Gila River Indian Reservation, two hundred and fifty thousand dollars, to be expended under the direction of the Secretary of the Interior: *Provided further*, That when said irrigation system is in successful operation, and the Indians have become self-supporting, the cost of operating the said system shall be equitably apportioned upon the lands irrigated, and to the annual charge shall be added an amount sufficient to pay back into the Treasury the cost of the work within thirty years, suitable deduction being made for the amounts received from disposal of lands which now form a part of said reservation.

*Gila River Reservation.*
*Irrigation.*
*Post, p. 1022.*

*Proviso.*
*Annual charge.*

## CALIFORNIA.

*California.*

For support and civilization of the Mission Indians in California, including pay of employees, five thousand dollars.

*Mission Indians. Support, etc.*

For support and civilization of the Northern Indians, California, ten thousand dollars.

*Northern Indians. Support, etc.*

### SHERMAN INSTITUTE.

For support and education of five hundred Indian pupils at the Sherman Institute, Riverside, California, eighty-three thousand five hundred dollars;

*Sherman Institute, Riverside.*

For pay of superintendent, two thousand two hundred and fifty dollars;

For additional water and sewer system, three thousand dollars;

For addition to dining hall and kitchen, twelve thousand dollars;

For stable, four thousand dollars;

For coal house, two thousand dollars;

For ice and cold storage, six thousand dollars;

For general repairs and improvements, five thousand dollars;

In all, one hundred and seventeen thousand seven hundred and fifty dollars.

For general incidental expenses of the Indian service in California, including traveling expenses of agents, and support and civilization of Indians at the Round Valley, Hoopa Valley, and Tule River agencies, four thousand dollars;

*Incidentals.*

And pay of employees at same agencies, seven thousand dollars;

In all, eleven thousand dollars.

For the purpose of removing obstructions from the bed of the stream which drains into the Eel River in the Round Valley Reservation, Mendocino County, California, eight thousand dollars.

*Round Valley Reservation. Improving. Post, p. 1022.*

That the Secretary of the Interior be, and he is hereby, authorized to expend not to exceed one hundred thousand dollars to purchase for the use of the Indians in California now residing on reservations which do not contain land suitable for cultivation, and for Indians who are not now upon reservations in said State, suitable tracts or parcels of land, water, and water rights in said State of California, and have constructed the necessary ditches, flumes, and reservoirs for the purpose of irrigating said lands, and the irrigation of any lands now occupied by Indians in said State, and to construct suitable buildings upon said lands, and to fence the tracts of land so purchased, and fence, survey, and mark the boundaries of such Indian reservations in the State of California as the Secretary of the Interior may deem proper.   One hundred thousand dollars, or so much thereof as may be necessary, is hereby appropriated, out of any funds in the Treasury not otherwise appropriated, for the purpose of carrying out the provisions of this Act.

*Lands, etc., for Indians.*

76                SIXTIETH CONGRESS.  Sess. I.  Ch. 153.  1908.                                SI

*Proviso.*
*Balance available.*

reservations in Arizona and New Mexico, three hundred thousand dollars: *Provided,* That the unexpended balance for the fiscal year nineteen hundred and eight is hereby appropriated and made available for nineteen hundred and nine.

*Pima Agency.*
*Support, etc., of In-*
*dians.*

For support and civilization of the Indians of Pima Agency, Arizona, forty thousand dollars, to be expended for their benefit in such manner as the Secretary of the Interior, in his discretion, may deem best.

#### FORT MOJAVE SCHOOL..

*Fort Mojave school.*

For support and education of two hundred Indian pupils at the Indian school at Fort Mojave, Arizona, and for pay of superintendent of said school, thirty-five thousand dollars;
For general repairs and improvements, three thousand dollars;
For repair of water system, three thousand dollars;
For purchase of steam boiler, two thousand dollars;
In all, forty-three thousand dollars.

#### PHOENIX SCHOOL.

*Phoenix school.*

For support and education of seven hundred Indian pupils at the Indian school at Phoenix, Arizona, and for pay of superintendent, one hundred and nineteen thousand four hundred dollars;
For improvement of power and heating plant, to be immediately available, nine thousand dollars;
For general repairs and improvements, eight thousand dollars;
In all, one hundred and thirty-six thousand four hundred dollars.

#### TRUXTON CANYON SCHOOL.

*Truxton Canyon*
*school.*

For support and education of one hundred pupils at the Indian school at Truxton Canyon, Arizona, and for pay of superintendent, eighteen thousand two hundred dollars;
General repairs and improvements, one thousand dollars;
In all, nineteen thousand two hundred dollars.

*Incidentals.*

For general incidental expenses of the Indian Service in Arizona, including traveling expenses of agents, one thousand five hundred dollars.

*California.*

### CALIFORNIA.

*Mission Indians.*
*Support, etc.*

For support and civilization of the Mission Indians in California, including pay of employees, fifteen thousand dollars, part of which may be used for making improvements on lands in the use and occupation of Indians in southern California.

*Northern Indians.*
*Support, etc.*

For support and civilization of the northern Indians, California, twenty thousand dollars, part of which may be used for making improvements on lands in the use and occupation of Indians in northern California.

*Purchase of tillable*
*land for certain*
*Indians.*

That the Secretary of the Interior be, and he is hereby, authorized to expend not to exceed fifty thousand dollars to purchase for the use of the Indians in California now residing on reservations which do not contain land suitable for cultivation and for Indians who are not now upon reservations in said State suitable tracts or parcels of land, water, and water rights in said State of California, and have constructed the necessary ditches, flumes, and reservoirs for the purpose of irrigating said lands and the irrigation of any lands now occupied by Indians in said State, and to construct suitable buildings upon said lands and to fence the tracts so purchased, and to fence, survey, and mark the boundaries of such Indian reservations in the State of California as

*Irrigation.*

**-665-**

Case 1:12-cv-02039-BAH   Document 27-36   Filed 01/11/13   Page 4 of 31

the Secretary of the Interior may deem proper. And there is hereby appropriated, out of any money in the Treasury not otherwise appropriated, the sum of fifty thousand dollars, or so much thereof as may be necessary, for the purpose of carrying out the provisions of this Act: *Provided*, That this appropriation shall be so expended as to make further appropriation for this purpose unnecessary.

*Amount.*

*Proviso.*
*Restriction.*

### SHERMAN INSTITUTE.

For support and education of five hundred Indian pupils at the Sherman Institute, Riverside, California, and for pay of superintendent, eighty-six thousand dollars;

For general repairs and improvements, ten thousand dollars;

For additional water and sewer system, three thousand dollars;

For addition to storehouse, four thousand dollars;

In all, one hundred and three thousand dollars.

For general incidental expenses of the Indian Service in California, including traveling expenses of agents, and support and civilization of Indians at the Round Valley, Hoopa Valley, and Tule River agencies, four thousand dollars;

And pay of employees at same agencies, seven thousand dollars;

In all, eleven thousand dollars.

That one thousand dollars of the unexpended balance of eight thousand dollars appropriated by the Acts of June twenty-first, nineteen hundred and six (Thirty-fourth Statutes, page three hundred and thirty-three), and March first, nineteen hundred and seven (Thirty-fourth Statutes, page one thousand and twenty-two), for the purpose of removing obstructions both within and without the reservation from the bed of the stream which flows through the Round Valley Reservation, Mendocino County, California, and drains into Eel River, be, and the same is hereby, reappropriated and made available for use during the fiscal year ending June thirtieth, nineteen hundred and nine.

That the sum of ten thousand dollars, or so much thereof as may be necessary, be, and the same hereby is, appropriated, out of any money in the Treasury not otherwise appropriated, for the construction of a wagon road on the Hoopa Valley Indian Reservation, in the State of California, including necessary surveys, transportation, purchase of materials and tools, and for the subsistence of Indians furnishing labor, including forage for their animals, the labor for said construction to be performed as far as practicable by the Indians for the reservation: *Provided*, That no part of this appropriation shall be available until the proper officer of the Indian Bureau shall investigate and report that the work contemplated can be completed for the amount herein appropriated.

There is hereby appropriated the sum of ten thousand dollars for the Indians of the Yuma Reservation, to be expended for their benefit in such manner and for such purposes as the Secretary of the Interior may prescribe, said sum to be reimbursable out of the proceeds derived from the sale of their lands; there is also appropriated out of any money in the Treasury not otherwise appropriated, the further sum of five thousand dollars, or so much thereof as may be necessary, to enable the Secretary of the Interior to reserve and set apart lands for town-site purposes in the Yuma Indian Reservation, California, and the Colorado River Indian Reservation in California and Arizona, and to survey, plat, and sell the tracts so set apart in such manner as he may prescribe, the net proceeds to be deposited in the Treasury of the United States to the credit of the Indians of the reservations, respectively, to be reimbursed out of the funds arising from the sale of the lands.

*Sherman Institute.*

*Incidentals.*

*Round Valley Reservation.*
*Removal of obstructions.*
*Balance available.*

*Vol. 34, pp. 333, 1022.*

*Hoopa Valley Indian Reservation, Cal.*
*Wagon road to be constructed on.*

*Proviso.*
*Investigation and report.*

*Yuma Reservation Indians.*

*Town sites.*
*Yuma and Colorado River reservations.*

Suitable buildings for the housing of all said exhibits shall be provided by the Panama Pacific International Exposition Company without expense of any kind to the Government of the United States. — *Buildings.*

For the purpose of inaugurating, installing, maintaining, and returning said Government exhibits, together with all other expenses of every kind connected therewith, $500,000. Said sum shall be paid by the Secretary of the Treasury from time to time under such regulations as he may prescribe. — *Appropriation for exhibits, etc.*

The President of the United States is authorized to detail three civilian officers or employees from the executive departments as members of a commission which is hereby constituted as the National Exposition Commission. One of said commissioners, who shall be the chairman of said commission, shall be detailed from the Department of State. Vacancies in said commission shall be filled in the same manner as original appointments. Each commissioner shall receive in addition to his original compensation his actual necessary traveling expenses and an allowance of $10 per day in lieu of subsistence. Said commissioners may appoint a secretary at $2,500 per annum, and the sum of $15,000, or so much thereof as may be necessary, may be expended for clerical, office, and other necessary and actual expenses of said commission. — *National Exposition Commission. Detail of members. Post, p. 668. Allowances. Secretary, etc.*

Said commission shall be authorized and empowered to act as a board of arbitration to settle and determine any and all disputes arising between the commissioners of foreign Governments and the directors of said Panama-Pacific International Exposition, whenever a formal request for such action is made by any foreign commissioner; and said National Exposition Commission shall represent the Government of the United States at said exposition in the reception and care of persons officially representing foreign Governments. — *Authorized to arbitrate disputes between foreign commissioners and Exposition Company. Additional duty.*

Said National Exposition Commissioners shall be detailed not earlier than July first, nineteen hundred and fourteen, and their term of service as said commissioners shall not extend beyond July first, nineteen hundred and sixteen, and the President may terminate said commission at any time after January first, nineteen hundred and sixteen. — *Term of service.*

Approved, June 23, 1913.

---

**CHAP. 4.**—An Act Making appropriations for the current and contingent expenses of the Bureau of Indian Affairs, for fulfilling treaty stipulations with various Indian tribes, and for other purposes, for the fiscal year ending June thirtieth, nineteen hundred and fourteen. — *June 30, 1913. [H. R. 1917.] [Public, No. 4.]*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following sums be, and they are hereby, appropriated, out of any money in the Treasury not otherwise appropriated, for the purpose of paying the current and contingent expenses of the Bureau of Indian Affairs, for fulfilling treaty stipulations with various Indian tribes, and in full compensation for all offices the salaries for which are provided for herein for the service of the fiscal year ending June thirtieth, nineteen hundred and fourteen, namely: — *Indian Department appropriations.*

For the survey, resurvey, classification, appraisement, and allotment of lands in severalty under the provisions of the Act of February eighth, eighteen hundred and eighty-seven, entitled "An Act to provide for the allotment of lands in severalty to Indians," and under any other Act or Acts providing for the survey and allotment of lands in severalty to Indians; and for the survey and subdivision of Indian reservations and lands to be allotted to Indians under — *Surveying, allotting in severalty, etc. Vol. 24, p. 388. Surveying reservations, etc., for allotment.*

authority of law, $200,000, to be repaid proportionately out of any Indian moneys held in trust or otherwise by the United States and available by law for such reimbursable purpose and to remain available until expended: *Provided*, That no part of said sum shall be used for survey, resurvey, classification, appraisement, or allotment of any land in severalty upon the public domain to any Indian, whether of the Navajo or other tribes, within the State of New Mexico and the State of Arizona.

*Proviso.*
Use for allotting, etc., in New Mexico and Arizona forbidden.

*Irrigation, drainage, etc.*
Available until expended.

