# **<u>EXHIBIT 28</u>**

# ANNUAL   REPORT

## 1923

### RENO INDIAN AGENCY

Citation

RG 75 Reno Indian
Annual Narrative + Statistical Reports 1912-1924
Box 6; Folder "[Annual Narrative Reports 1923
Reno Ind. Ag.]", pgs. 1-31

# COPY

from
The National Archives
San Francisco Branch
1000 Commodore Drive
San Bruno, CA  94066

Record Group 75

Subgroup Sac Area Office

Series Records of Relations w/ Outside Indian & Other Organizts

Box 2

Folder 090 Indians of Calif Inc 1950 – 1963.

Annual Report
1933                                    Reno Indian Agency


On the whole it is up-hill work, and only
by long experience in the actual handling of the
Indian and his problems "on the ground" can one
appreciate the difficulties of the task.

## JURISDICTION.

The jurisdiction of Reno Agency comprises
the following-named reservations and colonies,
villages, camps, etc., in addition to all scattered
bands of Indians in Nevada and California not under
the jurisdiction of any other superintendency; also
Indians whose allotments, homesteads, etc., are
carried at the land offices located at Stockton,
Sacramento, Visalia, San Francisco, Los Angeles and
Independence and Marysville, California, and Carson
City and Elko, Nevada.

Reservations, colonies, etc., are located
as follows, with acreage and estimated population
of each:

| Reservation, Colony, etc. | Gross Acres | Population Estimated |
|---|---|---|
| Pyramid Lake, Nev. | 322,000 | 550 |
| Ft.McDermitt, " | 1,250 | 350 |
| Summit Lake " | 5,025 | 50 |
| Elko Colony " | 160 | 500 |
| Battle Mountin " | 680 | 200 |
| Winnemucca " | 160 | 100 |
| Fallon " | 40 | 150 |
| Reno-Sparks " | 20 | 300 |
| Carson " | 120 | 20 |
| Gardnerville " | 40 | 250 |
| (Wadsworth " | | |
| (on Py.Lake Res. | 40 | 100 |

Annual Report
1923                                    Reno Indian Agency


| Reservation Colony, etc. | Area Acres | Population Estimated |
|---|---|---|
| **Glenn County, California:** | | |
| Grindstone and Elk Creek bands. | 80 | 70 |
| **Butte County:** | | |
| Mooretown, Oroville, etc. | 120 | 350 |
| **Colusa County:** | | |
| Stony ford, Cortina, etc. | 520 | 100 |
| **Placer County:** | | |
| Colfax, Auburn, etc. | 40 | 100 |
| **Yolo County:** | | |
| Rumsey band | 75 | 50 |
| **Eldorado County:** | | |
| Ray, Shingle Springs, Blair, etc. | 80 | 260 |
| **Calaveras County:** | | |
| Avory's, Sheepranch, etc. | 2 | 125 |
| **Tuolumne County:** | | |
| Tuolumne, Jamestown, etc. | 289-1/2 | 250 |
| **Madera County:** | | |
| Fresno Flat, North Fork, etc. | 220 | 610 |
| Auberry, Dunlap, Sanger, etc. | 230 | 440 |
| **Amador County:** | | |
| Digger reservation | 330 | 5 |
| Ione, Enterprise, Rickey, etc. | —— | 150 |


Other Indians in California under this juris-
diction but not occupying Government lands are found in
the localities named below:

| County | Communities | Population Estimated |
|---|---|---|
| Sierra | Loyalton, etc. | 50 |
| Yuba | Strawberry Valley, etc. | 55 |
| Sutter | Yuba City, etc. | 20 |
| Nevada | Indian flat, etc. | 70 |
| Sacramento | Lahmota, etc. | 60 |
| Alpine | Woodfords, Markleville, etc. | 200 |
| Mono | Bridgeport, Topaz, etc. | 560 |
| Mariposa | Yosomite, Chowchilla, etc. | 200 |
| Tulare | Drum Valley, Lemon Cove, etc. | 130 |
| Kings | Mussel slough, etc. | 125 |

-4-

Annual Report
1923

Reno Indian Agency

(California Indians – continued)

| County | Composition | Population Estimated |
|--------|-------------|---------------------|
| San Benito | San Juan, Batista, etc. | 40 |
| Monterey | Monterey, Jolon, etc. | 125 |
| Kern | Onyx, Kelso, Tojon, etc. | 300 |
| Alameda | Verona | 30 |

These figures give the approximate number of Indians under the jurisdiction as follows:

| | | | | | |
|---|---|---|---|---|---|
| On reservations and colonies in Nevada | | | | | 2370 |
| " | " | " | " | " California | 2510 |
| Off | " | (in villages) | " | " | 1915 |
| " | " | (scattered) | " | " (est.) | 1000 |
| " | " | " | " Nevada " | | 3205 |
| | | Total, estimated............ | | | 10,000 |

While an accurate census of all Indians of this jurisdiction, scattered as they are over 225,000 square miles of territory (mostly mountain and desert) and constantly moving from place to place, is practically impossible, the total number is fairly estimated as above, the classification by tribes being as follows:

| | |
|---|---|
| Washoes............................... | 600 |
| Shoshones............................. | 1500 |
| Paiutes............................... | 2400 |
| Diggers and other California Indians | 5500 |

With the exception of the few Indians as noted on reservations (and most of these are away from home seeking employment, or "visiting" a large part of the year) these Indians are scattered over all of Nevada and the central and eastern portions of California, generally to be found back in the remote districts of

-5-

5-1142

# UNITED STATES
## DEPARTMENT OF THE INTERIOR
### INDIAN FIELD SERVICE

June 23, 1927.



1-1
1669-27

Commissioner of Indian Affairs,
Washington, D. C.

My dear Mr. Commissioner:

This has reference to Office letters of January 8th and May 26, 1927 and telegram of the 21st inst., pertaining to data, in detail, relative to the expense of activities in the matter of purchasing land for homeless California Indians. It is noted the Office states it is assumed that this information could be given without making extensive thorough investigation. Kindly be advised that such is not the case, that, as the Office is aware, this jurisdiction includes the activities in forty-five counties of Northern and Central California and that, with the exception of seven counties, so far as this office is aware, no census has ever been made and that in four of the seven counties in which we have census the census has not been made according to bands and was consequently practically useless for the purpose at hand.

