-726-

# **EXHIBIT 29**

REPRODUCED AT THE NATIONAL ARCHIVES

FOLLOWING:

ADDRESS ONLY THE
COMMISSIONER OF INDIAN AFFAIRS

UNITED STATES
DEPARTMENT OF THE INTERIOR
OFFICE OF INDIAN AFFAIRS
WASHINGTON

Ind-Org.

MAR 18 1937

Hon. Elmer Thomas,
   Chairman, Committee on Indian Affairs,
     United States Senate.

My dear Mr. Chairman:

    I have your letter of March 12 requesting seven sets of documents relating to the Indian Reorganization Act. Herewith and under separate cover, I am sending you the following:

    1) List of Indian tribes under the Indian Reorganization Act.

    2) List of Indian tribes who have adopted constitutions and by-laws in accordance with the Indian Reorganization Act.

    3) List of Indian tribes who have adopted charters of incorporation in accordance with the Indian Reorganization Act.

    4) Copy of the "Law and Order Regulations" approved by the Secretary of the Interior, November 27, 1935.

    5) Copy of the "Code of Ordinances of the Gila River Pima-Maricopa Indian Community".

    6) Printed copies of seventeen charters of incorporation and fifty constitutions and by-laws.

    We are unable to send you copies of the following:

    1) Five charters of incorporation and nine constitutions and by-laws which have been adopted.

    2) Copies of several constitutions and charters which have been submitted for election, or which are in the process of being submitted.

    3) Copies of law and order codes which have been adopted by certain tribes.

    It would place a very excessive demand upon our stenographic force, to supply you with copies of the above. They are, however, available for inspection at this Office.

                                 Sincerely yours,

                                 Commissioner.

Enclosure 1183744

## INDIAN TRIBES UNDER THE I.R.A.

| STATE | AGENCY OR SCHOOL | RESERVATION OR RANCHERIA | TRIBE | TOTAL POPULATION (ESTIMATED) |
|---|---|---|---|---|
| Arizona | Colorado River | Colorado River | Chemehuevi Mojave | 705 |
|  |  | Fort Mojave | Mojave | 432 |
|  |  | Cocapah |  | 32 |
|  |  | Fort Apache | Apache | 2,716 |
|  | Paiute (Utah) | Kaibab | Paiute | 93 |
|  | Phoenix | Camp Verde | Pavapai-Apache | 451 |
|  | Pima | Fort McDowell | Mohave-Apache | 205 |
|  |  | Gila River | Pima-Maricopa | 4,659 |
|  |  | Salt River | Pima | 1,049 |
|  |  | Ak Chin |  | 179 |
|  | San Carlos | San Carlos | Apache | 2,843 |
|  | Sells | Gila Bend | Papago | 228 |
|  |  | San Xavier | Papago | 525 |
|  |  | Papago | Papago | 5,146 |
|  | Truxton Canon | Havasupai | Havasupai | 201 |
|  |  | Truxton Canon |  | 451 |
|  | Hopi | Hopi | Hopi | 2,538 |
| California | Hoopa Valley | Trinidad | Trinidad | 4 |
|  |  | Cresent City |  | 16 |
|  |  | Blue Lake | Blue Lake |  |
|  | Colorado River (Ariz.) | Fort Young | Apache | 819 |
|  | Mission | Capitan Grande Inc. Barona | Capitan Grande Barona | 160 |
|  |  | Cuyapaipe | Cuyapaipe |  |

| STATE | AGENCY OR SCHOOL | RESERVATION OR RANCHERIA | TRIBE | TOTAL POPULATION (ESTIMATED) |
|---|---|---|---|---|
| | | Laguna | | 3 |
| | | La Posta | La Posta | 3 |
| | | Manzanita | | 67 |
| | San Pascual | | | 9 |
| | | Santa Ynez | | 90 |
| | Sacramento | Alexander Valley | | 28 |
| | | Alturas | | 26 |
| | | Big Bend | | |
| | | Big Valley | | 92 |
| | | Cache Creek | | 30 |
| | | Buena Vista | | 4 |
| | | Cedarville (No residents) | | |
| | | Cloverdale | | 40 |
| | | Colusa | | 72 |
| | | Colfax (No residents) | | |
| | | Cortina | | 40 |
| | | Coyote Valley | | 13 |
| | | East Lake (Robinson) | | 46 |
| | | Fort Bidwell | | 180 |
| | | Guideville | | 84 |
| | | Grindstone | | 50 |
| | | Hopland | | 112 |
| | | Jackson | | 3 |
| | | Likely | | 50 |
| | | Lookout | | 24 |
| | | Lytton (No residents) | | |
| | | Manchester | | 93 |

