# EXHIBIT 51

# NORTH FORK RANCHERIA

## SIZE AND LOCATION

The North Fork Rancheria, 80 acres, is located about two miles from the town of North Fork, Madera County, California.

## DESCRIPTION

SE¼NE¼ Section 20, and SW¼NW¼ Section 21, T. 8 S., R. 23 E., Mount Diablo Meridian.

## ESTABLISHED BY

Purchased under authority of the Act of June 30, 1913 (38 Stat. 77, 86).

## TITLE DOCUMENT

Deed dated May 17, 1916

## GRANTOR

Aaron W. Frederick and Caroline E. Frederick, his wife

## GRANTEE

United States of America

## HISTORY

The Indians of the North Fork Rancheria voted, June 10, 1935, to reject the Indian Reorganization Act of June 18, 1934. There is no constitution or charter. Most of the Rancheria is covered with dense brush and a few scattered pine trees. Only a few acres of land are suitable for homesite purposes. Mrs. Susan Johnson, d.o.b. 3-8-1874, was the only resident on the Rancheria when the deed dated March 10, 1961 was delivered April 19, 1961 to her conservator.

AUG 1 8 1976

NOF 3424

NORTH FORK RANCHERIA

| | Original Distributee |
|---|---|
| 80 acres | Mary Williams, Conservator of the Estate of Susan Johnson |

| Assessor's Parcel No. | Ownership as of March 1, 1976 |
|---|---|
| 60-280-10<br>60-280-12 | Alvin McDonald, Conservator of the Estate of *Susan Johnson |

*Original Distributee

Note: Mr. McDonald is the grandson of Susan Johnson

Buildings.

Suitable buildings for the housing of all said exhibits shall be provided by the Panama Pacific International Exposition Company without expense of any kind to the Government of the United States.

Appropriation for exhibits, etc.

For the purpose of inaugurating, installing, maintaining, and returning said Government exhibits, together with all other expenses of every kind connected therewith, $500,000. Said sum shall be paid by the Secretary of the Treasury from time to time under such regulations as he may prescribe.

National Exposition Commission.
Detail of members.
Post, p. 668.

The President of the United States is authorized to detail three civilian officers or employees from the executive departments as members of a commission which is hereby constituted as the National Exposition Commission. One of said commissioners, who shall be the chairman of said commission, shall be detailed from the Department of State. Vacancies in said commission shall be filled in the same manner as original appointments.

Allowances.

Each commissioner shall receive in addition to his original compensation his actual necessary traveling expenses and an allowance of $10 per day in lieu of subsistence.

Secretary, etc.

Said commissioners may appoint a secretary at $2,500 per annum, and the sum of $15,000, or so much thereof as may be necessary, may be expended for clerical, office, and other necessary and actual expenses of said commission.

Authorized to arbitrate disputes between foreign commissioners and Exposition Company.

Said commission shall be authorized and empowered to act as a board of arbitration to settle and determine any and all disputes arising between the commissioners of foreign Governments and the directors of said Panama-Pacific International Exposition, whenever a formal request for such action is made by any foreign commissioner;

Additional duty.

and said National Exposition Commission shall represent the Government of the United States at said exposition in the reception and care of persons officially representing foreign Governments.

Term of service.

Said National Exposition Commissioners shall be detailed not earlier than July first, nineteen hundred and fourteen, and their term of service as said commissioners shall not extend beyond July first, nineteen hundred and sixteen, and the President may terminate said commission at any time after January first, nineteen hundred and sixteen.

Approved, June 23, 1913.

---

June 30, 1913.
[H. R. 1917.]
[Public, No. 4.]

CHAP. 4.—An Act Making appropriations for the current and contingent expenses of the Bureau of Indian Affairs, for fulfilling treaty stipulations with various Indian tribes, and for other purposes, for the fiscal year ending June thirtieth, nineteen hundred and fourteen.

Indian Department appropriations.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following sums be, and they are hereby, appropriated, out of any money in the Treasury not otherwise appropriated, for the purpose of paying the current and contingent expenses of the Bureau of Indian Affairs, for fulfilling treaty stipulations with various Indian tribes, and in full compensation for all offices the salaries for which are provided for herein for the service of the fiscal year ending June thirtieth, nineteen hundred and fourteen, namely:

Surveying, allotting in severalty, etc.
Vol. 24, p. 388.