For the construction, repair, and maintenance of ditches, reservoirs, and dams, purchase and use of irrigation tools and appliances, water rights, ditches, lands necessary for canals, pipe lines, and reservoirs for Indian reservations and allotments, and for drainage and protection of irrigable lands from damage by floods, $335,000, to remain available until expended: *Provided*, That no part of this appropriation shall be expended on any irrigation system or reclamation project for which specific appropriation is made in this Act or for which public funds are or may be available under any other Act of Congress: *Provided further*, That nothing herein contained shall be construed to prohibit reasonable expenditures from this appropriation for preliminary surveys and investigations to determine the feasibility and estimated cost of new projects, for investigations and surveys for power and reservoir sites on Indian reservations in accordance with the provisions of section thirteen of the Act of June twenty-fifth, nineteen hundred and ten, or to prevent the Bureau of Indian Affairs from having the benefit of consultation with engineers in other branches of the public service or carrying out existing agreements with the Reclamation Service; for pay of one chief inspector of irrigation, who shall be a skilled irrigation engineer, $4,000; one assistant inspector of irrigation, who shall be a skilled irrigation engineer, $2,500; for traveling expenses of two inspectors of irrigation, at $3 per diem when actually employed on duty in the field, exclusive of transportation and sleeping-car fare, in lieu of all other expenses authorized by law, and for incidental expenses of negotiation, inspection, and investigation, including telegraphing and expense of going to and from the seat of government and while remaining there under orders, $4,200; in all, $345,700: *Provided also*, That not to exceed seven superintendents of irrigation, who shall be skilled irrigation engineers, may be employed.

*Provisos.*
Use restricted.

*Preliminary surveys, etc., allowed.*

*Vol. 36, p. 858.*

*Consultation with other bureaus.*

*Irrigation inspectors.*

*Superintendents of irrigation.*

For the suppression of the traffic in intoxicating liquors among Indians, $100,000.

*Suppressing liquor traffic.*

To relieve distress among Indians and to provide for their care and for the prevention and treatment of tuberculosis, trachoma, smallpox, and other contagious and infectious diseases, including the purchase of vaccine and expense of vaccination, and for correction of sanitary defects in Indian homes, $200,000.

*Relieving distress, preventing diseases, etc.*

For support of Indian day and industrial schools not otherwise provided for and for other educational and industrial purposes in connection therewith, $1,420,000: *Provided*, That no part of this appropriation, or any other appropriation provided for herein, except appropriations made pursuant to treaties, shall be used to educate children of less than one-fourth Indian blood whose parents are citizens of the United States and the State wherein they live and where there are adequate free school facilities provided and the facilities of the Indian schools are needed for pupils of more than one-fourth Indian blood.

*Support of schools.*

*Proviso*
Restriction.

For construction, lease, purchase, repairs, and improvements of schools and agency buildings, and for sewerage, water supply, and lighting plants, $400,000: *Provided*, That out of the above amount the following expenditures shall be made, to wit: For the construction of employees' quarters at the Pine Ridge Agency in South

*Schools, agency buildings, etc.*

*Provisos.*
Pine Ridge Agency, S. Dak.

Dakota, $10,000, and for repair and improvement of agency buildings at Pine Ridge Agency in South Dakota, $5,000: *Provided further*, That the Commissioner of Indian Affairs is hereby authorized to allow employees in the Indian service who are furnished quarters, necessary heat and light for such quarters without charge, such heat and light to be paid for out of the fund chargeable with the cost of heating and lighting other buildings at the same place: *Provided further*, That the amount so expended for agency purposes shall not be included in the maximum amounts for compensation of employees prescribed by section one, Act of August twenty-fourth, nineteen hundred and twelve. *{Heat and light for employees' quarters. Not included in compensation. Vol. 37, p. 521.}*

For collection and transportation of pupils to and from Indian schools, and for the transportation of Indian pupils from any and all Indian schools and placing them, with the consent of their parents, under the care and control of white families qualified to give such pupils moral, industrial, and educational training, $82,000: *Provided*, That not to exceed $5,000 of this amount may be used in the transportation and placing of Indian youths in positions where a remunerative employment may be found for them in industrial pursuits. The provisions of this section shall also apply to native pupils of school age under twenty-one years of age brought from Alaska. *{Transporting pupils, etc. Proviso. Industrial employment. Alaska pupils.}*

All moneys appropriated herein for school purposes among the Indians may be expended, without restriction as to per capita expenditure, for the annual support and education of any one pupil in any school. *{No per capita restriction.}*

To conduct experiments on Indian school or agency farms designed to test the possibilities of soil and climate in the cultivation of trees, grains, vegetables, and fruits, for the purposes of preserving living and growing timber on Indian reservations and allotments, and to advise the Indians as to the proper care of forests; for the employment of suitable persons as matrons to teach Indian women housekeeping and other household duties, and for furnishing necessary equipments and supplies and renting quarters for them where necessary; for the employment of practical farmers and stockmen, in addition to the agency and school farmers now employed; and to superintend and direct farming and stock raising among Indians, $400,000: *Provided*, That the foregoing shall not, as to timber, apply to the Menominee Indian Reservation in Wisconsin: *Provided further*, That not to exceed $5,000 of the amount herein appropriated may be used to conduct experiments on Indian school or agency farms to test the possibilities of soil and climate in the cultivation of trees, grains, vegetables, and fruits: *Provided also*, That the amounts paid to matrons, farmers, and stockmen herein provided for shall not be included within the limitation on salaries and compensation of employees contained in the Act of June seventh, eighteen hundred and ninety-seven. *{Agricultural experiments, etc. Matrons. Farmers and stockmen. Proviso. Menominee Reservation, Wis. Tests of soil, etc., for cultivation. Allowance to matrons, etc. Vol. 30, p. 90.}*

For the purchase of goods and supplies for the Indian service, including inspection, pay of necessary employees, and all other expenses connected therewith, including advertising, storage, and transportation of Indian goods and supplies, $300,000: *Provided also*, That all wagon transportation from the point where delivery is made by the last common carrier to the agency, school, or elsewhere, and between points on the reservation or elsewhere, shall hereafter be paid from the funds appropriated or otherwise available for the support of the school, agency, or other project for which the supplies to be transported are purchased. *{Supplies, purchases, etc. Proviso. Charges for wagon transportation.}*

For telegraph and telephone toll messages on business pertaining to the Indian service sent and received by the Bureau of Indian Affairs at Washington, $9,000. *{Telegraphing, etc.}*

Legal expenses in suits involving allotments.
For witness fees and other legal expenses incurred in suits instituted in behalf of or against Indians involving the question of title to lands allotted to them, or the right of possession of personal property held by them, and in hearings set by United States local land officers to determine the rights of Indians to public lands, $2,000: *Provided,* That no part of this appropriation shall be used in the payment of attorney fees.

*Proviso.*
*No attorneys' fees.*

Citizen commission.
For expenses of the Board of Indian Commissioners, $4,000, including not to exceed $300 for office rent.

Indian police.
For payment of Indian police, including chiefs of police at not to exceed $50 per month each and privates at not to exceed $30 per month each, to be employed in maintaining order, and for the purchase of equipments and rations for policemen at nonration agencies, $200,000.

Judges, Indian courts.
For compensation of judges of Indian courts where tribal relations now exist, $8,000.

Contingent expenses.
For pay of special agents at $2,000 per annum; for traveling and incidental expenses of such special agents, including sleeping-car fare, and a per diem of $3 in lieu of subsistence when actually employed on duty in the field or ordered to the seat of government; for transportation and incidental expenses of officers and clerks of the Office of Indian Affairs when traveling on official duty; for pay of employees not otherwise provided for; and for other necessary expenses of the Indian service for which no other appropriation is available, $105,000; $20,000 to be immediately available.

Determining heirs of allottees.
Vol. 36, p. 855.
*Post, p. 234.*
For the purpose of determining the heirs of deceased Indian allottees, pursuant to the Act of June twenty-fifth, nineteen hundred and ten (Thirty-sixth Statutes at Large, pages eight hundred and fifty-five to eight hundred and sixty-six), and the regulations thereunder prescribed by the Secretary of the Interior, $50,000: *Provided,* That hereafter upon the determination of the heirs of a deceased Indian by the Secretary of the Interior there shall be paid by such heirs or from the estate of such deceased Indian or deducted from the proceeds from the sale of the land of the deceased allottee or from any trust funds belonging to the estate of the decedent, the sum of $15, to cover the cost of determining the heirs to the estate of the said deceased allottee, which amount shall be accounted for and paid into the Treasury of the United States and a report made annually to Congress by the Secretary of the Interior on or before the first Monday in December of all moneys collected and deposited as herein directed.

*Proviso.*
*Expenses from estate, etc., of decedent.*

Report

Oaths of employees.
That superintendents and acting superintendents in charge of Indian reservations, schools, irrigation and allotment projects are hereby authorized and empowered to administer the oath of office required of employees placed under their jurisdiction.

Encouraging farming industry among Indians.
For the purpose of encouraging industry among the Indians and to aid them in the culture of fruits, grains, and other crops, $100,000, or so much thereof as may be necessary, to be immediately available, which sum may be used for the purchase of animals, machinery, tools, implements, and other equipment necessary to enable Indians to become self-supporting: *Provided,* That said sum shall be expended under conditions to be prescribed by the Secretary of the Interior for its repayment to the United States on or before June thirtieth, nineteen hundred and twenty-five, and all repayments to this fund made on or before June thirtieth, nineteen hundred and twenty-four, are hereby reappropriated for the same purpose as the original fund, and the entire fund, including such repayments, shall remain available until June thirtieth, nineteen hundred and twenty-four, and all repayments to the fund hereby created which shall be made subsequent to June thirtieth, nineteen hundred and twenty-four, shall be covered into the Treasury and shall not be withdrawn

*Provisos.*
*Repayment.*

Reuse of fund.
Final disposition.

or applied except in consequence of a subsequent appropriation made by law: *Provided further,* That the Secretary of the Interior shall submit to Congress annually on the first Monday in December a detailed report of the use of this fund. <span style="float:right">Detailed report.</span>

To reimburse Clara D. True for traveling expenses incurred by her under instructions from an official of the Indian service in the closing of her accounts as a former superintendent in the Indian service, $50.15. <span style="float:right">Clara D. True. Reimbursement.</span>

To pay to Frederick H. Abbott the difference between the compensation allowed by law for the Commissioner of Indian Affairs and the compensation allowed by law for the Assistant Commissioner of Indian Affairs, for services as Acting Commissioner of Indian Affairs from September thirteenth, nineteen hundred and twelve, when the office of Commissioner of Indian Affairs was vacated, and continuing as long as the duties and responsibilities of said office of Commissioner of Indian Affairs shall devolve upon said Frederick H. Abbott as Acting Commissioner of Indian Affairs, such an amount as may be necessary, to be paid from the $5,000 appropriated for salary of the Commissioner of Indian Affairs by the Act of August twenty-third, nineteen hundred and twelve (Thirty-seventh Statutes at Large, page three hundred and ninety-six). <span style="float:right">Frederick H. Abbott. Pay as Acting Commissioner of Indian Affairs.<br><br><br><br><br><br><br><br>Vol. 37, p. 396.</span>

For the purpose of making inquiry into conditions in the Indian service, with a view to ascertaining any and all facts relating to the conduct and management of the Bureau of Indian Affairs, and of recommending such changes in the administration of Indian affairs as would promote the betterment of the service and the well-being of Indians, there is hereby constituted a commission to be known as the Joint Commission to Investigate Indian Affairs, to be composed of three Members of the Senate, to be appointed by the Presiding Officer of the Senate, and three Members of the House of Representatives, to be appointed by the Speaker. The said commission be, and is hereby, directed, authorized, and empowered to examine into the conduct and management of the Bureau of Indian Affairs and all its branches and agencies, their organization and administration. The commission shall have power and authority to examine all books, documents, and papers in the said Bureau of Indian Affairs, its branches or agencies, relating to the administration of the business of said bureau, and shall have and is hereby granted authority to subpoena witnesses, compel their attendance, administer oaths, and to demand any and all books, documents, and papers of whatever nature relating to the affairs of Indians as conducted by said bureau, its branches and agencies. Said commission is hereby authorized to visit any Indian agency, school, institution, or other establishment under the jurisdiction and control of the Bureau of Indian Affairs or the Department of the Interior, and it shall be the duty of the Secretary of the Interior, the Commissioner of Indian Affairs, and all other officers connected with the administration of Indian affairs to aid the said commission and furnish all available information that may be demanded by said commission. <span style="float:right">Joint Commission to Investigate Indian Affairs.<br>Composition.<br><br><br><br><br><br><br>Powers and authority.<br><br><br>Examination of agencies, etc.</span>

The investigation hereby provided for shall be conducted by said commission as speedily as possible, and the findings, conclusions, and recommendations of such commission shall be reported to Congress during the Sixty-third Congress. Said commission is hereby authorized to employ such clerical and other assistance, including stenographers, as said commission may deem necessary in the proper prosecution of its work: *Provided,* That stenographers so employed shall not receive for their services exceeding $1 per printed page. The sum of $25,000 is hereby appropriated to pay the expenses of the said commission. Within ten days after the appointment of the members of the commission they shall proceed to elect a chairman <span style="float:right">Report of findings, etc.<br><br>Clerical, etc., assistance.<br><br>*Proviso.*<br>Limitation.<br>Appropriation for expenses.</span>

91006°—VOL 38—PT 1——6

Case 1:12-cv-02039-BAH   Document 27-36   Filed 01/11/13   Page 10 of 31

82                SIXTY-THIRD CONGRESS. Sess. I. Ch. 4. 1913.

and secretary, and the funds hereby appropriated shall be paid out on the order of such chairman and secretary, and a full, itemized account of all such expenditures shall accompany the final report of the commission when submitted to Congress.