The undersigned, together with the entire personnel of this Agency, has given considerable time to the compiling of data submitted herewith; same is not as extensive as we would like to submit it but it is believed that it will serve the purpose for which it is desired. To facilitate the handling of this matter, same will be discussed as to counties, with a summary of all counties. Data as to the various counties is as follows:

## ALAMEDA COUNTY:

Estimated Indian population of Alameda County is 125, but all of this number, with the exception mentioned below, reside in the cities of Alameda County, where they have gone to procure employment. There is one band in Alameda County commonly known as the Verona Band, which consists of about thirty individuals, located near the town of Verona; these Indians were formerly those that resided in close proximity of the Mission San Jose.

It does not appear at the present time that there is need for the purchase of land for the establishment of their homes.

FILED BY  M. G.

ALPINE COUNTY:

Former estimates place the Indian population of Alpine County
at 200. Estimate placed by the writer during the past several years has
been in the neighborhood of 95. When it is considered that the total
population of Alpine County in 1920 was only 243 (which included whites as
well as Indians) it is believed that our estimate of 95 is approximately
correct. This is further borne out by the fact that we have a school
population in Alpine County of sixteen. We have found that the average
relation between the total population and the school population is on the
ratio of 6 to 1. This Indian population is about evenly distributed be-
tween Woodfords and Markleeville; most of these Indians reside on public
domain allotments; further, they have never been considered as bands and,
in the writer's opinion, there is no need to consider the purchase of
tracts for them to establish their homes.

ALMADOR COUNTY:

Amador County has an Indian population of approximately 250,
as shown by the following detailed bands:

> Enterprise...........24
> Oleta...............60
> Ione................46
> Richey..............37
> Jackson.............53
> Buena Vista.........20

At Enterprise there is no need for the Government to purchase
land to be used as a rancheria.

It is regretted that we have been unable to secure substantial
information relative to the Oleta band; however, it is not considered
probable that they are in need of land for, as we have been purchasing
land for Indians for a period extending over twenty years, it would seem
that their needs would have been called to the attention of some Govern-
ment official some time during that period.

As the Office is aware, we have been considering the purchase
of a tract for the Indians at Ione for the past several years, the pro-
perty being a forty acre tract, which has been tied up by legal procedure.
See File #36222-22. The proposed price is $4,000.00.

The Richey band is not in need of land.

At Jackson we have the former Digger or Mewuk Reservation,
which is now being used as a rancheria. There are three families actually
making their homes on this reservation for the present time; in one
family there are four adults; in another two adults; in the third one adult
and six children.

-2-

As the Office is aware, we are now giving consideration to the purchase of a tract for the Indians of the Buena Vista band; File #15250-27. The Buena Vista band consists of four families; one family has one adult; the second has one adult and three minors; the third has two adults and five minors; whereas, the fourth has two adults and six minors.  The tract that we propose to purchase contains about 70 acres at the price of $3,000.00.

BUTTE COUNTY:

There are approximately 482 Indians in Butte County; these Indians are located, according to the various bands, as follows:

                    Nomo................30
                    Yankee Hill........30
                    Chico..............86
                    Bidwell............45
                    Mountain House.....96
                    Lumpkins...........20
                    Enterprise.........60
                    Mooretown..........60
                    Oroville...........25

Little is known about the Nomo band of Indians except that most of the adults find employment on the Butte City Ranch.
It is not believed that any land is needed for them.

The Yankee Hill band is a branch of the Concow tribe, many of whom were taken to the Round Valley Reservation in the early days. Most of these Indians own property, on which they pay taxes, the same as other citizens.  It would therefore not appear to their best interests to purchase land on which they might establish homes.

In the vicinity of Chico, California, there are approximately 86 Indians; these do not comprise any one band but are members of other bands that have gone to Chico to procure work and have established their homes there.  They are living the same as white citizens, are of the laboring class, and consequently no land is required.

The Bidwell band also resides in the vicinity of Chico on land set aside for them by the former Bidwell estate, which was acquired by the Bidwells as a Mexican grant.  There are two houses located on this property that when constructed cost over $3,000 each, which are occupied by Indians.  It is understood from reliable sources that the Indians residing thereon are responsible for the taxes, which condition has existed since 1923.  It may be necessary at some future date, to protect these Indians and to prevent them from becoming homeless, to acquire tracts that become delinquent on account of taxes and set same aside as a rancheria.

-5-

The Mountain House band lives in the vicinity of Pulga and consists of approximately 96 individuals. There are approximately sixteen minors in this band, the remainder being adults. It is understood that there are about twenty-two families.

The writer had intended to make a personal survey of this situation, but the road has been closed since last November and it is now reported that same will not be open until approximately July 15th. It is understood that it will probably be necessary to make arrangements to purchase land for this band.

A tract of land was purchased from the Central Pacific Railway for the Lumpkins band of 20. We have very little, if any, information concerning this purchase, although it is understood that same consisted of 39 acres. Most of the Indians that reside thereon are adults.

Two tracts of land have been purchased for the Enterprise band. The two tracts, together, comprise 80 acres. No further purchase will be necessary for this band.

Eighty acres was purchased for the Mooretown band. No further purchase will be necessary for this band.

There are approximately 25 Indians residing within the vicinity of the town of Oroville, but their conditions are practically the same as those in the vicinity of Chico, and no land will be required for them.

## CALAVERAS COUNTY:

The records at this office show that the population of Calaveras County is 125, distributed as follows:

```
Westpoint.................20
Mokelumne Hill...........10
Sheep Ranch..............25
Averys...................60
Murphys..................10
```

The Indians residing in the vicinity of Westpoint are somewhat scattered and it will not be necessary to purchase any land for them.

The above applies to Mokelumne Hill also.

A rancheria was purchased at Sheep Ranch, which contains two acres. At the present time there are about 13 or 14 Indians residing on this land. No other land will be necessary for the Sheep Ranch band.