2

REPRODUCED AT THE NATIONAL ARCHIVES

| STATE | AGENCY OR SCHOOL | RESERVATION OR RANCHERIA | TRIBE | TOTAL POPULATION (ESTIMATED) |
|---|---|---|---|---|
| California | Sacramento (con't) | Middletown | | 28 |
| | | Millerton (No residents) | | |
| | | Montgomery Creek | | 14 |
| | | Nevada City | | 56 |
| | | Paskenta | | 52 |
| | | Pinoleville | | 102 |
| | | Potter Valley | | 52 |
| | | Redwood Valley | | 36 |
| | | Rumsey | | 22 |
| | | Santa Rosa | | |
| | | Sebastopal (No residents) | | |
| | | Sheep Ranch | | 1 |
| | | Stewart's Point | | 140 |
| | | Sulphur Banks | | 40 |
| | | Susanville | | 18 |
| | | Strathmore (No residents) | | |
| | | Taylorville | | 4 |
| | | Tuolumne | | 80 |
| | | Tule River | | 188 |
| | | Upper Lake | | 72 |
| | | Wilton | | 26 |
| | | Round Valley | Covelo | 827 |
| Colorado | Con. Ute | Southern Ute | Ute | 380 |
| | | Ute Mountain | Ute | 445 |
| Florida | Seminole | Seminole | Seminole | 520 |

3

| STATE | AGENCY OR SCHOOL | RESERVATION OR RANCHERIA | TRIBE | TOTAL POPULATION (ESTIMATED) |
|---|---|---|---|---|
| Idaho | Coeur d' Alene | Kalispel | Kalispel Cree | 82 |
| | Fort Hall | Fort Hall | Shoshone-Bannock | 1,659 |
| Iowa | Sac and Fox | Sac and Fox | Sac and Fox | 419 |
| Kansas | Potawatomi | Potawatomi | Potawatomi | 956 |
| | | Sac and Fox | Sac and Fox | 99 |
| | | Kickapoo | Kickapoo | 308 |
| | | Iowa | Iowa | 498 |
| Minnesota | Con. Chippewa | White Earth | Chippewa (Minn.) | 8,069 |
| | | Leech Lake | " " | 2,076 |
| | | Fon du Lac | " " | 1,298 |
| | | Bois Fort | " " | 627 |
| | | Grand Portage | " " | 377 |
| | Red Lake | Red Lake | | 1,968 |
| | Pipestone | Pipestone | Lower Sioux ) Granite Falls ) Prairie Island) | 552 |
| Michigan | Great Lakes (Wis.) | L'Anse | | 1,115 |
| | | Bay Mills | | 190 |
| | | Isabella | | 846 |
| | | Hannahville | | 108 |
| | | Ontonagon | | |
| Mississippi | Choctaw | Choctaw Chetimaha (La.) | Choctaw ) Chetimaha) | 1,792 70 |
| Montana | Blackfeet | Blackfeet | Blackfeet | 3,962 |
| | Flathead | Flathead | Conf. Salish & Kootenai | 2,964 |
| | Fort Belknap | Fort Belknap | Assiniboine Gros Ventre | 1,367 |

4

-731-

| STATE | AGENCY OR SCHOOL | RESERVATION OR RANCHERIA | TRIBE | TOTAL POPULATION (ESTIMATED) |
|---|---|---|---|---|
| Montana (con't.) | Rocky Boy's | Rocky Boy's | Chippewa Cree | 676 |
|  | Tongue River | Tongue River | Cheyenne | 1,562 |
| Nebraska | Winnebago | Winnebago | Winnebago | 1,187 |
|  |  | Ponca | Ponca | 392 |
|  |  | Omaha | Omaha | 1,642 |
|  |  | Santee | Santee | 1,277 |
| Nevada | Carson | Fort McDermitt |  | 273 |
|  |  | Pyramid Lake |  | 549 |
|  |  | Summit Lake |  | 64 |
|  |  | Reno-Sparks |  | 190 |
|  |  | Dresslerville | Washoe | 150 |
|  |  | Lovelocks |  | 90 |
|  |  | Winnemucca |  | 50 |
|  |  | Battle Mountain |  | 30 |
|  |  | Elko |  | 80 |
|  |  | Ely |  | 70 |
|  |  | Indian Ranch |  | 20 |
|  |  | Walker River |  | 492 |
|  |  | Yerington | Paiute | 102 |
|  | Paiute (Utah) | Moapa River |  | 156 |
|  |  | Las Vegas Tract |  | 40 |
|  | West. Shoshone | Duck Valley | Shoshone-Paiute | 516 |
| New Mexico | Mescalero | Mescalero | Apache | 722 |
|  | Jicarilla | Jicarilla | Apache | 703 |
|  | United Pueblos | Nambe | Pueblo | 126 |
|  |  | Picuris | " | 117 |