For the survey, resurvey, classification, appraisement, and allotment of lands in severalty under the provisions of the Act of February eighth, eighteen hundred and eighty-seven, entitled "An Act to provide for the allotment of lands in severalty to Indians," and under any other Act or Acts providing for the survey and allotment of lands in severalty to Indians; and for the survey and subdivision of Indian reservations and lands to be allotted to Indians under

Surveying reservations, etc., for allotment.

by the said States, or by the county of Yuma, in the State of Arizona, and the county of Imperial, in the State of California, of at least two-thirds of the cost of said bridge; and that the proper authorities of the said States assume full responsibility for and will at all times maintain and repair said bridge and the approaches thereto: *And provided further*, That the bridge shall be built in accordance with the provisions of the Act entitled "An Act to regulate the construction of bridges over navigable waters," approved March twenty-third, nineteen hundred and six.

Construction, etc. Vol. 34, p. 84.

Navajo Indians. Establishing day and industrial schools. Vol. 15, p. 669.

For the purpose of enabling the Secretary of the Interior to carry into effect the provisions of the sixth article of the treaty of June eighth, eighteen hundred and sixty-eight, between the United States and the Navajo Nation or Tribe of Indians, proclaimed August twelfth, eighteen hundred and sixty-eight, whereby the United States agrees to provide school facilities for the children of the Navajo Tribe of Indians, the sum of $100,000, or so much thereof as may be necessary, is hereby appropriated, out of any funds in the Treasury not otherwise appropriated. In carrying out the authority hereby conferred the said Secretary may expend said funds, in his discretion, in establishing day schools or industrial schools, tribal habits and climatic conditions being considered, suitable for the education of said Indians.

Water supply.

For the development of a water supply for the Navajo Indians, $15,000, to be immediately available and to remain available until expended.

California.

## CALIFORNIA.

Support, etc., of Indians in.

Sec. 3. For support and civilization of Indians in California, including pay of employees, and for the purchase of small tracts of land situated adjacent to lands heretofore purchased, and for improvements on lands for the use and occupancy of Indians in California, $57,000.

Sherman Institute.

For support and education of five hundred and fifty Indian pupils at the Sherman Institute, Riverside, California, and for pay of superintendent, $94,350; for general repairs and improvements, $10,000; in all, $104,350.

Yuma Reservation irrigation system. Advances. Vol. 36, p. 1063.

For reclamation and maintenance charge on Yuma allotments, $40,000, to be reimbursed from the sale of surplus lands or from other funds that may be available, in accordance with the provisions of the Act of March third, nineteen hundred and eleven.

Fort Bidwell School.

For support and education of one hundred and twenty-five Indian pupils at the Fort Bidwell Indian School, California, and for repairs and improvements, $20,000.

Greenville School.

For support and education of one hundred Indian pupils at the Greenville Indian School, California, and for repairs and improvements, $20,000; new buildings, $10,000; in all, $30,000.

Hoopa Valley Reservation. Wagon road. Vol. 35, p. 77.

For completing the construction of the wagon road on the Hoopa Valley Indian Reservation, in the county of Humboldt, State of California, and for the purpose of repairing that part of said road already constructed under the provisions of the Act of April thirtieth, nineteen hundred and eight, $5,000, to be expended under the direction of the Secretary of the Interior.

Florida.

## FLORIDA.

Relief of Seminoles. Use of balance. Vol. 36, p. 1063.

Sec. 4. That the unexpended balance of the appropriation of $10,000 "for relief of distress among the Seminole Indians in Florida, and for purposes of their civilization," made in the Indian appropriation Act approved March third, nineteen hundred and eleven, is hereby reappropriated and made available.



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
PORTLAND AREA OFFICE
POST OFFICE BOX 3785
PORTLAND, OREGON 97208

IN REPLY REFER TO:
Titles & Records

August 26, 1980

Pursuant to Title 28, section 1733, United States Code, I hereby certify that each annexed paper is a true copy of a document comprising part of the official records of the Bureau of Indian Affairs, Department of the Interior, in my custody: Deed dated May 17, 1916, to the United States of America for land included in North Fork Rancheria.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name, and caused the seal of the Bureau of Indian Affairs to be affixed on the day and year first above written.

Harlow Nasewytewa
(Signature)

Chief, Titles and Records

Certifying Officer
(Title)

consideration of the sum of Five Hundred Fifty Dollars . . . and the

Witness my hand and official seal the day and year in this certificate first ab[ove] written.