**Five Civilized Tribes. Preparation of complete fiscal history, etc., directed.** *Post*, p. 335.

To enable the Secretary of the Interior to employ a chartered and certified accountant for the purpose of preparing, under the direction of said Secretary, a complete separate fiscal and financial history and statement of the affairs of each of the Five Civilized Tribes of Indians, $10,000, or such part thereof as may be necessary.

**Agreement with Wiminuche Band of Southern Ute Indians, Colo.**

That an agreement, made at the Navajo Springs Indian Agency, in the State of Colorado, on the tenth day of May, in the year of our Lord nineteen hundred and eleven, with the Wiminuche Band of Southern Ute Indians, belonging to the jurisdiction of the Navajo Springs Indian Agency, be, and the same is hereby, modified and amended to read as follows:

## "ARTICLE I.

**Lands relinquished.**

"The said Wiminuche Band of Southern Ute Indians hereby agrees to relinquish and surrender to the United States of America all its right, title, and interest in and to that portion of its reservation described as follows:

"Beginning at a point on the north boundary of the Southern Ute Indian Reservation in southwestern Colorado where the north quarter corner of unsurveyed fractional section two (2), township thirty-four (34) north, range fifteen (15) west, 'south of the Ute boundary,' intersects the same; thence south to the south quarter corner of unsurveyed section twenty-six (26), said township; thence west to the southwest corner of unsurveyed section twenty-five (25), township thirty-four (34) north, range sixteen (16) west; thence north to the northwest corner of unsurveyed fractional section one (1), said township; thence east to the north quarter corner of unsurveyed fractional section two (2), township thirty-four (34) north, range fifteen (15) west, 'south of the Ute boundary,' the place of beginning; fourteen thousand five hundred and twenty (14,520) acres, more or less, lying and being in Montezuma County, State of Colorado.

## "ARTICLE II.

**Lands to be conveyed in exchange.**

"In consideration for the lands relinquished and surrendered as aforesaid the United States hereby agrees to convey to said Wiminuche Band of Southern Ute Indians in exchange therefor lands lying within the present boundaries of the Mesa Verde National Park and from the public domain, said lands to become a part of the reservation of said Wiminuche Band of Southern Ute Indians and to take on the same character and title as the rest of the land of the said reservation, of which they become a part by virtue of this agreement, and described as follows:

"Sections one (1), two (2), three (3), four (4), five (5), fractional sections eight (8), nine (9), ten (10), eleven (11), twelve (12), in township thirty-four (34) north, range sixteen (16), west, 'north of the Ute boundary'; also sections twenty-five (25), twenty-six (26), twenty-seven (27), southeast quarter section twenty-eight (28), sections thirty-two (32), thirty-three (33), thirty-four (34), thirty-five (35), and thirty-six (36), township thirty-five (35) north, range sixteen (16) west, containing ten thousand and eighty (10,080) acres, more or less.

"Also sections five (5) and six (6) and fractional sections seven (7) and eight (8) (unsurveyed) in township thirty-four (34) north, range seventeen (17) west, 'north of the Ute boundary,' and sections one

HeinOnline -- 38 Stat. 82 1909-1915

SIXTY-THIRD CONGRESS. Sess. I. Ch. 4. 1913.

83

(1), two (2), three (3), four (4), five (5), and fractional sections eight
(8), nine (9), ten (10), eleven (11), and twelve (12) (unsurveyed), in
township thirty-four (34) north, range eighteen (18) west, 'north of
the Ute boundary,' and sections nineteen (19), twenty (20), twenty-
nine (29), thirty (30), thirty-one (31), and thirty-two (32), in town-
ship thirty-five (35) north, range seventeen (17) west, and sections
twenty (20), twenty-one (21), twenty-two (22), twenty-three (23),
twenty-four (24), twenty-five (25), twenty-six (26), twenty-seven
(27), twenty-eight (28), twenty-nine (29), thirty-two (32), thirty-
three (33), thirty-four (34), thirty-five (35), and thirty-six (36) in
township thirty-five (35) north, range eighteen (18), west, New
Mexico principal meridian, containing twenty thousand one hundred
and sixty (20,160) acres, more or less.

"And in case it be found that any portion of the lands herein    Additional.
described have been entered or patented under any of the land laws
of the United States, then, and in that event, it is stipulated and
agreed that public lands of an equal amount and like character and
lying adjacent to the lands herein described be substituted and given
to said Wiminuche Band of Southern Ute Indians, to make the total
area of lands to be given in amount equal to the above-described
lands, the total area in said western tract to contain twenty thousand
one hundred and sixty (20,160) acres.

### "Article III.

"Nothing in this agreement shall be construed to deprive the    Annuities, etc., not
Indians parties hereto of any annuities or benefits to which they are    impaired.
entitled under existing laws and treaties.

### "Article IV.

"This agreement shall become effective and binding on the parties    Ratification required.
hereto when ratified by the Congress of the United States."

That the said agreement be, and the same is hereby, accepted,    Agreement con-
ratified, and confirmed as herein amended.    firmed.

That the Secretary of the Interior is hereby authorized to add to    Additional lands to
the area conveyed to the Indians in exchange for the lands relin-    be conveyed.
quished any tracts of unappropriated public land adjoining thereto
which may be necessary to make the total area of the acreage ceded
to the Indians in lieu of that lost to them by any prior existing valid
rights attaching thereto.

That the boundary of the Mesa Verde National Park, created by    Mesa Verde National
the Act of Congress approved June twenty-ninth, nineteen hundred    Park.
and six (Thirty-fourth Statutes at Large, page six hundred and six-    Boundaries extend-
teen), is hereby extended on the south so as to include the land relin-    Vol. 34, p. 616.
quished by the Indians in the foregoing agreement as herein provided
and the boundaries of said park shall hereafter be defined as follows:

Beginning at a point on the north boundary of the Southern Ute    Description.
Indian Reservation in southwestern Colorado where the north quarter
corner of unsurveyed fractional section two (2), township thirty-four
(34) north, range fifteen (15) west, "south of the Ute boundary,"
intersects the same; thence south to the south quarter corner of
unsurveyed section twenty-six (26), said township; thence west to
the southwest corner of unsurveyed section twenty-five (25), town-
ship thirty-four (34) north, range sixteen (16) west; thence north to
the northwest corner of unsurveyed fractional section one (1), said
township and range; thence west to the southeast corner of fractional
section twelve (12), township thirty-four (34) north, range sixteen
(16) west, "north of the Ute boundary"; thence north to the north-
west corner of section nineteen (19), township thirty-five (35) north,

84                    SIXTY-THIRD CONGRESS. Sess. I. Ch. 4. 1913.

range fifteen (15) west; thence east to the southwest corner of the southeast quarter of section sixteen (16), said township; thence north to the northwest corner of the southeast quarter of said section; thence east to the southwest corner of the northeast quarter of section thirteen (13), said township; thence north to the northwest corner of the northeast quarter of said section; thence east to the southwest corner of section seven (7), township thirty-five (35) north, range fourteen (14) west; thence north to the northwest corner of said section; thence east to the southwest corner of section five (5), said township; thence north to the northwest corner of said section; thence east to the northeast corner of said section; thence south to the southeast corner of the northeast quarter of said section; thence east to the northeast corner of the southwest quarter of section four (4), said township; thence south to the northwest corner of the southeast quarter of section sixteen (16), said township; thence east to the northeast corner of the southeast quarter of said section; thence south to the northwest corner of section twenty-two (22), said township; thence east to the northeast corner of said section; thence south to the northwest corner of section twenty-six (26), said township; thence east along the north section line of section twenty-six (26) to the east bank of the Rio Mancos; thence in a southeasterly direction along the east bank of the Rio Mancos to its intersection with the northern boundary line of the Southern Ute Indian Reservation; thence west along said Indian reservation boundary to its intersection with the range line between ranges fourteen (14) and fifteen (15) west, the place of beginning;

<span style="font-variant: small-caps;">Included in Park control, etc.</span>   And the provisions of the Act of June twenty-ninth, eighteen hundred and ninety-six, creating the park, are hereby extended over the same.

<span style="font-variant: small-caps;">Custody of adjoining prehistoric ruins repealed.</span>
Vol. 34, p. 617.   So much of the Act of June twenty-ninth, nineteen hundred and six, as provides that the custodianship of the Secretary of the Interior shall extend over all prehistoric ruins situated within five miles of the eastern, western, and northern boundaries of the park, as described in said Act, not on lands alienated by patent from the ownership of the United States, is hereby repealed.

<span style="font-variant: small-caps;">Arizona and New Mexico.</span>   ## ARIZONA AND NEW MEXICO.

<span style="font-variant: small-caps;">Support of Indians in.</span>   Sec. 2. For support and civilization of Indians in Arizona and New Mexico, $330,000.

<span style="font-variant: small-caps;">Fort Mojave School.</span>   For support and education of two hundred Indian pupils at the Indian school at Fort Mojave, and for pay of superintendent, $35,100; for general repairs and improvements, $3,800; in all, $38,900.

<span style="font-variant: small-caps;">Phoenix School.</span>   For support and education of seven hundred Indian pupils at the Indian school at Phoenix, Arizona, and for pay of superintendent, $119,400; for industrial building for girls, $15,000; for general repairs and improvements, including two steel water tanks, $12,000; in all,

<span style="font-variant: small-caps;">Proviso. Connecting sewer system.</span>   $146,400: Provided, That $500 of this appropriation, or so much thereof as may be necessary, shall be used in making survey and an estimate of the cost of connecting the sewer system of the Phoenix Indian School with the sewer system of the city of Phoenix, Arizona, and submit a report thereon to Congress on the first Monday in December, nineteen hundred and thirteen.

<span style="font-variant: small-caps;">Truxton Canyon School.</span>   For support and education of one hundred pupils at the Indian school at Truxton Canyon, Arizona, and for pay of superintendent, $18,200; for general repairs and improvements, $3,000; in all, $21,200.

<span style="font-variant: small-caps;">Gila River irrigation system.</span>   For maintenance, care, and protection of machinery and irrigation wells already completed, in connection with the irrigation of the lands of the Pima Indians in the vicinity of Sacaton, in the Gila River Reservation, $5,000.

For continuing the investigation by the Secretary of War for the purpose of determining the feasibility and practicability of constructing a dam and reservoir at or in the vicinity of the Box Canyon on the San Carlos Indian Reservation, and for other purposes, as authorized by the Act of August twenty-fourth, nineteen hundred and twelve (Thirty-seventh Statutes at Large, pages five hundred and eighteen to five hundred and twenty-two), $10,000, to be immediately available and to remain available until expended.

San Carlos Reservation.
Survey for dam, etc., for irrigation system.
Vol. 37, p. 522.

For the development of a water supply for domestic and stock purposes and for irrigation for nomadic Papago Indians in Pima County, Arizona, $5,000.

Papago Indians. Water supply.

For continuing and completing the construction of the Ganado irrigation project on the Navajo Indian Reservation in Arizona, in accordance with the plans submitted by the chief engineer of the Indian service and approved by the Commissioner of Indian Affairs and the Secretary of the Interior, in conformity with section one of the Act approved April fourth, nineteen hundred and ten, $25,100: *Provided*, That the total cost of the project shall not exceed $60,100.

Navajo Reservation. Ganado irrigation project.
Vol. 36, p. 270.
Proviso. Limit of cost.

The Secretary of the Interior is hereby authorized and directed to make an investigation of the conditions on the western Navajo Indian Reservation in Arizona, with respect to the necessity of constructing a bridge across the Moencopi Wash, on said reservation, and also to cause surveys, plans, and reports to be made, together with an estimated limit cost for the construction of a suitable bridge at that place, and submit his report thereon to Congress on the first Monday in December, nineteen hundred and thirteen, and the sum of $1,000, or so much thereof as may be necessary, is hereby appropriated for the purpose herein authorized.

Report on necessity for bridge across Moencopi Wash to be made.

For completion of the construction of necessary channels and laterals for the utilization of water in connection with the pumping plant for irrigation purposes on the Colorado River Indian Reservation, Arizona, as provided in the Act of April fourth, nineteen hundred and ten (Thirty-sixth Statutes at Large, page two hundred and seventy-three), for the purpose of securing an appropriation of water for the irrigation of approximately one hundred and fifty thousand acres of land and for maintaining and operating the pumping plant, $25,000, reimbursable as provided in said Act, and to remain available until expended.

Colorado River Reservation.
Extending irrigation system.
Vol. 36, p. 273.
Available until expended.

For the construction of a bridge across the Gila River on the San Carlos Apache Indian Reservation, Arizona, $45,500; and for the construction of a bridge across the San Carlos River on said reservation in said State, $19,800, to be immediately available, said bridges to be constructed across said streams in the places and manner recommended by the Secretary of the Interior in House Document Numbered One thousand and thirteen, Sixty-second Congress, third session; in all, $65,300, which said sum of $65,300 shall be reimbursed to the United States by the Apache Indians having tribal rights on the Fort Apache and San Carlos Indian Reservations, and shall be and remain a charge and lien upon the lands, property, and funds belonging to said Apache Indians until paid in full.

San Carlos Reservation.
Bridges, Gila and San Carlos Rivers.
Reimbursement.
Post, p. 588.