It is known that quite a large number of Indians reside in the vicinity of Averys, but it is not considered as one band and they are scattered over a considerable area. It does not appear that it will be necessary to purchase any land for these people.

-4-

A small number of Indians live in Murphys; however at present they have moved about twenty miles in search of work to the town of Vallicita, at which there is a mine.  It will not be necessary to purchase any land for these Indians.

COLUSA COUNTY:

The records of this office show that Colusa County has a population of 175, as follows:

```
Colusa....................80
Stony Ford..............23
Sites.....................13
Cortina.................47
Grimes.................12
```

A tract of land has been purchased for the Indians at Colusa; this tract contains 40 acres.  There are 80 Indians in the Colusa band, which is divided into about twenty families.  No further land is needed at Colusa.

There are about 23 Indians that reside in the vicinity of Stony Ford.  No land is needed for these people by reason of the fact that most of them at the present time are residing on their allotments or homesteads.

There are about 13 Indians that make their home in the vicinity of Sites.  However, no land is needed for these people at the present time.

480 acres were purchased for the Indians of the Cortina Band. There are six families residing on the Cartena Rancheria at the present time.

There is a small band of Indians in the vicinity of Grimes but no land is needed for them at the present time.

EL DORADO COUNTY:

There are approximately 189 Indians residing in El Dorado County, distributed as follows:

```
Blairs.....................12
Shingle Springs...........15
El Dorado.................21
Pleasant Valley...........53
Rey........................24
Nashville.................24
Indian Diggins............25
Latrobe..................15
```

-5-

There are two families living at Blairs, there being four
adults and eight minors. However, at the present time no land is needed
for them.

A tract of 40 acres was purchased for the Shingle Springs Band,
which consists of about fifteen persons.

The Indians of the Eldorado Band do not require any land at
the present time.

A tract has been purchased for the Pleasant Valley Band consist-
ing of 80 acres. No further land is needed at this time.

There are about 24 Indians in the Rey Band, which consists of
six families. No land is required for this band at this time.

In the Nashville Band there are approximately 24 Indians. It is
not believed that they are in need of land.

Indian Diggins Band consists of about 25 persons and so far as
we are able to find these Indians are not in need of land.

The Latrobe Band of Indians consists of about 15 persons. It is
not believed that they are in need of land.

The writer has not been able to inform himself as fully as he
would desire before making this report on the Nashville, Indian Diggins
and Latrobe Bands of Indians, but from information at hand it does not
appear that it will be necessary to purchase land for these people.

FRESNO COUNTY:

The records of this office show that there are approximately
a little over 800 Indians residing in Fresno County. However, those
that belong to the various bands number about 684, as follows:

| | |
|---|---:|
| Auberry | 144 |
| Brush Creek | 10 |
| Big Creek | 78 |
| Burroughs | 100 |
| Millerton | 57 |
| Lower Mill Creek | 64 |
| Dunlap | 75 |
| Sanger | 20 |
| Squaw Valley | 46 |
| Table Mountain | 90 |

A tract consisting of 288 acres has been purchased for the
Indians of the Auberry Band. No further purchase will be required.

The Indians at Brush Creek are not in need of land at the
present time.

—6—

-705-

———— a majority of the members of the Big Creek Band own land of
their own, either in the form of allotments of small places that they
have acquired.

The Burroughs Band has been provided for through an executive
order withdrawing certain lands for their use.

A tract of 140 acres has been purchased for the Millerton Band
and no further land is required.

Practically all the Indians of the Lower Mill Creek Band are
living on Indian allotments or homesteads.

The Dunlap band is considerably scattered and it is doubtful if
land was purchased whether they would make beneficial use of same.
Further, they have never made request that any purchase be made or for aid
of any kind.

There are about 20 Indians residing in the vicinity of Sanger,
but no land is required for them.

Many of the Indians of the Squaw Valley Band own allotments of
their own; others have acquired home sites. It will not be necessary to
give consideration to the purchase of land for this band.

A tract of 160 acres has been purchased for the Table Mountain
Band.

GLENN COUNTY:

There are approximately 70 Indians residing in Glenn County.
52 of these reside on the Grindstone Rancheria in which we are making
some improvements at the present time. The rancheria contains 80 acres.
No additional land need be purchased for these Indians. The majority of
the other Indians residing in Glenn County are located in close proximity
to Elk Creek. No land is required for them.

KERN COUNTY:

We have approximately 420 Indians in Kern County, distributed
as follows:

```
Isabella.....................30
Kernville....................10
Onyx.........................80
Weldon.......................75
Grapevine Canyon.............20
Kelso Valley.................40
Walkers Basin................25
Piute........................40
Tehachapi....................25
Tejon........................75
```

-7-

Indians numbering about 30 reside in the vicinity of Isabella, either on allotments or homes acquired by their own effort. It is not necessary to purchase land for their benefit at this time.

A small number of Indians reside in and around the town of Kernville, where they procure employment.  No land is required for their needs.

In the vicinity of Onyx we have approximately 80 Indians. No purchase of land for their immediate use is required.

Weldon, like Oynx, is quite an Indian community.  Land for their need is not required at this time.

A small band of Indians is located at Grapevine Canyon. They are making their own way and land is not required for their use at this time.

Kelso Valley is a location for a number of Indians who have allotments and the purchase of land for their immediate need is not required.

Walkers Basin is another Indian settlement but land is not re-quired for their immediate use.

In Piute and vicinity Indians reside to the number of about 40. They are making their own way and land for home site is not required.

At Tehachapi we have a small band of Indians who are self-supporting. Home site is not required.

Tejon which at one time was considered a rancheria has passed through legal procedure and title has been decleared to be in the Tejon Ranch.  Effort has been made to purchase land the Indians occupied, but the owners of the Rancho refused to sell but have expressed their willing-ness that the Indians should remain there and occupy the land as formerly without any objection so long as they do not make legal claim for same. A rental of $1.00 per year is charged them for occupancy of the land. It is useless to consider purchasing land for them elsewhere as they would positively refuse to move from their present habitation.