5

| STATE | AGENCY OR SCHOOL | RESERVATION OR RANCHERIA | TRIBE | TOTAL POPULATION (ESTIMATED) |
|---|---|---|---|---|
| New Mexico | United Pueblos (con't) | Pojoaque | Pueblo | 9 |
| | | San Ildefonso | " | 126 |
| | | Santa Clara | " | 400 |
| | | San Juan | " | 561 |
| | | Taos | " | 745 |
| | | Tesuque | " | 123 |
| | | Acoma | " | 1,125 |
| | | Cochiti | " | 305 |
| | | Isleta | " | 1,103 |
| | | Laguna | " | 2,271 |
| | | Sandia | " | 129 |
| | | San Felipe | " | 596 |
| | | Santa Ana | " | 241 |
| | | Santa Domingo | " | 866 |
| | | Sia | " | 189 |
| | | Zuni | " | 2,081 |
| New York | New York | Cornplanter (Penn.) | | 80 |
| North Carolina | Cherokee | Cherokee | Eastern Cherokee | 3,254 |
| North Dakota | Fort Berthold | Fort Berthold | Arikara ) Gros Ventre) Mandan ) | 1,569 |
| | Standing Rock | Standing Rock | Sioux | 3,775 |
| Oregon | Salem | Grand Ronde | Grand Ronde | 356 |
| | Warm Springs | Warm Springs | | 992 |
| | " " | Burns | | 134 |
| South Dakota | Cheyenne River | Cheyenne River | Sioux | 3,288 |
| | Crow Creek | Lower Brule | Sioux | 603 |

6

| STATE | AGENCY OR SCHOOL | RESERVATION OR RANCHERIA | TRIBE | TOTAL POPULATION (ESTIMATED) |
|---|---|---|---|---|
| South Dakota | Flandreau | Flandreau | Santee Sioux | 603 |
| | Pine Ridge | Pine Ridge | Oglala Sioux | 8,370 |
| | Rosebud | Rosebud | Sioux | 6,362 |
| | Rosebud | Yankton | Sioux | 2,018 |
| Texas | Kiowa (Okla.) | Ala. & Coushatta | | 300 |
| Utah | Paiute | Goshute | Goshute | 155 |
| | " | Cedar City | Paiute | 28 |
| | " | Gandy | Paiute | 6 |
| | " | Kanosh | Paiute & Ute | 24 |
| | " | Koosharem | Ute | 30 |
| | " | Las Vegas | | 40 |
| | " | Paiute | Paiute | 19 |
| | " | Shivwitz | Shivwitz | 79 |
| | " | Skull Valley | Goshute | 41 |
| | Uintah & Ouray | Uintah & Ouray | Ute | 1,261 |
| | Fort Hall (Idaho) | Washakie | | 137 |
| Washington | Taholah | Makah | | 403 |
| | | Nisqually | | 63 |
| | | Ozette | | 2 |
| | | Quinaielt | | 1,789 |
| | | Hoh | | 4 |
| | | Quileute | | 242 |
| | | Skokomish | | 189 |
| | | Squaxin Island | Squaxin | 39 |
| | Tulalip | Muckleshoot | Muckleshoot | 200 |
| | | Port Madison | Suquamish | 171 |
| | | Puyallup | Puyallup | 328 |

7

| STATE | AGENCY OR SCHOOL | RESERVATION OR RANCHERIA | TRIBE | TOTAL POPULATION (ESTIMATED) |
|---|---|---|---|---|
| Washington (con't.) | Tulalip | Swinomish | Swinomish | 273 |
| | | Tulalip | Tulalip | 663 |
| | | Clallam | Clallam | 738 |
| | | Nooksak | | 935 |
| | | Skagit-Suiattle | | 205 |
| Wisconsin | Great Lakes | Bad River | Chippewa | 1,211 |
| | | Lac Courte Oreille | " | 1,589 |
| | | Red Cliff | " | 506 |
| | | Potawatomi | " | 388 |
| | | Lac du Flambeau | Lac du Flambeau | 855 |
| | Keshena | Menominee | Menominee | 2,077 |
| | | Oneida | | 3,128 |
| | | Stockbridge | | 600 |

8

REPRODUCED AT THE NATIONAL ARCHIVES



March 18-1937

Honorable John Collier
Commissioner
Office of Indian Affairs
Washington, D. C.

Dear Mr. Collier:

This will acknowledge receipt of the data sent me by messenger, relative to the Indian Reorganization Act.

Thanking you for this favor, I am

       Yours most cordially,

              Elmer Thomas

ET-SS