(Seal)

A. E. M[illegible]
No[tary Pub]lic for Washington

My commission exp[ires] [illegible]

[illegible] [of] the land described [illegible] said deed [illegible] to that effect [illegible] from [illegible] D.

[illegible] Meachem, and Jennie Meachem [illegible] of the County Auditor of Yakima [illegible] page 340; it being expressly un[derstood] [illegible] not to be construed as warranting [illegible] grantors to said land as heirs of said Mary and [illegible] their right to convey as such heirs or representatives of [illegible] merely given to comply so far as may be necessary with said provisions of the deed of November 11th 1910 aforesaid.

E. B. Merritt
Assistant Commissioner

This Indenture Made the 7th day of May, one thousand nine hundred and sixteen Between Aaron H. Frederick and Caroline E. Frederick (his wife) of the County of [illegible], State of [illegible] the parties of the first part and the United States of America, the party of the second part Witnesseth, That the parties of the first part and in consideration of the sum of Five Hundred Fifty Dollars lawful money of the United States of America to [illegible] in hand

paid by the said party of the second part, the receipt whereof is hereby acknowledged, do by these presents grant, bargain, sell, convey and confirm unto the said party of the second part, and to its heirs and assigns forever, all that real property situate in the County of Madera, State of California, described as follows, to wit: The Southeast quarter of the northeast quarter (SE¼ of NE¼) of section twenty (20) and the southwest quarter of the northwest quarter (SW¼ NW¼) of section twenty-one (21) in township eight (8) south of range twenty-three (23) east, Mount Diablo Base and Meridian. Together with all water rights and privileges acquired for or used upon said land and also all rights and privileges to the water now belonging to said land, whether acquired by or through irrigation or other source. Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the rents, issues and profits thereof.

To Have and to Hold all and singular the above mentioned and described premises together with the appurtenances unto the said party of the second part, and to its heirs and assigns forever. And the said parties of the first part, and their heirs, the said premises in the quiet and peaceable possession of the said party of the second part, its heirs and assigns, against the said parties of the first part, and their heirs and against all and every person and persons whomsoever lawfully claiming or to claim the same, shall and will Warrant, and by these presents forever Defend.

In Witness Whereof, the said parties of the first part have hereunto set their hands and seals the day and year first above written.

Signed, Sealed and Delivered in the presence of

Warren W. Frederick (Seal)
Caroline E. Frederick (Seal)

State of California } ss
County of Madera }

On this 20th day of June in the year one thousand nine hundred and sixteen before me E. F. Franklin a Notary Public in and for the said County, personally appeared Warren W. Frederick and Caroline E. Frederick his wife known to me to be the persons whose names are subscribed to the within instrument and they duly acknowledged to me that they executed the same.

In Witness Whereof I have hereunto set my hand and

240

affixed my Official Seal, at my office in the said County of Madera the day and year in this certificate first above written

J. F. Franklin
Notary Public in and for the said County of Madera State of California

1033 / 1916

134 1313

This Indenture, made this ... day of November, in the year of our Lord one thousand nine hundred and ten between Inez E. Coburn and A. C. Coburn, her husband of Yakima County, State of Washington the parties of the first part and Mary ... the party of the second part

Witnesseth that the said parties of the first part for and in consideration of the sum of ... Twenty Five and 50/100 ($25.50) Dollars lawful money of the United States ... paid by the ... of the second part ... grant bargain sell ...

land ... authority from said Commissioner of Indian ... White Swan, according to the official plat thereof ... the office of the Auditor of Yakima County, ... with the appurtenances To Have and to Hold the said ... unto the said party of the second part and to her heirs and assigns forever. As part of the consideration of this conveyance it is agreed between the parties hereto that no intoxicating liquors of any kind shall ever be manufactured, sold or otherwise disposed of as a beverage, on any place of public resort on said premises. It is further expressly declared, in case this condition is broken ...

... and with the ... said day, the said ... administrators, all ... sealed and granted ... party of the second part ... person or persons whomsoever ... any part thereof ... will Warrant and ...

In Witness Whereof ... their hands and ...

Signed, Sealed and delivered ... S. Coleman ... Ralph Bailey

State of Washington
County of Yakima
This is to certify ... the undersigned ... Washington, duly commissioned ... Coburn and A. C. Coburn ... described ... acknowledged to me ... free and voluntary act ... mentioned.
Witness my hand and ... certificate first above ...

1714 ... This Indenture ... Lord one thousand ...