For the construction of a bridge across the Colorado River from School Hill, on the Yuma Indian Reservation, in the State of California, to Penitentiary Hill, in the town of Yuma, in the State of Arizona, to be expended under the direction of the Secretary of the Interior, not to exceed the sum of $25,000, in the construction of a bridge, as recommended by the Secretary of the Interior in House Document Numbered One thousand and twenty, Sixty-second Congress, third session: *Provided*, That no part of the money herein appropriated shall be expended until the Secretary of the Interior shall have obtained from the proper authorities of the State of Arizona and the State of California satisfactory guaranties of the payment

Yuma Reservation, Cal.
Bridge across Colorado River to Yuma, Ariz.
Provisos. Proportionate contribution from States, etc., required.

<div style="float:left">Construction, etc.<br/>Vol. 34, p. 84.</div>

by the said States, or by the county of Yuma, in the State of Arizona, and the county of Imperial, in the State of California, of at least two-thirds of the cost of said bridge; and that the proper authorities of the said States assume full responsibility for and will at all times maintain and repair said bridge and the approaches thereto: *And provided further,* That the bridge shall be built in accordance with the provisions of the Act entitled "An Act to regulate the construction of bridges over navigable waters," approved March twenty-third, nineteen hundred and six.

<div style="float:left">Navajo Indians.<br/>Establishing day and<br/>industrial schools.<br/>Vol. 15, p 669.</div>

For the purpose of enabling the Secretary of the Interior to carry into effect the provisions of the sixth article of the treaty of June eighth, eighteen hundred and sixty-eight, between the United States and the Navajo Nation or Tribe of Indians, proclaimed August twelfth, eighteen hundred and sixty-eight, whereby the United States agrees to provide school facilities for the children of the Navajo Tribe of Indians, the sum of $100,000, or so much thereof as may be necessary, is hereby appropriated, out of any funds in the Treasury not otherwise appropriated. In carrying out the authority hereby conferred the said Secretary may expend said funds, in his discretion, in establishing day schools or industrial schools, tribal habits and climatic conditions being considered, suitable for the education of said Indians.

<div style="float:left">Water supply.</div>

For the development of a water supply for the Navajo Indians, $15,000, to be immediately available and to remain available until expended.

<div style="float:left">California.</div>

## CALIFORNIA.

<div style="float:left">Support, etc., of Indians in.</div>

SEC. 3. For support and civilization of Indians in California, including pay of employees, and for the purchase of small tracts of land situated adjacent to lands heretofore purchased, and for improvements on lands for the use and occupancy of Indians in California, $57,000.

<div style="float:left">Sherman Institute.</div>

For support and education of five hundred and fifty Indian pupils at the Sherman Institute, Riverside, California, and for pay of superintendent, $94,350; for general repairs and improvements, $10,000; in all, $104,350.

<div style="float:left">Yuma Reservation<br/>Irrigation system.<br/>Advances.<br/>Vol. 36, p. 1063.</div>

For reclamation and maintenance charge on Yuma allotments, $40,000, to be reimbursed from the sale of surplus lands or from other funds that may be available, in accordance with the provisions of the Act of March third, nineteen hundred and eleven.

<div style="float:left">Fort Bidwell School.</div>

For support and education of one hundred and twenty-five Indian pupils at the Fort Bidwell Indian School, California, and for repairs and improvements, $20,000.

<div style="float:left">Greenville School.</div>

For support and education of one hundred Indian pupils at the Greenville Indian School, California, and for repairs and improvements, $20,000; new buildings, $10,000; in all, $30,000.

<div style="float:left">Hoopa Valley Reservation.<br/>Wagon road.<br/>Vol. 35, p 77.</div>

For completing the construction of the wagon road on the Hoopa Valley Indian Reservation, in the county of Humboldt, State of California, and for the purpose of repairing that part of said road already constructed under the provisions of the Act of April thirtieth, nineteen hundred and eight, $5,000, to be expended under the direction of the Secretary of the Interior.

<div style="float:left">Florida.</div>

## FLORIDA.

<div style="float:left">Relief of Seminoles.<br/>Use of balance.<br/>Vol. 36, p. 1063.</div>

SEC. 4. That the unexpended balance of the appropriation of $10,000 "for relief of distress among the Seminole Indians in Florida, and for purposes of their civilization," made in the Indian appropriation Act approved March third, nineteen hundred and eleven, is hereby reappropriated and made available.

Case 1:12-cv-02039-BAH   Document 27-36   Filed 01/11/13   Page 15 of 31

SIXTY-THIRD CONGRESS. Sess. I. Ch. 4. 1913. 87

## IDAHO.

Idaho.

Sec. 5. For support and civilization of Indians on the Fort Hall Reservation in Idaho, including pay of employees, $30,000.

Fort Hall Reservation.
Support, etc., of Indians.

For maintenance and operation of the Fort Hall irrigation system, $20,000.

Irrigation system.

For fulfilling treaty stipulations with the Bannocks in Idaho: For pay of physician, teacher, carpenter, miller, engineer, farmer, and blacksmith (article ten, treaty of July third, eighteen hundred and sixty-eight), $5,000.

Bannocks.
Fulfilling treaty.
Vol. 15, p. 676.

For the Coeur d'Alenes, in Idaho: For pay of blacksmith, carpenter, and physician, and purchase of medicines (article eleven, agreement ratified March third, eighteen hundred and ninety-one), $3,000.

Coeur d'Alenes.
Fulfilling treaty.
Vol. 26, p. 1029.

For pay of one clerk, at $1,200, and one lease clerk, at $1,000 per annum, at the Nez Perce Agency; in all, $2,200.

Nez Perce Agency.
Clerks.

## IOWA.

Iowa.

Sec. 6. For pay of one financial clerk, at $600, and one physician, at $480 per annum, at the Sac and Fox Agency, Iowa; in all, $1,080.

Sac and Fox Agency.
Employees.

## KANSAS.

Kansas.

Sec. 7. For support and education of seven hundred and fifty Indian pupils at the Indian school, Haskell Institute, Lawrence, Kansas, and for pay of superintendent, $127,750; for general repairs and improvements, $11,000; in all, $138,750.

Haskell Institute.

For support and education of eighty Indian pupils at the Indian school, Kickapoo Reservation, Kansas, and for pay of superintendent, $14,860; for general repairs and improvements, $3,000; in all, $17,860.

Kickapoo Reservation School.

For fulfilling treaties with the Sacs and Foxes of the Missouri: For support of a school (article five, treaty of March sixth, eighteen hundred and sixty-one), $200.

Sacs and Foxes of the Missouri.
School.
Vol. 12, p. 1172.

That the Secretary of the Treasury be, and he is hereby, authorized and directed to pay to D. C. Tillotson, of Topeka, Kansas, the sum of $4,010.75, said amount being in payment for work done and expenses incurred by said Tillotson in carrying out the provisions of the treaty with the Pottawatomie Indians proclaimed April nineteenth, eighteen hundred and sixty-two, and under the Act of Congress approved March third, nineteen hundred and nine, under contract with the Secretary of the Interior, said sum to be paid on proper certificate from the Secretary of the Interior.

D. C. Tillotson.
Expenses, selling lands of Pottawatomies.

Vol. 12, p. 1191.
Vol. 35, p. 791.

## MICHIGAN.

Michigan.

Sec. 8. For support and education of three hundred and twenty-five Indian pupils at the Indian school, Mount Pleasant, Michigan, and for pay of superintendent, $56,275; for general repairs and improvements, including equipment of two lavatories, and for changing and improving heating system, including purchase of new one hundred horsepower steam boiler, $15,000; in all, $71,275.

Mount Pleasant School.

For pay of one special agent at $1,100 and one financial clerk at $900 per annum, in addition to employees otherwise provided for at the Mackinac Agency; in all, $2,000.

Mackinac Agency.
Additional employees.

Case 1:12-cv-02039-BAH   Document 27-36   Filed 01/11/13   Page 16 of 31

88            SIXTY-THIRD CONGRESS.   Sess. I.   Ch. 4.   1913.

Minnesota.

## MINNESOTA.

Pipestone School.

Sec. 9. For support and education of two hundred and twenty-five Indian pupils at the Indian school, Pipestone, Minnesota, and for pay of superintendent, $39,175; for general repairs and improvements, $6,700; in all, $45,875.

Chippewas of the Mississippi.
Schools.
Vol. 16, p. 720.

For support of a school or schools for the Chippewas of the Mississippi in Minnesota (article three, treaty of March nineteenth, eighteen hundred and sixty-seven), $4,000.

Chippewas of Minnesota.
Civilization, etc., from tribal funds.
Vol. 25, p. 645.

The Secretary of the Interior is hereby authorized to withdraw from the Treasury of the United States, at his discretion, the sum of $165,000, or so much thereof as may be necessary, of the principal sum on deposit to the credit of the Chippewa Indians in the State of Minnesota, arising under section seven of the Act of January fourteenth, eighteen hundred and eighty-nine, entitled "An Act for the relief and civilization of the Chippewa Indians in the State of Minnesota," and to use the same for the purpose of promoting civilization and self-support among the said Indians in manner and for purposes provided for in said Act.

White Earth Band.
Annual celebration.

The Secretary of the Interior is hereby authorized to advance to the executive committee of the White Earth Band of Chippewa Indians in Minnesota the sum of $1,000, or so much thereof as may be necessary, to be expended in the annual celebration of said band to be held June fourteenth, nineteen hundred and thirteen, out of the funds belonging to said band.

Red Lake Reservation.
Drainage reclamation.
Vol. 35, p. 82.

That the unexpended balance of the appropriation for the completion of the drainage survey of ceded Indian lands made by the Act of April thirtieth, nineteen hundred and eight, is hereby reappropriated and made immediately available for an extension of the drainage survey, together with an estimate of the cost of the project, to cover the Red Lake Diminished Reservation in Minnesota, with a view to determining what portions thereof may be profitably and economically reclaimed by drainage to make the same suitable for agricultural purposes.

Chippewas of White Earth Reservation.
Roll of allottees on, to be made.
Commission; composition, etc.

That upon the passage of this Act the senior judge of the United States District Court for the District of Minnesota shall appoint a commission consisting of two persons, one of whom shall be selected by the Department of Justice and the other shall be a citizen of the State of Minnesota, who shall proceed forthwith, under the direction of the said United States district court, to make a roll of the Chippewa Indians allotted within the White Earth Reservation in the State of Minnesota. The commission shall qualify by taking an oath of office and by giving a bond to the United States in the sum of $5,000 conditioned upon the faithful performance of their duties. Should a vacancy in said commission occur, from any cause, the court shall appoint some suitable person to fill such vacancy: *Provided,* That the said commission shall always be constituted as above set forth.

Proviso.
Vacancies.

Contents, etc., of roll.

That the roll herein provided for shall be made in triplicate and shall show the allotment number or numbers, together with the description of the property allotted, and the name, age, sex, and quantum of Chippewa Indian blood of the allottees as near as it reasonably can be ascertained. The roll shall also state whether the person named is living or dead, and, if dead, the approximate date of death shall be stated, when it can be ascertained, together with the age of such person at death as near as practicable. No allotment nor the allottee thereof shall be enrolled where there is a suit now pending, or hereafter commences prior to the completion of such roll, to cancel any conveyance of such allotment until such suit has been finally determined.

That from time to time copies of such roll, as far as then prepared by the commission, shall be posted in the agency offices at White Earth and at Pine Point, and in the post offices at Beaulieu, Mahnomen, Waubun, Ogema, and Callaway, on the White Earth Reservation, and a copy thereof shall be transmitted to the Secretary of the Interior. At the same time, if the commission so desires, notice may be given, in the manner hereinafter provided for, of the intention of the commission to apply to the said United States district court for its approval of that portion of the roll so prepared and posted. Any person having an interest therein shall be entitled to be heard touching the status of any person named on said roll. The portion of the roll, when so approved, shall be filed, one copy with the clerk of the said United States district court, one copy at the agency office at White Earth, and one copy with the Secretary of the Interior. When the roll so made is completed, it shall be presented to the said district court for final approval. If the commissioners disagree as to the proper status of any allottee, they shall submit the question to the court for determination, upon such final presentation of the roll. At least three weeks prior to presenting the same for final approval, the commission shall cause notice of the time and place of presenting the same to be published in three newspapers of general circulation upon and around the White Earth Reservation and in one daily newspaper in each of the cities of Saint Paul, Minneapolis, and Duluth, and shall cause copies of such notice to be posted in the agency offices at White Earth and Pine Point, and in the post offices at Beaulieu, Mahnomen, Ogema, and Callaway, on the White Earth Reservation, and shall transmit a copy thereof to the Secretary of the Interior. Any person interested therein may be heard upon such final application touching the status of any person named upon such roll whose status has not already been passed upon by the court. The court shall receive and consider all evidence submitted touching disputed cases and shall fix the status of every such person in accordance with the facts as the court may find them to be. When the commission has completed the roll and all disputed cases have been determined by the court, an order or decree of final approval shall be made and engrossed upon the roll. The roll so made and finally approved by the court, as aforesaid, shall be filed, one copy with the clerk of said court, one copy at the agency office at White Earth, and one copy with the Secretary of the Interior. The copy of the roll filed at the agency office at White Earth shall at all times be open to public inspection, and copies thereof may be made and filed for record with the registers of deeds of the various counties in which the lands described therein are situated, and such roll, when so made, approved, and filed, shall be final and conclusive as to the facts stated therein, and shall be deemed a record of the United States District Court for the District of Minnesota, and entitled to be received in evidence as such: *Provided, however,* That appeals as in other cases of final decrees in equity in said court may be taken by any party in interest: *And provided further,* That the determination of status, as provided herein, shall not, in the case of any allottee upon the roll so made, be taken to be a determination of the right of such allottee to have or to have had an allotment on the said reservation, or to be enrolled on the tribal rolls thereof.