KINGS COUNTY:

From the records at this office it appears there are about 18 Indians in the Charley George band and 104 in Muscles Slough (Tache ) band. The remnants of the Charley George band reside in the vicinity of Hanford. However, they are not in need of land.

The Muscles Slough, or Tache band, reside in the vicinity of Lemoore. Some years ago these Indians purchased 80 acres for their use. It is understood that within the past fifteen years the Government has purchased some of these tracts when they became delinquent for taxes. This band is not in need of more land. However, if some of the land should become delinquent for taxes, it would probably be necessary for the Government to step in and purchase same to keep them from losing their rights. There are

-8-

normally 17 families that belong to this band; of the total number 25 are of school age.

## LAKE COUNTY:

The records at this office show that there are approximately 600 Indians now actually residing in Lake County, as follows:

Hardesty....................125
Robinson...................100
Lakeport...................50
Big Valley.................100
Lower Lake................37
Sulphur Bank.............35
Cache Creek.............40
Middletown..............50
Scotts Valley..........60

A tract of 143 acres has been purchased for the Indians of the Hardesty band. Besides this 143 acres, the Indians themselves own an adjoining tract which contains 93 acres. The 125 Indians of this band consist of 42 families; there are 32 minors.

A tract of 89 acres has been purchased for the Robinson band. There are 34 families represented by the population of 100; there are 32 minors in this band.

The Lakeport band consists of approximately 50 persons. No land will be needed for this band.

A tract of 80 acres has been purchased for the Big Valley band. Twenty-six families are represented in the population of 100. There are 28 minors in this band.

The Lower Lake band consists of 37 persons, represented by 13 families. There are 8 minors in this band. It will probably be necessary to purchase a tract for this band, as at present they have no rancheria.

Sixty acres were purchased for the Sulphur Bank band. 14 families are represented in the Sulphur Bank band. There are 10 minors in this band.

A tract of 160 acres was purchased for the Cache Creek band, in which are 7 minors.

A tract of 108 acres was purchased for the Middletown Band. There are 21 families in this band, in which are 12 minors.

A tract of 56 acres was purchased for the Scotts Valley band. There are 28 families represented in this band, including 18 minors.

-9-

LASSEN COUNTY:

The Indian population of Lassen County is approximately 640, located as follows:

Ash Valley...............10
Bieber..................97
Cove....................15
Hayden Hill............. 7
Madeline................27
Dixie Valley............72
Secret Valley...........10
Willow Creek............15
Susanville.............125
Johnstonville.......... 35
Standish............... 27
Janesville............. 25
Milford................ 15
Long Valley............ 40

Before discussing these individual bands of Indians, kindly permit the writer to advise that so far as homes are concerned, the majority of the Indians of Lassen County have provided homes for themselves which compare favorably with, if not better than the average home situated on land purchased for homeless Indians.

Ash Valley, consisting of a small band, does not require home site.

The Bieber band, one of the largest in the County, are making their way and do not require land for a home site.

The Cove band do not need land for a home site.

The Hayden Hill band, being quite small, do not need assistance in the way of home site.

The Madeline band do not require land for home site.

The Dixie Valley - another large Indian community - are providing for themselves quite satisfactorily and do not need help in the way of land for home site.

The Secret Valley band do not require land for home site.

The Willow Creek band do not need land for a home site.

In the vicinity of Susanville we have the largest Indian settle-ment of Lassen County. Thirty acres was purchased for them but to date they have failed to make any use of same, having, as already stated, provided fairly good homes for themselves. However, there is a strong tendency for the Indians to drift to Susanville on account of the market it affords for labor, hence it is believed that within a short time addi-tional land for home site will be required; in fact, it is about definitely decided that such will be the case.

The Johnstonville Indians do not need land for home site.

The Standish band are not in need of land for homes.

The Janesville band do not require home sites.

The Milford band is well provided for.

The Long Valley band does not require land for home sites.

## MADERA COUNTY:

Our records show that we have an Indian population in Madera County of approximately 519, consisting of various bands located as follows:

| | |
|---|---|
| Ahwahnee | 41 |
| Fresno Flats | 129 |
| Coarsegold | 91 |
| Picayune | 50 |
| Crane Valley | 10 |
| North Fork | 214 |
| Fine Gold | 34 |
| O'Neals | 34 |

The Ahwahnee band are located well up in the mountains and have provided fairly good homes. They are so situated by reason of their allotments, homesteads, and other holdings, that home site would not be of benefit to them.

The Fresno Flat Indians are scattered and are either living on allotments, homesteads, or other acquired land, and therefore are not in need of a home site.

Picayune is a rancheria and is ample for the Indians located thereon. No additional land will be required.

Crane Valley is a small settlement and the Indians are not in need of a home site.

North Fork is the largest Indian community in Madera County. Their holdings are very scattered and few have taken advantage of the land purchased near North Fork for home site, there being not to exceed four families residing thereon. No additional land is needed for these Indians.

The Fine Gold band have provided very well for themselves and do not need any land for home site.

The O'Neals Indians are scattered and are residing on either allotments, homesteads, or other lands, acquired by themselves. They are not in need of any land for home site.

-11-

## MARIN COUNTY:

We have one band of Indians in Marin County consisting of approximately 150 persons, which are located at a point known as Tomales Bay. The advisability of procuring a home site for these Indians has been under consideration but we have as yet been unable to arrive at any definite plan as to what would be to their best interests. It should, however, be kept in mind that land will probably be required for their benefit.

## MARIPOSA COUNTY:

The Indian population of Mariposa County is approximately 192, distributed as follows:

```
Yosemite.................47
Greeley..................10
Merced Falls.............10
Kalarow..................15
Chowchilla...............25
Mariposa.................83
```

The Yosemite band has been somewhat nomadic in their disposition but have finally settled in the vicinity of Yosemite National Park headquarters, where they find a ready market for their labor since the Park has become so popular and important a playground. It is believed that it may be advisable to acquire a tract for home site, as it will be in their best interests to be assigned a specific locality for their colony. This matter will be given early consideration and the probability of land being acquired for them should be kept in mind. This, however, will probably not require any funds, simply the assigning of a tract for their use by the National Park people.