That the commission is hereby empowered to employ such clerical and other assistance and to incur such expense, including traveling expenses, as may be required in connection with the work of enrollment, and the said district court shall fix the compensation to be received by the commissioners and such persons as they may employ. The sum of $5,000, or so much thereof as may be necessary, is hereby appropriated, out of any money in the Treasury not otherwise appropriated, for the purpose of carrying this Act into effect.

*Marginal notes:*

Posting of roll while in preparation.

Approval by district court.

Hearings.

Approval when completed.

Hearings before final approval.
Notices.

Final approval.

Record, etc.

*Provisos.*
Appeals.

Status of allottees on roll.

Expenses, etc., allowed.

Appropriation.

Case 1:12-cv-02039-BAH   Document 27-36   Filed 01/11/13   Page 18 of 31

90                     SIXTY-THIRD CONGRESS. Sess. I. Ch. 4. 1913.

Chippewas of the Mississippi.
Higher education of ten boys.
Vol. 10, p. 1168.

The sum of $4,000 is hereby appropriated out of any funds in the United States Treasury to the credit of the Chippewa Indians in the State of Minnesota, to be expended pursuant to article four of the treaty of February twenty-second, eighteen hundred and fifty-five, between the Chippewas of the Mississippi and Pillager Bands, for the higher education of ten Chippewa Indian boys, members of the said bands of Chippewa Indians in the State of Minnesota, under the direction of the Indian education board of White Earth Reservation, in the said State, created by act of council of the White Earth Bands of Chippewa Indians, held at White Earth, March twenty-fifth, nineteen hundred and eleven.

Fond du Lac Reservation.
Lands to complete allotments to Indians on.

That any Indian allottee of the Fond du Lac Reservation who has not already received eighty acres of land in allotment shall be entitled to take by allotment of any unappropriated land of said reservation sufficient, with the land already allotted such Indian, to make eighty acres of land, such allotment not to interfere with existing timber contracts.

Montana.

## MONTANA.

Fort Belknap Agency.
Support, etc., of Indians.

SEC. 10. For support and civilization of the Indians at Fort Belknap Agency, Montana, including pay of employees, $20,000.

Flathead Agency.
Support, etc., of Indians.

For support and civilization of Indians at Flathead Agency, Montana, including pay of employees, $12,000.

Fort Peck Agency.
Support, etc., of Indians.

For support and civilization of Indians at Fort Peck Agency, Montana, including pay of employees, $35,000.

Blackfeet Agency.
Support, etc., of Indians.

For support and civilization of Indians at Blackfeet Agency, Montana, including pay of employees, $15,000.

Fort Belknap Reservation.
Irrigation system.
Vol. 36, p. 277.

For extending the construction and maintaining the Milk River irrigation system on the Fort Belknap Reservation, in Montana, $15,000, reimbursable in accordance with the provisions of the Act of April fourth, nineteen hundred and ten.

Flathead Reservation.
Irrigation systems.

For continuing the construction of irrigation systems to irrigate the allotted lands of the Indians of the Flathead Reservation, in Montana, and the unallotted irrigable lands to be or which have been heretofore disposed of under authority of law, including the necessary surveys, plans, and estimates, $325,000, to be immediately available, reimbursable in accordance with the provisions of the Act of April fourth, nineteen hundred and ten.

Vol. 36, p. 277.

Blackfeet Reservation.
Irrigation systems.

For continuing the construction of irrigation systems to irrigate the allotted lands of the Indians of the Blackfeet Indian Reservation, in Montana, and the unallotted irrigable lands to be disposed of under authority of law, including the necessary surveys, plans, and estimates, $150,000, reimbursable in accordance with the provisions of the Act of March first, nineteen hundred and seven.

Vol. 34, p. 1037.

Fort Peck Reservation.
Irrigation systems.
Vol. 35, p. 583.

For continuing construction of irrigation systems to irrigate allotted lands of the Indians of the Fort Peck Indian Reservation, in Montana, including necessary surveys, plans, and estimates, $150,000, the same to be reimbursable.

Crows.
Fulfilling treaty.
Vol. 15, p. 652.

For fulfilling treaties with Crows, Montana: For pay of physician, $1,200; and for pay of carpenter, miller, engineer, farmer, and blacksmith (article ten, treaty of May seventh, eighteen hundred and sixty-eight), $3,600; for pay of second blacksmith (article eight, same treaty), $1,200; in all, $6,000.

Northern Cheyennes and Arapahoes.
Subsistence, etc.
Vol. 19, p. 256.

Physician, etc.
Vol. 15, p. 655.

For subsistence and civilization of the Northern Cheyennes and Arapahoes (agreement with the Sioux Indians, approved February twenty-eighth, eighteen hundred and seventy-seven), including subsistence and civilization of Northern Cheyennes removed from Pine Ridge Agency to Tongue River, Montana, and for pay of physician, two teachers, two carpenters, one miller, two farmers, a blacksmith, and engineer (article seven, treaty of May tenth, eighteen hundred and sixty-eight), $85,000.

SIXTY-THIRD CONGRESS. Sess. I. Ch. 4. 1913. 91

The unexpended balance of moneys heretofore appropriated for the settling of Chief Rocky Boy's band of Chippewa Indians is hereby made available for expenditure for the support and civilization of said Indians and shall remain available until expended. *Rocky Boy's Band. Support, etc. Vol. 35, p. 84.*

For the employment of "line riders" along the southern and eastern boundaries of the Northern Cheyenne Indian Reservation in the State of Montana, $1,500. *Employing "line riders."*

That the Secretary of the Interior is hereby authorized, in his discretion, to withdraw from the Treasury the entire share of the Northern Cheyenne Indians in the permanent fund created under section seventeen of the Act of Congress approved March second, eighteen hundred and eighty-nine (United States Statutes at Large, volume twenty-five, page eight hundred and eighty-eight), which amount is $48,075.07, and to expend it for the benefit of said Northern Cheyenne Indians in the purchase of stock cattle or such articles as in his judgment will best advance said Indians in civilization and self-support. *Northern Cheyennes. Stock cattle, etc., from permanent fund. Vol. 25, p. 895.*

There is hereby made available $50,000 of any tribal funds now in the Treasury of the United States to the credit of the Blackfeet Indians of Montana, for expenditure by the Secretary of the Interior, under such regulations as he may prescribe, for the promotion of civilization and self-support among the Indians residing on and having tribal rights on the Blackfeet Indian Reservation. *Blackfeet Indians. Promoting self-support, etc., from tribal funds.*

## NEBRASKA.

*Nebraska.*

Sec. 11. For support and education of three hundred and seventy-five Indian pupils at the Indian school at Genoa, Nebraska, and for pay of superintendent, $62,300; for general repairs and improvements, $4,500; for cottage for superintendent, $5,500; in all, $72,300. *Genoa School.*

For pay of one clerk at $1,400, one financial clerk at $1,200, one assistant clerk at $720, and one laborer at $720 at Winnebago Agency, Nebraska; in all, $4,040. *Winnebago Agency. Employees.*

For repairing the Government bridge across the Niobrara River in Knox County, Nebraska, for the use of the Santee and Ponca Indians, $1,200. *Niobrara River. Repairing bridge.*

## NEVADA.

*Nevada.*

Sec. 12. For support and civilization of Indians in Nevada, including pay of employees, $18,500. *Support, etc., of Indians in.*

For support and education of three hundred Indian pupils at the Indian school at Carson City, Nevada, and for pay of superintendent, $50,100; for general repairs and improvements, $6,000; in all, $56,100. *Carson City School.*

## NEW MEXICO.

*New Mexico.*

Sec. 13. For support and education of four hundred Indian pupils at the Indian school at Albuquerque, New Mexico, and for pay of superintendent, $68,600; for general repairs and improvements, $5,000; new buildings, $15,000; in all, $88,600. *Albuquerque School.*

For support and education of three hundred Indian pupils at the Indian school at Santa Fe, New Mexico, and for pay of superintendent, $51,900; for general repairs and improvements, $6,000; for water supply, $1,600; for girls' dormitory, $18,000; in all, $77,500. *Santa Fe School.*

For the construction of a bridge across the San Juan River at Shiprock, New Mexico, on the Navajo Indian Reservation, to be immediately available, $16,500, which said sum shall be reimbursed to the United States by the Navajo Indians, and shall remain a charge and lien upon the lands, property, and funds belonging to said Navajo Indians until paid in full. *Navajo Reservation. Bridge across San Juan River at Shiprock.*

92          SIXTY-THIRD CONGRESS. Sess. I. Ch. 4.  1913.

Pueblo Indians.
Special attorney.

For the pay of one special attorney for the Pueblo Indians of New Mexico to be designated by the Secretary of the Interior and for necessary traveling expenses of said attorney, $2,000, or so much thereof as the Secretary of the Interior may deem necessary.

New York.

## NEW YORK.

Senecas.
Annuity.
Vol. 4, p. 442.

Sec. 14. For fulfilling treaties with Senecas of New York: For permanent annuity in lieu of interest on stock (Act of February nineteenth, eighteen hundred and thirty-one), $6,000.

Six Nations.
Annuity.
Vol. 7, p. 46.

For fulfilling treaties with Six Nations of New York: For permanent annuity, in clothing and other useful articles (article six, treaty of November eleventh, seventeen hundred and ninety-four), $4,500.

New York Agency.
Employees.

For pay of one special agent at $1,050, one physician at $600, and one financial clerk at $600 per annum, at the New York Agency; in all, $2,250.

North Carolina.

## NORTH CAROLINA.

Cherokee School.

Sec. 15. For support and education of one hundred and eighty Indian pupils at the Indian school at Cherokee, North Carolina, and for pay of superintendent, $30,000; for general repairs and improvements, $6,000; in all, $36,000.

North Dakota.

## NORTH DAKOTA.

Devils Lake Sioux.
Support, etc.

Sec. 16. For support and civilization of the Sioux of Devils Lake, North Dakota, $5,000.

Fort Berthold
Agency.
Support, etc., of Indians.

For support and civilization of Indians at Fort Berthold Agency, in North Dakota, including pay of employees, $15,000.

Turtle Mountain
Chippewas.
Support, etc.

For support and civilization of Turtle Mountain Band of Chippewas, North Dakota, $11,000.

Bismarck School.

For support and education of one hundred Indian pupils at the Indian school, Bismarck, North Dakota, and for pay of superintendent, $18,200; for general repairs and improvements, $2,000; for dairy cows, poultry, and other live stock, $1,000; for new equipment, $2,000; in all, $23,200.

Fort Totten School.

For support and education of four hundred Indian pupils at Fort Totten Indian School, Fort Totten, North Dakota, and for pay of superintendent, $68,500; for general repairs and improvements, $6,000; for construction of power house recently destroyed by fire and for installation, repair, and improvement of heating and lighting plant, $15,000, to be immediately available; in all, $89,500.

Wahpeton School.

For support and education of two hundred Indian pupils at the Indian School, Wahpeton, North Dakota, and pay of superintendent, $35,200; for general repairs and improvements, $5,000; for addition to barn, $2,500; for dairy cows, $1,000; in all, $43,700.

Sullys Hill Park.
Examination for
minerals.

For examination of the land embraced in Sullys Hill Park to determine whether it contains valuable minerals, $500, or so much thereof as may be necessary.

Oklahoma.

## OKLAHOMA.

Wichitas, etc.
Support, etc.

Sec. 17. For support and civilization of the Wichitas and affiliated bands who have been collected on the reservations set apart for their use and occupation in Oklahoma, $5,000.

Kiowas, Comanches,
Apaches, and Wichitas.
Sale of unused school
and agency lands.

That the Secretary of the Interior, in his discretion, is authorized to sell upon such terms and under such rules and regulations as he may prescribe the unused, unallotted, unreserved, and such portions of the school and agency lands that are no longer needed for administration purposes, in the Kiowa, Comanche, Apache, and Wichita

Tribes of Indians in Oklahoma, the proceeds therefrom, less $1.25 per acre, to be deposited to the credit of said Indians in the United States Treasury, to draw until further provided by Congress four per centum interest, and to be known as the Kiowa Agency hospital fund, to be used only for maintenance of said hospital: *Provided,* That by and with the approval of the Secretary of the Interior the county commissioners of Comanche County for the benefit of said county shall, for ninety days from and after the passage and approval of this Act, have the preference right to buy at $1.25 per acre a suitable one hundred and sixty-acre tract of land to be used for county poor-farm purposes: *Provided further,* That the Secretary of the Interior is hereby authorized in his discretion to grant to settlers a preference right to purchase for ninety days from and after notice, at the appraised price, exclusive of improvements, such lands as were occupied by such settlers in good faith on January first, nineteen hundred and thirteen.

*Proceeds for Agency hospital.*

*Provisos.*
*Preference to Comanche County.*

*Occupied lands of settlers.*

The hospital heretofore authorized to be constructed on the Fort Sill Indian School Reservation, Oklahoma, for the benefit of the Indians of the Kiowa, Comanche, and Apache Tribes in that State, by the Act of August twenty-fourth, nineteen hundred and twelve (Thirty-seventh Statutes at Large, page five hundred and twenty-nine), is hereby made available for any members of the Caddo, Wichita, or other Indians, in the State of Oklahoma, under the jurisdiction of the superintendent in charge of the Kiowa Agency.