Greeley, a small Indian settlement, does not require land for home site.

The Merced Indians will not be in need of a home site.

Kalarow, another small band, do not need land for home site.

Chowchilla Indians do not require land for home site.

Mariposa, the largest band in Mariposa County, are considerably scattered and therefore will not require land for home site.

## MENDOCINO COUNTY:

Previous estimates submitted as to the population of Mendocino County gave same as between 1300 and 1400. The writer had been of the opinion that this was approximately correct until he began to assimilate data for this report and it now appears, from information at hand, that the total population of Mendocino County is approximately 1754, of which number 690 reside on the Round Valley Reservation, leaving 1064 non-

-12-

reservation Indians in Mendocino County, as follows:

| | | | |
|---|---|---|---|
| Laytonville........ | 20 | Yokaia.......... | 33 |
| Sherwood.......... | 25 | Hopland........ | 116 |
| Potter Valley...... | 49 | Yorkville...... | 25 |
| Redwood........... | 26 | Manchester.... | 85 |
| Coyote Valley...... | 17 | Pt.Arena....... | 90 |
| Pinoliville....... | 120 | Fort Bragg....120 | |
| Guideville........ | 38 | Casper........ | 100 |
| Booneville........ | 35 | Rockport...... | 80 |

A tract of 200 acres has been purchased for the Laytonville band. There are 20 families on the Laytonville Rancheria, with 18 minors.

Two tracts have been purchased for the Sherwood band, aggregating 290 acres. There are 25 families in this band, with 4 minors.

A tract of 16 acres has been purchased for the Potter Valley Indians, which consists of 25 families; there are 9 minors in this band.

A tract of 80 acres has been purchased for the Redwood Valley band. There are 11 families in this band, with 7 minors.

A tract of 100 acres has been purchased for the Coyote Valley band. There are 9 families, with two minors.

A tract of 95 acres has been purchased for the Pinoliville band, besides the Indians themselves own an adjoining tract of 80 acres. There are 40 families on the Pinoliville Rancheria, with 33 minors.

A tract of 74 acres has been purchased for the Guideville band, which consists of 12 families, with 12 minors.

The Indians of the Booneville band are scattered over considerable territory and no land is needed for them.

The Indians of the Yokaia band have purchased a tract of their own; this band consists of 33 families, with 26 minors.

A tract of 530 acres has been purchased for the Hopland band, which consists of 33 families, with 34 minors. In this connection, kindly permit the writer to here advise that the Hopland band have made better use of the land purchased for them than any other band for which property has been purchased. No additional land is required.

The Yorkville band is widely scattered and no land is needed for them at the present time.

A tract of 75 acres has been purchased for the Manchester band, which consists of 30 families, with 33 minors.

A tract of 40 acres has been purchased for the Pt. Arena band.

-13-

There are approximately 150 Indians residing in the vicinity of Fort Bragg. Fort Bragg is a large lumbering town and, as it is the center for Indian labor, it is possible that in the future it will be necessary to purchase a tract there.

A large number of Indians reside in the vicinity of Casper, commonly known as Opast Indians. Most of the Indians at Casper are employed in the woods as loggers and other similar work, and it is therefore very difficult to get a correct estimate of the number actually belonging there, as they are coming and going practically all the time. It is not believed that the purchase of land will be necessary for this band.

The conditions at Rockport are practically the same as at Casper.

In this connection, kindly be advised that the non-reservation Indians of Mendocino County are seeking and receiving more aid than any other county under this jurisdiction; that none of the Indians of this County, excepting Round Valley, have ever received allotments; that the only means of support is by manual labor.

MONTEREY COUNTY:

The Indian population of Monterey County is small, consisting of approximately 79 persons, distributed as follows:

$$
\begin{array}{ll}
\text{Pleyto} & \text{26} \\
\text{Jolon} & \text{25} \\
\text{Milpitas} & \text{8}
\end{array}
$$

The Pleyto band have provided their own homes and are not in need of any home site.

The Jolon band do not require land for home site.

The Milpitas band do not require land for home site.

NEVADA COUNTY:

It appears there are approximately 78 Indians residing in Nevada County, distributed as follows:

$$
\begin{array}{ll}
\text{Indian Flat} & \text{25} \\
\text{Truckee} & \text{25} \\
\text{Chicago Park} & \text{16} \\
\text{Nevada City} & \text{12}
\end{array}
$$

No land is needed for the Indian Flat band.

The Truckee band is somewhat scattered along the banks of the Truckee River. It will not be necessary to purchase any land for this band.

-14-

supporting and no land is required.

By executive order a tract of approximately 40 acres was set aside for the Nevada City band. No further land will be required.

## PLACER COUNTY:

It is estimated there are approximately 103 Indians in Placer County, distributed as follows:

```
Colfax................38
Todd's Valley.........25
Clifford Gap..........15
Auburn................25
```

A tract of 40 acres has been purchased for the Colfax band.

No land is required for the Todd's Valley band, nor is any land required for the Clifford Gap band.

Land has been purchased for the Auburn band but we have no information as to the acreage. No additional purchase of land will be required for this band.

## PLUMAS COUNTY:

It is estimated that 450 Indians residing in Plumas County, are distributed as follows:

| | | | |
|---|---|---|---|
| Prattville..........85 | | Nelson Point.........10 |
| Greenville..........84 | | Hartman's Bar........27 |
| Rich Bar............10 | | Portola..............30 |
| Taylorsville........42 | | Chilcoot.............17 |
| Quincy..............53 | | Spanish Ranch........30 |
| Genesee.............62 | | |

Most of the Indians residing in the vicinity of Prattville are located on allotments or other land that they have acquired. No land will be needed for this band.

The Indians residing in Greenville nearly all have homes of their own, mostly acquired through purchase, quite a few of which are held in trust. No land is required for these people.

The Indians at Rich Bar are situated on land owned by them, and it will therefore not be necessary to purchase a tract for their use.