*Kiowa Agency Hospital.*
*Admissions extended.*
*Vol. 37, p. 529*

That the Secretary of the Interior is hereby authorized in his discretion to extend each of the deferred payments on the town lots of the north addition to the city of Lawton, Oklahoma, one year from the date on which they become due under existing law: *Provided,* That no additional extension shall be granted: *And provided further,* That no title shall issue to any such purchaser until all deferred payments, interest, and taxes have been made as provided in the Act of March twenty-seventh, nineteen hundred and eight (Thirty-fifth Statutes, page forty-nine), and the Act of February eighteenth, nineteen hundred and nine (Thirty-fifth Statutes, page six hundred and thirty-seven).

*Lawton, Okla.*
*Deferred payments for town lots.*

*Provisos.*
*Restriction.*
*Payment of taxes, etc.*

*Vol. 35, pp. 49, 637.*

The Secretary of the Interior is hereby authorized to withdraw from the Treasury of the United States, at his discretion, the sum of $25,000, or so much thereof as may be necessary, of the funds on deposit to the credit of the Kiowa, Comanche, and Apache Tribes of Indians in Oklahoma, for the support of the agency and pay of employees maintained for their benefit.

*Agency expenses.*
*From tribal funds.*

That the Secretary of the Interior be, and he is hereby, authorized to withdraw from the Treasury of the United States, at his discretion, the sum of $250,000, or so much thereof as may be necessary, of the funds on deposit to the credit of the Kiowa, Comanche, and Apache Tribes of Indians in Oklahoma, and pay out the same for the benefit of the members of said tribes for their maintenance and support, and improvement of their homesteads, for the ensuing year, in such manner and under such regulations as he may prescribe.

*Maintenance.*
*From tribal funds.*

For support and civilization of the Arapahoes and Cheyennes who have been collected on the reservations set apart for their use and occupation in Oklahoma, $35,000.

*Support, etc.*
*Arapahoes and Cheyennes.*

For support and civilization of the Kansas Indians, Oklahoma, including pay of employees, $1,500.

*Kansas Indians.*

For support and civilization of the Kickapoo Indians in Oklahoma, $2,000.

*Kickapoos.*

For support and civilization of the Ponca Indians in Oklahoma and Nebraska, including pay of employees, $8,000.

*Poncas.*

Chilocco School.

For support and education of five hundred Indian pupils at the Indian school at Chilocco, Oklahoma, and for pay of superintendent, $83,500; for general repairs and improvements, $7,000; in all, $90,500.

Pawnees.
Annuity.
Vol. 27, p. 644.

For fulfilling treaties with Pawnees, Oklahoma: For perpetual annuity, to be paid in cash to the Pawnees (article three, agreement of November twenty-third, eighteen hundred and ninety-two), $30,000;

Schools.
Vol. 11, p. 730.

for support of two manual-labor schools (article three, treaty of September twenty-fourth, eighteen hundred and fifty-seven), $10,000;

Farmer, black-smiths, etc.
Vol. 11, p. 730.

for pay of one farmer, two blacksmiths, one miller, one engineer and apprentices, and two teachers (article four, same treaty), $5,400; for purchase of iron and steel and other necessaries for the shops (article four, same treaty), $500; for pay of physician and purchase of medicines, $1,200; in all, $47,100.

Old Goodland Industrial School.
Payment from Choctaw funds for use of.

That the Secretary of the Interior, under rules and regulations to be prescribed by him, is hereby authorized to expend, out of any funds in the Treasury belonging to the Choctaw Tribe of Indians of Oklahoma not otherwise appropriated, the sum of $10,000, for the use and benefit of the Old Goodland Indian Industrial School, near Hugo, Oklahoma, this appropriation being made to carry out the purposes of the act of the General Council of the Choctaw Nation passed October thirteenth, nineteen hundred and eleven, appropriating the sum of $10,000 of the funds of the Choctaw Nation to be expended for the benefit of the Old Goodland Indian Mission and Industrial School, which has been incorporated and is now known as Old Goodland Indian Industrial School, which act of the council was approved by the President on June twenty-fourth, nineteen hundred and twelve.

Quapaws.
Education.
Vol. 7, p. 425.

For support of Quapaws, Oklahoma: For education (article three, treaty of May thirteenth, eighteen hundred and thirty-three), $1,000;

Proviso.
Certificate of the President.

for blacksmith and assistants, and tools, iron, and steel for blacksmith shop (same article and treaty), $500; in all, $1,500: *Provided*, That the President of the United States shall certify the same to be for the best interests of the Indians.

Shawnee Agency.
Employee.

For pay of one stenographer and typewriter, $900 per annum, at the Shawnee Agency.

Sac and Fox Agency.
Employees.

For pay of one assistant clerk, at $720, one constable, at $540, and one lease clerk, at $800 per annum, at the Sac and Fox Agency, Oklahoma; in all, $2,060.

Seneca Agency.
Employees.

For pay of one financial clerk, at $720, one assistant clerk, at $780 per annum, at the Seneca Agency; in all, $1,500.

Ernest Stecker.
Payment to.

For salary due Ernest Stecker, superintendent of Kiowa Indian School, Oklahoma, from August fifteenth, nineteen hundred and twelve, to September eleventh, nineteen hundred and twelve, inclusive, at $2,150 per annum, $161.25.

Apache Indian prisoners.
Settlement, etc.
Vol. 37, p. 534.

For continuing the relief and settlement of the Apache Indians now confined as prisoners of war at Fort Sill Military Reservation, Oklahoma, on lands in Oklahoma to be selected for them by the Secretary of the Interior and the Secretary of War, $100,000, to be expended under such rules and regulations as the Secretary of the Interior and the Secretary of War may prescribe, and to be immediately available:

Provisos.
Purchase of specified allotments.
Allotting lands purchased.
Vol. 24, p. 388.

*Provided*, That allotments may be purchased in Oklahoma for the widow of George Wrattan, interpreter for the Fort Sill prisoners of war, Martin Grab, and Edward Welch: *Provided*, That the lands heretofore or hereafter purchased for said Fort Sill Indians shall be subject to the provisions of the general allotment Act of February eighth, eighteen hundred and eighty-seven (Twenty-fourth Statutes at Large, page three hundred and eighty-eight), as amended, and

Trust patents.

trust patents shall issue to said Indians in accordance with the said Act of February eighth, eighteen hundred and eighty-seven, and the amendments thereto.

Case 1:12-cv-02039-BAH   Document 27-36   Filed 01/11/13   Page 23 of 31

SIXTY-THIRD CONGRESS.  Sess. I.  Ch. 4.  1913.          95

FIVE CIVILIZED TRIBES.                                    Five Civilized Tribes.

Sec. 18. For expenses of administration of the affairs of the Five    Administration expenses.
Civilized Tribes, Oklahoma, and the compensation of employees,
including such attorneys as the Secretary of the Interior may, in his   Attorneys for probate matters.
discretion, employ in connection with probate matters affecting indi-
vidual allottees of the Five Civilized Tribes, $250,000: *Provided,*    Provisos.
That during the fiscal year ending June thirtieth, nineteen hundred   Restriction on expenditures without
and fourteen, no moneys shall be expended from the tribal funds   specific authority.
belonging to the Five Civilized Tribes without specific appropriation
by Congress, except as follows: Equalization of allotments per capita
and other payments authorized by law to individual members of the
respective tribes, tribal and other Indian schools for the current fiscal
year under existing law, salaries and contingent expenses of governors,
chiefs, assistant chiefs, secretaries, interpreters, and mining trustees
of the tribes for the current fiscal year at salaries not exceeding those
for the last fiscal year; and attorneys for said tribes employed under
contract approved by the President, under existing law, for the cur-
rent fiscal year: *Provided further,* That the Secretary of the Interior   Choctaw and Chickasaw schools continued.
is hereby authorized to continue the tribal schools of the Choctaw and
Chickasaw Nations for the current fiscal year.

That the Act of Congress approved February nineteenth, nineteen   Choctaw and Chickasaw coal, etc., lands.
hundred and twelve (Thirty-seventh Statutes at Large, page sixty-   Time extended for completing classifica-
seven), being "An Act to provide for the sale of the surface of the coal   tion, etc., of.
and asphalt lands of the Choctaw and Chickasaw Nations, and for   Vol. 37, pp. 67, 534.
other purposes," be, and the same is hereby, amended to provide that
the classification and appraisement of such lands shall be completed
not later than December first, nineteen hundred and thirteen, and the
sum of $10,000, to be paid out of the Choctaw and Chickasaw tribal   Payment from tribal fund.
funds, is hereby appropriated for the completion of the work.

For the support, continuance, and maintenance of the Cherokee   Cherokee Orphan Training School.
Orphan Training School, near Tahlequah, Oklahoma, for the orphan   Maintenance
Indian children of the Five Civilized Tribes belonging to the restricted
class, to be conducted as an industrial school under the direction of
the Secretary of the Interior, $25,000; and the principal chief of the   Additional lands.
Cherokee Nation is authorized to sell and convey said property,
including the forty acres of land appurtenant thereto and all buildings
thereon, to the United States for the sum of $5,000, and the additional
sum of $5,000 is hereby appropriated for said purchase.

The sum of $300,000, to be expended in the discretion of the Secre-   Tribal common schools continued.
tary of the Interior, under rules and regulations to be prescribed by
him, in aid of the common schools in the Cherokee, Creek, Choctaw,
Chickasaw, and Seminole Nations in Oklahoma, during the fiscal
year ending June thirtieth, nineteen hundred and fourteen: *Provided,*   Proviso.
That this appropriation shall not be subject to the limitation in sec-   Limitation not applicable.
tion one of this Act limiting the expenditure of money to educate   *Ante,* p. 78.
children of less than one-fourth Indian blood.

That the Secretary of the Interior be, and he is hereby, authorized   Seminoles.
and directed to forthwith make a per capita payment of $200 from   Per capita payment from tribal trust
the tribal trust funds of the Seminole Indians to each individual   funds.
officially enrolled as a member of the said tribe, to relieve the distressed
condition at present existing among the allottees of that tribe, said   Provisos.
payment to be made at Wewoka, Oklahoma: *Provided,* That amounts   Retention for delin-
of all delinquent taxes and penalties properly assessed against the   quent taxes.
lands of each Seminole allottee under the laws of the State of Okla-
homa and remaining unpaid shall be ascertained and paid under the
direction of the Secretary of the Interior in each and every case out
of the distributive share to be paid to each enrolled member of the   Limitation.
tribe under the provisions of this Act: *Provided,* That not to exceed
$3,000 may be used from the funds belonging to the Seminole Tribe
for the purpose of defraying the expenses of such payments.

Collecting rents, etc.

For expenses incident to and in connection with collection of rents of unallotted lands and tribal buildings, such amount as may be necessary: *Provided*, That such expenditures shall not exceed in the aggregate ten per centum of the amount collected, which amount shall be paid out of such tribal funds.

*Proviso.*
Limit.

Cemetery lands.
Transfers authorized.

That where any cemetery now exists within the lands of the Five Civilized Tribes, said land within said cemetery, together with the land adjoining the same, where necessary, not exceeding twenty acres in the aggregate to any one cemetery, shall be transferred by the Secretary of the Interior to the proper party, association, or corporation, or to the county commissioners of the State of Oklahoma, for cemetery purposes only, under such terms, conditions, and regulations as he may prescribe.

Sales of lands, etc.
Payment of expenses from proceeds.

For payment of salaries of employees and other expenses of advertisement and sale in connection with the disposition of the unallotted lands and other tribal property belonging to any of the Five Civilized Tribes, to be paid from the proceeds of such sales when authorized by the Secretary of the Interior, as provided by the Act approved March third, nineteen hundred and eleven, not exceeding $40,000, $5,000 of which to be immediately available, reimbursable from proceeds of sale.

Vol. 36, p. 1070.

Choctaws.
Fulfilling treaties.
Annuities.
Vol. 7, p. 99; Vol. 11, p. 614.

For fulfilling treaties with Choctaws, Oklahoma: For permanent annuity (article two, treaty of November sixteenth, eighteen hundred and five, and article thirteen, treaty of June twenty-second, eighteen hundred and fifty-five), $3,000; for permanent annuity for support of light-horsemen (article thirteen, treaty of October eighteenth, eighteen hundred and twenty, and article thirteen, treaty of June twenty-second, eighteen hundred and fifty-five), $600; for permanent annuity for support of blacksmith (article six, treaty of October eighteenth, eighteen hundred and twenty, and article nine, treaty of January twentieth, eighteen hundred and twenty-five, and article thirteen, treaty of June twenty-second, eighteen hundred and fifty-five), $600; for permanent annuity for education (article two, treaty of January twentieth, eighteen hundred and twenty-five, and article thirteen, treaty of June twenty-second, eighteen hundred and fifty-five), $6,000; for permanent annuity for iron and steel (article nine, treaty of January twentieth, eighteen hundred and twenty-five, and article thirteen, treaty of June twenty-second, eighteen hundred and fifty-five), $320; in all, $10,520.

Light horsemen.
Vol. 7, p. 213; Vol. 11, p. 614.

Blacksmith, etc.
Vol. 7, pp. 235, 236; Vol. 11, p. 614.