A tract of 160 acres has been purchased for the Taylorsville band.

The Indians residing in the vicinity of Quincy are living in the town of Quincy. The Majority of them have homes of their own, consequently no land is required.

-15-

At No Arthur most of the Indians have homes of their own, consequently no land is needed.

The Slate Creek band is well provided with homes. It will therefore not be necessary to purchase land for this band.

The Cayton band have sufficient homes of their own.

The majority of the Indians at Pittville have their own homes. No land will be required.

Forty acres was purchased for the Indians of the Indian Springs band.

The Indians of Bunker Hill band have homes of their own.

The same applies as above, to the Albion band.

The same also applies to the Mt. Burney band.

Eighty acres of land was purchased for the Cove band.

The Indians of the Lamoine band are supplied with homes and no purchase of land will therefore be necessary.

The Delta band have homes that compare favorably with the others in the County.

The above applies to the Copley band of Indians.

The Baird band reside along the Mc Cloud River and practically all have homes that they acquired by their own efforts, consequently no land will be needed for this band.

The above applies to the Delamar band.

Seventy-two acres was purchased for the Indians of the Montgomery Creek band.

The Indians of the Round Mountain band have their own homes, situated on land held in trust.

The Hat Creek Indians are well supplied with homes, most of which are considered the best of any band in Shasta County.

The Mason band have homes of their own.

The above applies to the Silverthorn band.

The Churntown band is well supplied with homes.

The French Gulch band has scattered and consequently no land is needed for them.

-17-

The Ono band is well supplied with homes.

A tract of 30 acres of good land was purchased for the Indians residing in the vicinity of Redding, which should be sufficient for their needs.

Practically all the Indians residing in Anderson own homes that are held in trust.

The Mistletoe band is scattered and therefore not in need of land.

The above applies to the Antelope band.

In conclusion of the discussion of Shasta County, kindly be advised that the majority of the Indians of Shasta County are mixed bloods and, with the exception of the places where we have purchased homes for them, are practically well supplied with nice little homes.

## SIERRA COUNTY:

In Sierra County there is only one band, which is composed of about 72 persons, residing in the vicinity of Loyalton and commonly known as the Loyalton band. These Indians are now squatted on private property and it is the writer's opinion that something should be done to provide them with land that they can consider as their own, as at the present time they are entirely (with one exception) without property that they can consider as a home. It is probable that at least $4,000, or possible $5,000, will be needed to secure a suitable tract for this band.

## SISKIYOU COUNTY:

There are approximately 1257 Indians residing in Siskiyou County, distributed as follows:

| | | | |
|---|---|---|---|
| Bogus | 22 | Etna | 100 |
| Lowenns | 20 | Quartz Valley | 90 |
| Happy Camp | 190 | Msamber | 90 |
| Lakeview | 15 | Iseoe | 180 |
| Sunnyside | 15 | Somes Bar | 90 |
| Dunsmuir | 50 | Butler Flat | 30 |
| Mt. Shasta | 60 | Fork of Salmon | 120 |
| Cleveland | 25 | Black Bear | 25 |
| Greenhorn (Yreka) | 50 | Hamburg | 60 |
| Sawyer's Bar | 25 | | |

The Indians of the Bogus district have homes of their own.

The above applies to Lowenns.

Practically all of the Indians of the Happy Camp band have made provision for homes of their own.

-18-

The Indians of the Lakeview band have provided homes for themselves.

The above applies to Sunnyside.

The Indians in the vicinity of Dunsmuir mostly reside in the town, in homes that they rent or that are owned by them personally.

The Indians of the Mt. Shasta band practically all have homes of their own, although some of them do not own the land on which they are located.

The Cleveland band have made provision for homes of their own.

A large majority of the Greenhorn band reside in the town of Yreka.

The Sawyer's Bar band have made provision for homes of their own, practically all of them having small places.

A tract of 480 acres has been purchased to care for the Etna band, generally known as the Ruffey's Band.

The Indians of the Quartz Valley band have made provision for homes of their own.

The above applies to the Meamber band.

The Indians of the Ieece band are scattered along the bank of the Klamath River, where in many places there are a few acres of agricultural land, on which they have erected their homes and have, in most cases, acquired title or at the present time have applications for title pending.

The above applies to the Somes Bar band.

The Indians of the Butler Flat band reside along the Salmon River, and the conditions are practically the same as the Ieece and Somes Bar bands.

The Fork of the Salmon band live up the Salmon River from the Butler Flat band and the conditions are practically the same.

The Black Bear band have made provision for homes of their own along the South Fork of the Salmon River.

The Indians of the Hamburg band have made provision for homes of their own, most of them residing on small tracts along the Klamath River. The title to many of these small tracts is still pending and is receiving consideration at the present time.

In conclusion of the discussion of Siskiyou County, kindly be advised that practically all the Indians of this County are mixed bloods, many of whom resent being classed as Indians and desire to be considered as whites, except when it suits their convenience to be classed as an Indian.

Further, practically all the Indians of Siskiyou County are treated by the whites of that County as their equal, industrially as well as socially. In fact, the condition in this County and the advancement of the Indians is the best of any of our agency under this jurisdiction. It will not be necessary to furnish additional land for the Indians of Siskiyou County.

## SONOMA COUNTY:

Previous estimates, for several years back, have given the population of Sonoma County as in the neighborhood of 340 to 350, but when securing data for this report we find that the approximate census of Sonoma County is 453, distributed as follows:

| | | |
|---|---|---|
| Cloverdale...........40 | Jenner.................15 | |
| Alexander Valley.....62 | Bodega Bay.............35 | |
| Dry Creek...........87 | Sebastopol.............76 | |
| Stewart's Point.....118 | Litton (included in the | |
| Duncan's Mill........ 20 | total of Alexander Valley | |
| | and Dry Creek). | |

A tract of land comprising 27.5 acres has been purchased for the Cloverdale band. No additional land will be needed for this band.

Fifty-four acres, comprised in two separate purchases, has been secured for the Alexander Valley or Wapo band. No additional land will be required for this band.