Education.
Vol. 7, p. 235; Vol. 11, p. 614.

Iron and steel.
Vol. 7, p. 236; Vol. 11, p. 614.

Osages.
Payments to be withheld if children not placed in school.

That hereafter the Commissioner of Indian Affairs is authorized in his discretion to withhold any annuities or other payments due to Osage Indian minors, above six years of age, whose parents fail, neglect, or refuse to place such minors in some established school for a reasonable portion of each year and to keep such children in regular attendance thereof. The Commissioner of Indian Affairs is authorized to make such rules and regulations as may be necessary to put this provision into force and effect.

Payments from tribal funds for street paving, etc., abutting unsold lots.

That the Secretary of the Interior is hereby authorized to pay out of any funds of the Creek, Cherokee, Choctaw, Chickasaw, and Seminole Nations on deposit in the Treasury of the United States, the proportionate cost of street paving and construction of sidewalks abutting on unsold lots belonging to any of said tribes and as may be properly chargeable against said town lots, said payments to be made upon submission of proof to said Secretary of the Interior showing the entire cost of the said street paving and sidewalk construction and that said improvement was duly authorized and undertaken in accordance with law: *Provided*, That the Secretary of the Interior shall be satisfied that the charges made are reasonable and that the lots belonging to the above-mentioned tribes against which the charges were made have been enhanced in value by said improvements to not less than the amount of said charges.

*Proviso.*
Condition.

That the Secretary of the Interior be, and he is hereby, authorized to designate and set aside not to exceed four sections of the unallotted lands belonging to the Choctaw and Chickasaw Tribes of Indians in Oklahoma, said reservation being for the purpose of providing land on which to build a sanatorium or sanatoria for the benefit of said tribes of Indians. *Lands reserved from Choctaws and Chickasaws for sanatorium.*

That the Secretary of the Interior be, and he is hereby, authorized to approve an order for the removal of restrictions upon alienation from the southwest quarter of the southeast quarter of section seventeen, township twenty-five north, range twenty-four east, of the Indian meridian, Oklahoma, the homestead allotment of R. S. Kariho (or Service Kayrahoo), Seneca allottee numbered fifty-three, such removal of restrictions to become effective only and simultaneously with the execution of a deed by said allottee to the purchaser after said land has been sold in compliance with the directions of the Secretary of the Interior. *R. S. Karihoo (Service Kayraho). Restrictions removed from allotment.*

No contract made with any Indian, where such contract relates to the tribal funds or property in the hands of the United States, shall be valid, nor shall any payment for services rendered in relation thereto be made unless the consent of the United States has previously been given. *Contracts as to tribal funds, etc., subject to official approval.*

That the Secretary of the Interior be, and he is hereby, authorized, in his discretion, to approve the assessments, together with maps showing right of way and definite location of proposed drainage ditches and levees made under the laws of the State of Oklahoma upon the allotments of restricted allottees of the Creek Nation in the Verdigris drainage district numbered one, in Wagoner County, Oklahoma. *Assessments on Creek allotments in Verdigris drainage district approved.*

That the Secretary of the Interior be, and he is hereby, authorized, in his discretion, to pay amounts assessed against each of said allotments: *Provided,* That said assessment shall not exceed $5 per acre on any allotment or portion thereof, and there is appropriated for said purposes, out of any money in the Treasury not otherwise appropriated, the sum of $20,000, to be immediately available, said sum to be reimbursable from rentals from said allotments, not to exceed twenty-five per centum of the amount of rents received annually, or from any funds belonging to said allottees, in the discretion of the Secretary of the Interior. *Payments.* *Proviso. Limitation.*

That the Secretary of the Interior be, and he is hereby, authorized, in his discretion, to approve such deeds for right of way from said allottees or their heirs as may be necessary to permit the construction and maintenance of said drainage ditches and levees upon the payment of adequate damages therefor. *Approval of rights of way.*

That the Secretary of the Interior be, and he is hereby, authorized to perform all acts and make such rules and regulations as may be necessary and proper for the purpose of carrying the provisions of this Act into full force and effect. *General authority to Secretary.*

The Secretary of the Interior is hereby authorized to expend from Choctaw tribal funds the sum of $500 for the erection of a suitable monument to the memory of Green McCurtain, late deceased chief of the Choctaw Nation. *Green McCurtain. Erection of monument to.*

## OREGON.

*Oregon.*

Sec. 19. For support and civilization of Klamath, Modocs, and other Indians of the Klamath Agency, Oregon, including pay of employees, $6,000. *Klamath Agency. Support, etc., of Indians.*

For support and civilization of the confederated tribes and bands under Warm Springs Agency, and for pay of employees, $4,000. *Warm Springs Agency. Support, etc., of Indians.*

For support and civilization of the Wallawalla, Cayuse, and Umatilla Tribes, Oregon, including pay of employees, $3,000. *Wallawallas, etc. Support, etc.*

91006°—vol 38—pt 1——7

HeinOnline -- 38 Stat. 97 1909-1915

Salem School.

For support and education of six hundred Indian pupils, including native pupils brought from Alaska, at the Indian school, Salem, Oregon, and for pay of superintendent, $102,000; for general repairs and improvements, $12,000; in all, $114,000.

Grande Ronde and Siletz Agencies.
Support, etc., of Indians.

For support and civilization of Indians at Grande Ronde and Siletz Agencies, Oregon, including pay of employees, $4,000.

Modoc Point irrigation project.
Completing, in Klamath Reservation.

For completion of the construction of the Modoc Point irrigation project, including drainage and canal systems within the Klamath Indian Reservation, in the State of Oregon, in accordance with the plans and specifications submitted by the chief engineer in the Indian service and approved by the Commissioner of Indian Affairs and the Secretary of the Interior in conformity with a provision in section one of the Indian appropriation Act for the fiscal year nineteen hundred and eleven, $105,000, to remain available until expended.

Vol. 36, p. 270.

E. L. Chalcraft.
Payment to.

For salary due E. L. Chalcraft, former superintendent of the Salem Indian School, Oregon, from April twenty-eighth, nineteen hundred and eleven, to September eighth, nineteen hundred and eleven, four months and eleven days, at $2,025 per annum, $736.88.

Pennsylvania.

## PENNSYLVANIA.

Carlisle School.

SEC. 20. For support and education of Indian pupils at the Indian school at Carlisle, Pennsylvania, and for pay of superintendent, $132,000; for lavatories and bathing facilities, $10,000; for general repairs and improvements, $20,000; in all, $162,000.

South Dakota.

## SOUTH DAKOTA.

Flandreau School.

SEC. 21. For support and education of three hundred and sixty-five Indian pupils at the Indian school at Flandreau, South Dakota, and for pay of superintendent, $61,500; for general repairs and improvements, $5,000; in all, $66,500.

Pierre School.

For support and education of one hundred and seventy-five Indian pupils at the Indian school at Pierre, South Dakota, and for pay of superintendent, $32,000; for construction of employees' quarters, $15,000; for general repairs and improvements, $10,000; in all, $57,000.

Mary Sully, etc.
Payments to attorneys.

That the Secretary of the Treasury be, and he is hereby, authorized to pay to the attorneys of record in the case entitled "Mary Sully and others against The United States and John H. Scriven, allotting agent," and in the case entitled "Narcissus Drapeau and others against The United States and John H. Scriven, allotting agent," in the United States Circuit Court for the District of South Dakota, the sum of $780.70, to reimburse said attorneys for costs paid and disbursements in the above-named cases: Provided, That before said amount is paid the said attorneys shall file with the Secretary of the Treasury a receipt in full for the costs so paid and disbursements in said cases and in full of all claims.

Proviso.
Receipts required.

Rapid City School.

For support and education of two hundred and fifty Indian pupils at the Indian school, Rapid City, South Dakota, and for pay of superintendent, $48,500; for general repairs and improvements, $5,000; in all, $53,500.

Sioux of different tribes.
Teachers, etc.

For support of Sioux of different tribes, including Santee Sioux of Nebraska, North Dakota, and South Dakota: For pay of five teachers, one physician, one carpenter, one miller, one engineer, two farmers, and one blacksmith (article thirteen, treaty of April twenty-ninth, eighteen hundred and sixty-eight), $10,400; for pay of second blacksmith, and furnishing iron, steel, and other material (article eight of same treaty), $1,600; for pay of additional employees at the several agencies for the Sioux in Nebraska, North Dakota, and South

Vol. 15, p. 640.

Additional employees.

Dakota, $95,000; for subsistence of the Sioux, other than the Rosebud, Cheyenne River, and Standing Rock Tribes, and for purposes of their civilization (Act of February twenty-eighth, eighteen hundred and seventy-seven), $200,000: *Provided*, That this sum shall include transportation of supplies from the termination of railroad or steamboat transportation, and in this service Indians shall be employed whenever practicable; in all, $307,000. *Subsistence.* Vol. 19, p. 256.

*Proviso.* Transportation.

For support and maintenance of day and industrial schools among the Sioux Indians, including the erection and repairs of school buildings, $200,000, to be expended under the agreement with said Indians in section seventeen of the Act of March second, eighteen hundred and eighty-nine, which agreement is hereby extended to and including June thirtieth, nineteen hundred and fourteen. *Schools.* Vol. 15, p. 638; Vol. 25, p. 894. Agreement continued.

For subsistence and civilization of the Yankton Sioux, South Dakota, $14,000. *Yankton Sioux.* Support, etc.

For the equipment and maintenance of the asylum for insane Indians at Canton, South Dakota, for incidental and all other expenses necessary for its proper conduct and management, including pay of employees, repairs, improvements, and for necessary expense of transporting insane Indians to and from said asylum, $30,000. *Canton, S. Dak.* Expenses of insane asylum.

The Secretary of the Interior is hereby authorized to approve voucher numbered fifty-three for the second quarter of the fiscal year ending June thirtieth, nineteen hundred and fourteen, for the payment of benefits to the Pine Ridge Indians of South Dakota, under section seventeen of the Act of March second, eighteen hundred and eighty-nine (Twenty-fifth Statutes at Large, pages eight hundred and eighty-eight to eight hundred and ninety-four, as amended). *Pine Ridge Agency.* Approval of voucher.

Vol. 25, p. 894.

The Secretary of the Treasury is hereby authorized and directed to reimburse Hugh W. Caton, C. C. Clark, and Walter Mosier, Indian farmers, for expenses incurred by them for operation and repair of their automobiles while said machines were used on public business, pertaining to the Rosebud Indian Reservation, during the fiscal years of nineteen hundred and nine, nineteen hundred and ten, nineteen hundred and eleven, and nineteen hundred and twelve: *Provided*, That said accounts shall receive administrative examination by the Interior Department, and payments shall be made from unexpended balances in appropriations for "Support of Sioux or different tribes, subsistence and civilization," for the fiscal years in which the expenses were severally incurred, and shall not exceed, in the aggregate, $1,974.22. *Hugh W. Caton, C. C. Clark, and Walter Mosier.* Reimbursement to.

*Proviso.* Examination, etc., of accounts.

For reimbursing Frank Philbrick for property destroyed by fire, $318.25. *Frank Philbrick.* Reimbursement to.

To reimburse Eugene H. Baldwin for traveling expenses incurred by him under instructions from the Commissioner of Indian Affairs in returning to his home at Syracuse, New York, from Pierre, South Dakota, where he was employed as supervisor of construction and furloughed indefinitely because weather conditions would not permit of any construction work, $39.69. *Eugene H. Baldwin.* Reimbursement to.

## UTAH.

*Utah.*

SEC. 22. For support and civilization of Confederated Bands of Utes in Utah: For pay of two carpenters, two millers, two farmers, and two blacksmiths (article fifteen, treaty of March second, eighteen hundred and sixty-eight), $6,720; for pay of two teachers (same article and treaty), $1,800; for purchase of iron and steel and the necessary tools for blacksmith shop (article nine, same treaty), $220; for annual amount for the purchase of beef, mutton, wheat, flour, beans, and potatoes, or other necessary articles of food (article twelve, same treaty), $30,000; for pay of employees at the several Ute agencies, $15,000; in all, $53,740. *Utes, Confederated Bands.* Carpenters, etc. Vol. 15, p. 622.

*Food.*

*Employees.*

Case 1:12-cv-02039-BAH   Document 27-36   Filed 01/11/13   Page 28 of 31

100                SIXTY-THIRD CONGRESS. Sess. I. Ch. 4. 1913.

Support of detached Indians.

For the support and civilization of detached Indians in Utah, and for pay of employees, $10,000.

Shivwitz School. Physician.

For pay of one physician for Indians under the superintendent of the Shivwitz School, Utah, $500.

Utes, Confederated Bands. Cash payment to.

For cash payment to the Confederated Bands of Ute Indians, or for expenditure for their benefit, in the discretion of the Secretary of the Interior, $100,000, said amount to be reimbursed out of the appropriation, when made, to cover the net amount of the judgment rendered by the Court of Claims in favor of said Confederated Bands of Ute Indians, dated February thirteenth, nineteen hundred and eleven.

Washington.

## WASHINGTON.

Support, etc. D'Wamish, etc., Indians.

Sec. 23. For support and civilization of the D'Wamish and other allied tribes in Washington, including pay of employees, $7,000.

Makahs.

For support and civilization of the Makahs, Washington, including pay of employees, $2,000.

Qui-nai-elts and Quil-leh-utes.