Seventy-five acres have been secured for the Dry Creek band. We have recently purchased another tract for the Dry Creek and Alexander Valley band, which will be known as the Litton Rancheria and which will be discussed at that time.

Forty acres have been purchased for the Stewart's Point band. The land purchased is isolated and not suitable for the purpose for which it was purchased. However, it was the original home of this band and it is doubtful, in fact extremely so, that if additional land was purchased if this band could be induced to leave the present rancheria. For this reason, it is not believed that additional land for the Stewart's Point band should be given consideration.

The Indians of the Duncan's Mill band are scattered and consequently no land will be required.

The Jenner's band consists primarily of two families who have made ample provision for their own homes.

Little is known of the Bodega Bay Indians. However, it is understood that they live along the coast of the Bay as squatters on property belonging to the various persons, making their living primarily as fishermen. The writer is not in position to make definite recommendation concerning this band at the present time, but from information at hand it would seem that no land will be required.

-20-

A tract of 40 acres has been purchased for the Sebastopol band. No additional land will be required.

During the present fiscal year 50 acres were purchased for the Litton Rancheria. The land purchased is as good in character, if not better, than any heretofore procured for Indian rancherias. It is the intention to move the Dry Creek and Geyserville band (which are now occupying the Dry Creek Rancheria) to the Litton Rancheria, by reason of the fact that the land in the Dry Creek Rancheria is not suitable for Indian homes and should never have been purchased, same being in a dark canyon with very little sun at any time of the year and commonly known throughout that locality as Dark Canyon.

## STANISLAUS COUNTY:

There are about 25 Indians residing on land in the vicinity of Knight's Ferry. These Indians have always claimed that they had an interest in this land; in fact, the matter was referred to the United States District Attorney for action in the premises. Recently we were advised by the Office that the case had been dropped by reason of the fact that it was impossible to secure witnesses to testify in the prosecution of the case. The land which is in dispute is ten acres. However, from information at hand it appears that 15 or 20 acres of good land should be purchased for this band.

## TEHAMA COUNTY:

There is an estimated Indian population of 135 in Tehama County, distributed as follows:

Farquhar..................30
Manton...................25
Tehama...................20
Lowery's.................10
Paskenta.................30
Paynes Creek............20

The Farquhar band is now scattered, consequently no land is required for this band.

Most of the Manton band have acquired small places of their own.

The Indians of the Tehama band reside in town and have made provision for their own homes, consequently it will not be necessary to purchase a tract for them.

The Indians of Lowery's have scattered and there is no need for the purchase of land for them.

A tract of 260 acres has been purchased for the Paskenta band, which consists of eleven families with 7 minors.

-21-

The Indians of Paynes Creek band have acquired their own homes, consequently no land will be necessary.

## TRINITY COUNTY:

Trinity County has a population of 268 Indians, distributed as follows:

| | |
|---|---|
| Junction City.........50 | Brown's Creek......45 |
| Weaverville...........10 | Hayfork............41 |
| Lewiston..............30 | Caution............40 |
| Hyampom..............12 | Burnt Ranch.......40 |

The Indians of the Junction City band are scattered over a considerable area and those that are now residing in the vicinity of Junction City have made provisions for homes of their own, consequently no land is required.

The Weaverville band have homes of their own, consequently no land will be required.

The Indians of the Lewiston band practically all have homes of their own and no land will be needed for them.

The Hyampom band are practically all tax payers on real estate owned by them, therefore have homes of their own and it will not be necessary to purchase any land for this band.

The Indians of Brown's Creek band are scattered over a large area. It is doubtful, even if land was purchased, if they would be induced to make use of same. Further, many of them have made provision for homes and it will not be necessary to acquire land for their use.

The Hayfork band have, in the majority of cases, made provision for homes and no land will be required for them.

The Indians of the Caution band practically all own homes of their own, which are situated either on Indian allotments or on homesteads. This band is located in the rugged section of the Coast Range, many of them living 20 or more miles from the nearest postoffice. No land will be needed for this band.

The Indians that comprise the Burnt Ranch are mostly half bloods, who have made provision for homes of their own. No land will be required for this band.

## TULARE COUNTY:

In Tulare County there are approximately 300 Indians. Of this number 159 reside on the Tule River Reservation. Approximately 45 are scattered in the various towns of Tulare County; the other 96 are distributed as follows:

| | |
|---|---|
| Drum Valley.............46 |
| Eshon Valley............20 |
| Lemon Cove..............30 |

The above applies to Eshon Valley.

The Indians of Lemon Cove have practically all made arrangements for homes and no land will be required.

In connection with Tulare County, kindly be advised that 40 acres of land has been purchased, which is located near the town of Strathmore; that at present it does not appear that we will be able to make beneficial use of this tract by reason of the fact that we have not been able to get the homeless Indians residing in that vicinity to make use of same.

## TUOLUMNE COUNTY:

There are approximately 280 Indians residing in Tuolumne County, distributed as follows:

|  |  |  |  |
|---|---|---|---|
| Tuolumne | 125 | Quartz | 16 |
| Columbia | 28 | Jamestown | 8 |
| Bald Rock | 29 | Ward's Ferry | 10 |
| Sonora | 27 | Groveland | 37 |

A tract of 289 acres has been purchased for the Tuolumne colony.

The Columbia band is considerably scattered and is not in need of land.

We are not very familiar with the Bald Rock band, which resides in the high Sierras and, since receipt of Office letter, have not been able to make field investigation primarily because of climatic conditions. However, from information at hand it does not appear that this band is in need of land.

The Indians of the Sonora band are making very satisfactory progress and provision for their own homes, consequently no land will be required.

The above applies to the Quartz band.

No land is required for the Jamestown band.

Little information is available concerning the Ward's Ferry band, but from that at hand it appears no land will be needed.

The Indians of Groveland band are making satisfactory progress, many of them having their own homes, consequently it will not be necessary to purchase land for this band.

## YOLO COUNTY:

A tract of 75 acres has been purchased for the Rumsey band of Indians in this County, which comprises about 48 individuals. There are no other bands of Indians in Yolo County, although a small number might be found scattered through the various towns.