For support and civilization of the Qui-nai-elts and Quil-leh-utes, including pay of employees, $1,000.

Yakima Agency Indians.

For support and civilization of Yakimas and other Indians at Yakima Agency, including pay of employees, $3,000.

Colville and Puyallup Agencies. Support, etc., of Indians. Joseph's Band of Nez Perces.

For support and civilization of Indians at Colville and Puyallup Agencies, Washington, for pay of employees, and for purchase of agricultural implements, and support and civilization of Joseph's Band of Nez Perce Indians in Washington, $13,000.

Spokanes. Support, etc. Vol. 27, p. 139.

For support of Spokanes in Washington (article six of agreement with said Indians, dated March eighteenth, eighteen hundred and eighty-seven, ratified by Act of July thirteenth, eighteen hundred and ninety-two), $1,000.

Yakimas. Irrigating allotments. Vol. 33, p. 597; Vol. 34, p. 1050.

For extension and maintenance of the irrigation system on lands allotted to Yakima Indians in Washington, $15,000, reimbursable in accordance with the provisions of the Act of March first, nineteen hundred and seven.

Cushman School, Tacoma.

For support and education of three hundred and fifty Indian pupils at the Cushman Indian School, Tacoma, Washington, including repairs and improvements, and for pay of superintendent, $50,000, said appropriation being made to supplement the Puyallup school funds used for said school.

Frank Esterbrook and C. O. Williams, Cascade Indians. Payment to attorney of children of. Vol. 37, p. 1246.

That the Secretary of the Treasury be, and he is hereby, directed to pay the award of $1,900 made by the Secretary of the Interior under date of December thirty-first, nineteen hundred and twelve, pursuant to the authority contained in the Act approved July sixth, nineteen hundred and twelve (Private, Numbered Forty-nine), out of any funds in the Treasury of the United States not otherwise appropriated, the United States to be reimbursed out of the first moneys collected from the leasing or sale of the lands of the minor Indian children named in said Act approved July sixth, nineteen hundred and twelve: *Provided,* That before said payment is made a receipt for said sum and in full of all claims on or against said minor Indian children shall be filed with the Secretary of the Treasury, signed by the party designated in the award hereinbefore mentioned.

*Proviso.* Receipt required.

Joint Congressional commission created. Composition.

A commission consisting of two members of the Senate Committee on Indian Affairs, to be appointed by the chairman of said committee, and two Members of the House of Representatives to be appointed by the Speaker, is hereby created for the purpose of investigating the necessity and feasibility of establishing, equipping, and maintaining a tuberculosis sanitarium in New Mexico for the treatment of tuberculous Indians, and to also investigate the necessity and feasibility of procuring impounded waters for the Yakima Indian Reservation or the construction of an irrigation system upon said reservation,

Investigations. Tuberculosis sanitarium in New Mexico.

Irrigation, etc., Yakima Reservation, Wash. *Post*, p. 604.

to impound the waters of the Yakima River, Washington, for the reclamation of the lands on said reservation, and for the use and benefit of the Indians of said reservation. That said commission shall have full power to make the investigations herein provided for, and shall have authority to subpœna and compel the attendance of witnesses, administer oaths, take testimony, incur expenses, employ clerical help, and do and perform all acts necessary to make a thorough and complete investigation of the subjects herein mentioned, and that said commission shall report to Congress on or before January first, nineteen hundred and fourteen: *Provided*, That one-half of all necessary expenses incident to and in connection with the making of the investigation herein provided for, including traveling expenses of the members of the commission, shall be paid from the contingent fund of the House of Representatives and one-half from the contingent fund of the Senate on vouchers therefor signed by the chairman of the said commission, who shall be designated by the members of the said commission.

Authority to investigate, etc.
Post, p. 604.

Report.

Proviso.
Expenses from contingent funds of both Houses.
Post, p. 238.

That the Secretary of the Interior be, and he is hereby, authorized and directed to make an allotment, in accordance with the provisions of the Act of July fourth, eighteen hundred and eighty-four (Twenty-third Statutes at Large, page seventy-nine), of not more than two hundred acres of land within the diminished Colville Indian Reservation, in the State of Washington, for the benefit of the heirs of Que-lock-us-soma, deceased, Moses agreement allottee numbered thirty-five, jointly, in lieu of the portion of the Moses agreement allotment numbered thirty-five embraced within the patented homestead entries of Deborah A. Griffin and Mary J. Griffin, and trust patent issue thereon under the provisions of the Act of March eighth, nineteen hundred and six (Thirty-fourth Statutes at Large, page fifty-five).

Colville Reservation.
Lien allotment to heirs of Que-lock-us-soma.
Vol. 23, p. 80.

Issue of trust patents.
Vol. 34, p. 55.

That the patent in fee heretofore issued in the name of Deborah A. Griffin, June thirtieth, nineteen hundred and six, for lots one and two and the northeast quarter southeast quarter section six, and lots one and two, section five, township thirty-six north, range twenty-seven east of the Willamette meridian; and a similar patent issued in the name of Mary J. Griffin, November twenty-first, nineteen hundred and ten, for the southeast quarter of the southwest quarter, and lots five, six, and nine of section thirty-one, township thirty-seven north, range twenty-seven east of the Willamette meridian, all situated in Okanogan County, Washington, be, and the same are hereby, confirmed and declared valid, notwithstanding the previous allotment of a portion of this land under Moses agreement allotment numbered thirty-five, and the sum of $500 is hereby appropriated to the Colville Indians for reimbursement.

Deborah A. Griffin.
Patent in fee to.

Mary J. Griffin.
Patent in fee to.

Reimbursement to Indians.

That the Secretary of the Interior be, and he is hereby, authorized to purchase for the Skagit Tribe of Indians in the State of Washington the tract of land actually used by them as a tribal burial ground, and there is hereby appropriated, out of any money in the Treasury not otherwise appropriated, the sum of $250, or so much thereof as may be necessary, to carry out this provision.

Skagit Indians.
Purchase of burial ground for.

## WISCONSIN.

Wisconsin.

Sec. 24. For the support and education of two hundred and ten Indian pupils at the Indian school at Hayward, Wisconsin, and pay of superintendent, $36,670; for general repairs and improvements, $4,000; in all, $40,670.

Hayward School.

For support and education of two hundred and fifty Indian pupils at the Indian school, Tomah, Wisconsin, and for pay of superintendent, $43,450; for general repairs and improvements, $10,000; for heating plant, $10,000; in all, $63,450.

Tomah School.

102          SIXTY-THIRD CONGRESS. Sess. I. Ch. 4. 1913.

Chippewas of Lake Superior. Support, etc.
Pottawatomies. Support, etc.

For support and civilization of the Chippewas of Lake Superior, Wisconsin, including pay of employees, $7,000.

For support, education, and civilization of the Pottawatomie Indians who reside in the State of Wisconsin, including pay of employees, $7,000.

Purchase of allotments for members of Wisconsin Band. From share of tribal moneys, etc.
Post, p. 607.

For the purchase of allotments for the individual members of that portion of the Wisconsin Band of Pottawatomie Indians now residing in the States of Wisconsin and Michigan, $150,000, said sum to be reimbursed to the United States out of the appropriation, when made, of $447,339, the said sum last named being the proportionate share of the said Indians in annuities and moneys of the Pottawatomie Tribe, in which they have not shared, as set forth in House Document Numbered Eight hundred and thirty, Sixtieth Congress, first session, and the Secretary of the Interior is hereby authorized to expend the said sum of $150,000 in the purchase of land within the States of Wisconsin and Michigan, the title of such land to be taken in trust by the Government for the use and benefit of said Indians, said land to be situated in organized school districts and to be purchased in bodies of not more than one section, which said bodies shall not adjoin each other: *Provided*, That the land so purchased, except such part thereof as may be necessary for administrative purposes, shall be divided equitably among the Indians entitled thereto, and patents therefor shall be issued in accordance with the general allotment laws of the United States: *Provided further*, That the Secretary of the Interior may, in his discretion, withhold allotments from any Indian or Indians belonging to this band who, owing to advanced age or other infirmities, are deemed by him incapable of making beneficial use thereof, and in lieu of formal allotments to Indians falling within this class tentative allotments of land may be made to such Indians for occupancy and use during the remainder of their natural lifetime.

Provisos. Allotments among Indians.

Tentative allotments to aged, etc., Indians.

Red Cliff Reservation. Roads and bridges.

For construction of roads and bridges on the Red Cliff Reservation in Wisconsin, $8,600.

Wyoming.

## WYOMING.

Shoshones. Support, etc. School.

Sec. 25. For support and civilization of Shoshone Indians in Wyoming, including pay of employees, $15,000.

For support and education of one hundred and seventy-five Indian pupils at the Indian school, Shoshone Reservation, Wyoming, and for pay of superintendent, $31,025; for general repairs and improvements, $6,000; in all, $37,025.

Irrigation system on Reservation.

For continuing the work of constructing an irrigation system within the diminished Shoshone or Wind River Reservation, in Wyoming, including the maintenance and operation of completed canals, $50,000, reimbursable in accordance with the provisions of the Act of March third, nineteen hundred and five: *Provided*, That the Secretary of the Interior is hereby authorized and directed to use not to exceed $1,000 of the sum herein appropriated for the purpose of making an investigation of the condition of the roads and bridges on the said Wind River Reservation and shall submit a report thereon, together with maps and plans of said roads, together with an estimate of the cost of construction of suitable and necessary roads and bridges on said reservation.

Vol. 33, p. 1016.
Proviso.
Investigation of roads and bridges.

Fulfilling treaty.
Vol. 15, p. 676.

For support of Shoshones in Wyoming: For pay of physician, teacher, carpenter, miller, engineer, farmer, and blacksmith (article ten, treaty of July third, eighteen hundred and sixty-eight), $5,000; for pay of second blacksmith, and such iron and steel and other materials as may be required, as per article eight, same treaty, $1,000; in all, $6,000.

Roads and bridges.
Vol. 37, p. 539.

The unexpended balance of the reimbursable appropriation of $10,000 for road and bridge construction on the Shoshone Reserva-

tion, Wyoming, made in the Indian appropriation Act approved August twenty-fourth, nineteen hundred and twelve, is hereby reappropriated.

For repairs at the old abandoned military post of Fort Washakie, on the Wind River Reservation, Wyoming, $1,427, from the amount heretofore collected as rentals of the buildings at said post.

*Fort Washakie. Repairs.*

Sec. 26. On or before the first day of July, nineteen hundred and fourteen, the Secretary of the Interior shall cause a system of book-keeping to be installed in the Bureau of Indian Affairs, which will afford a ready analysis of expenditures by appropriations and allot-ments and by units of the service, showing for each class of work or activity carried on, the expenditures for the operation of the service, for repairs and preservation of property, for new and additional property, salaries and wages of employees, and for other expenditures. Provision shall be made by the Secretary of the Interior for further analysis of each of the foregoing classes of expenditures, if, in his judgment, he shall deem it advisable.

*System of bookkeeping to be installed in bureau. Details required.*

Annually, after July first, nineteen hundred and fourteen, a detailed statement of expenditures, as hereinbefore described, shall be incor-porated in the annual report of the Commissioner of Indian Affairs and transmitted by the Secretary of the Interior to Congress on or before the first Monday in December.

*Detailed statement in annual report.*

Before any appropriation for the Indian Service is obligated or expended, the Secretary of the Interior shall make allotments thereof in conformity with the intent and purpose of this Act, and such allotments shall not be altered or modified except with his approval.

*Allotment of appropriations before expenditures.*

After July first, nineteen hundred and fourteen, the estimates for appropriations for the Indian Service submitted by the Secretary of the Interior, shall be accompanied by a detailed statement, classified in the manner prescribed in the first paragraph of this section, show-ing the purposes for which the appropriations are required.

*Estimates to contain classified statement.*

Approved, June 30, 1913.

---

**CHAP. 5.**—An Act Providing for an increase in the number of midshipmen at the United States Naval Academy after June thirtieth, nineteen hundred and thirteen.

*July 9, 1913. [S. 2272.]*

*[Public, No. 5.]*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That after June thirtieth, nineteen hundred and thirteen, and until June thirtieth, nineteen hundred and nineteen, there shall be allowed at the Naval Academy two midshipmen for each Senator, Representative, and Delegate in Congress, one for Porto Rico, two for the District of Columbia, and ten appointed each year at large: *Provided,* That midshipmen on graduation shall be commissioned ensigns in the Navy, or may be assigned by the Secretary of the Navy to fill vacancies in the lowest commissioned grades of the Marine Corps or Staff Corps of the Navy.

*Naval Academy. Number of midshipmen increased. R. S., sec. 1513, p. 260. Vol. 32, pp. 686, 1197.*

*Proviso. Commissions on graduation.*

Approved, July 9, 1913.

---

**CHAP. 6.**—An Act Providing for mediation, conciliation, and arbitration in con-troversies between certain employers and their employees.

*July 15, 1913. [S. 2517.]*

*[Public, No. 6.]*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the provisions of this Act shall apply to any common carrier or carriers and their officers, agents, and employees, except masters of vessels and seamen, as defined in section forty-six hundred and twelve, Revised Statutes of the United States, engaged in the transportation of passengers or property wholly by railroad, or partly by railroad and partly by water,

*Arbitration of con-troversies with railway employees. Carriers affected. Shipping excluded. R. S., sec. 4612, p. 894. Vol. 30, p. 424.*