-23-

There are approximately 51 Indians in Yuba County, which are divided about equally between the Anthony House or Dobbins band and the Strawberry Valley band. A tract of one-half acre has been purchased for the Strawberry Valley band, and it is not considered that any land is required for the other band.

## MISCELLANEOUS COUNTIES:

Besides the Counties listed above, we have an estimated Indian population in the following Counties:

| | |
|---|---|
| Contra Costa | 65 |
| Merced | 125 |
| Napa | 61 |
| Sacramento | 375 |
| San Francisco | 475 |
| San Joaquin | 125 |
| San Luis Obispo | 45 |
| San Mateo | ? |
| Santa Clara | 51 |
| Santa Cruz | 11 |
| Solano | 45 |
| Sutter | 53 |

So far as the writer has been able to ascertain, none of the Indians in these Counties have ever been known or considered as bands. The majority of them reside in the larger cities and seek employment in the various factories, mills, etc., in those cities. It is not believed that land is required for any of the Indians residing in these Counties.

## S U M M A R Y:

From the above it will be noted that there are 222 bands located in this Sub-station of this Jurisdiction. Provision has been made for tracts for 45 of these bands, having a population of 3218 people, for which 5923.5 acres was purchased. Provision has been made for three bands with a population of 162, for whom 360 acres was set aside by Executive Order, thereby making the number of bands that have been provided for, in all, 51 — the population of which is 3380, for which 6283 acres has been provided. It is believed that provision should be made to secure land for the following bands:

| Name | Population | County |
|---|---|---|
| Ione | 46 | Amador |
| Buena Vista | 20 | " |
| Lower Lake | 37 | Lake |
| Tomales Bay | 150 | Marin |
| Yosemite | 47 | Mariposa |
| Loyalton | 72 | Sierra |
| Knight's Ferry | 25 | Stanislaus |

-24-

~~have been provided for.~~

There are seven other bands on which we do not have sufficient information to make definite recommendation at this time but for which it is probable that it will be necessary to purchase land:

| Name | Population | County |
|---|---|---|
| —Olsta | 60 | Amador |
| —Bidwell | 45 | Butte |
| —Mountain House | 96 | " |
| — Nashville | 24 | El Dorado |
| —Indian Diggins | 25 | " |
| —Latrobe | 15 | " |
| —Spanish Ranch | 50 | Plumas |

These seven bands have a total population of 295.

There are two places where additional purchases will be necessary:

Pinoliville with a population of 120, in Mendocino County,

Susanville   "   "   "   " 125, " Lassen   "

Since writing the detailed information contained in the foregoing part of this report, it is learned the County Records show that 60 acres for the Muscles Slough, or Tache, band was deeded to the United States by the Indians. This 60 acres of this band of 104 is not included in the recapitulation shown above. Of the original 80 acre tract which was owned by the Indians, there still remains 20 acres in their name, and from recent information it does not appear that it will be necessary in the near future to have this taken over by the Government.

In connection with land to be purchased, attention is most respectfully called to the fact that the purchase of a tract for the Buena Vista band, in Amador County, comprising 70 acres, for a consideration of $3,000, is now pending. It is possible that purchase may be completed during the fiscal year 1927, and, if not, it is practically certain that it will be completed early in the fiscal year 1928.

The further fact that the purchase of a tract of 40 acres for wood reserve as an addition to the present Pinoliville Rancheria, is also pending, with the possibility that it may be completed this fiscal year. If not, it is very probable that same will be completed the early part of next fiscal year.

It is understood from Office communications that a complete report as to the needs of the homeless Indians of California is desired; such report would not be complete without calling attention to the fact that, although land is needed as shown above for from 7 to 14 additional bands, the paramount need of the homeless Indians of California now is the development of tracts already purchased, through the provision of adequate water supply for domestic use, proper fencing of same, and provision for the construction of better homes on each tract purchased. The importance of adequate water supply for domestic use is apparent as a sanatory and health measure without further discussion.

The tracts should be fenced, as frequently considerable friction and agitation is caused between the Indians occupying the tract and their white neighbors because of poor, or no fences. These improvements should, in the writer's opinion, be cared for out of gratuity appropriations.

The question of homes has caused this Agency considerable concern as to the plan that will prove the most successful. The reimbursable plan has proved a failure among the California Indians on the public domain, except in one or two isolated instances. Therefore this plan was discarded. Two other plans have suggested themselves; one, that the Government furnish the home gratuitously; the other, that the home be built and written up on a contract similar to reimbursable plan, with the understanding that the Indian is to pay so much each year, and the further understanding that if he does not make payments when due, the house will be confiscated and sold to another desiring a home. It is believed that payments should extend over a period of ten years, and the condition of the contract should be practically the same as used by real estate firms in this State who sell homes on long-time payment. It is further believed that this rule of forfeiture for non-payment should be strictly adhered to, except in cases of physical disability incurred after the contract has been made. It is further suggested that, before an Indian be given a home under this plan, he be required to make a down-payment of at least 10%. It is recommended that the minimum allowed for houses be $100 and the maximum $500, under this plan, depending upon the need of the individual and his ability to meet the obligation.

It is therefore accordingly recommended that in the future, when the matter of funds for the homeless Indians of California is presented to the Budget Bureau and Congress, provision be made so that funds so allotted will be available for improvements of tracts already purchased as well as for purchase of additional tracts.

-22-

CONCLUSION:

In conclusion, kindly be advised that it has not been physically possible to comply literally with Office instructions, and it is believed from the foregoing the magnitude of the undertaking will be realized, especially as census, so far as we are aware, is available for only seven counties.

In this connection, kindly be advised that little data covering the question at hand was found in the files of Agencies consolidated to form this jurisdiction.

Also in this connection, kindly be further advised it is believed the Office realizes that at an Agency having jurisdiction over public Domain Indians such as Sacramento Agency, it is impossible to have as close a personal touch with the individual as on a closed reservation.

We sincerely trust that the data given herewith will serve the purpose for which desired.

Respectfully submitted

L. A. Dorrington,
Superintendent.

KHH-E