IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STAND UP FOR CALIFORNIA!, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:12-cv-02039-BAH<br>　Consolidated with:<br>　Civil Action No. 1:12-CV-02071-BAH<br><br>Honorable Beryl A. Howell |
| PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiffs Stand Up For California!, Madera Ministerial Association, Rev. Randall Brannon, Rev. Dennis Sylvester, First Assembly of God-Madera, and Susan Stjerne (collectively "Plaintiffs") by and through their undersigned counsel of record, hereby submit this Motion for Leave to File First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a), Local Civil Rule 15.1, and Local Civil Rule 7.[1]

Plaintiffs seek to make the following amendments to their original complaint:

---

[1] Pursuant to Local Civil Rule 7(i), an original of the proposed amended complaint is attached as Exhibit A. Also attached as Exhibit B is a redline that illustrates the differences between plaintiff's pending complaint and the proposed First Amended Complaint.

1. Plaintiffs seek to amend their claim for relief under the IGRA and APA, by adding allegations that the Governor of California lacked authority under California law to concur in the Secretary's two-part determination, and by adding allegations clarifying the grounds upon which plaintiffs challenge the Secretary's action under the IGRA and APA.

2. Plaintiffs seek to drop their original second claim for relief.

3. Plaintiffs seek to add a new claim for relief under the Clean Air Act, by adding allegations that defendants violated section 176 of the Clean Air Act, 42 U.S.C. §7506.

4. Plaintiffs seek to make minor clarifications to the language of existing claims and have attached as Exhibit B a redline that illustrates all proposed changes.

Counsel for plaintiffs has discussed this motion with opposing counsel as required by Local Civil Rule 7(m). On May 31, 2013, plaintiffs' counsel sent defendants' counsel a redline illustrating the proposed changes, and asked defendants' counsel whether they would stipulate to the filing of the amended complaint. Plaintiffs' counsel discussed the issue with defendants' counsel on June 4, 2013. On June 11, 2013, counsel for the federal defendants responded that the federal defendants will not oppose this motion, subject to their reservation of all defenses to the claims and allegations in the proposed First Amended Complaint. On June 12, 2013, counsel for the North Fork Rancheria of Mono Indians (the "North Fork Tribe") responded that the North Fork Tribe would not oppose this motion, subject to certain conditions, which conditions are not agreeable to plaintiffs. Accordingly, plaintiffs believe that the North Fork Tribe will oppose this motion.

Plaintiffs request oral argument on this motion.

For the reasons stated in the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Leave to File First Amended Complaint, plaintiffs' motion should be granted.

Dated: June 12, 2013

By: /s/ *Sean M. Sherlock*
/s/ *Benjamin S. Sharp*

Benjamin S. Sharp (D.C. 211623)
Elisabeth C. Frost (D.C. 1007632)
PERKINS COIE, LLP
700 Thirteenth Street, N.W.
Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
BSharp@perkinscoie.com
EFrost@perkinscoie.com

Heidi McNeil Staudenmaier
(*Admitted Pro Hac Vice*)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren Street
Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6366
Facsimile: 602.382.6070
HStaudenmaier@swlaw.com

Sean M. Sherlock
(*Admitted Pro Hac Vice*)
Harsh P. Parikh
(*Admitted Pro Hac Vice*)
SNELL & WILMER L.L.P.
Plaza Tower
600 Anton Boulevard
Suite 1400
Costa Mesa, California 92626
Telephone: 714.427.7000
Facsimile: 714.427.7799
ssherlock@swlaw.com
hparikh@swlaw.com

***Attorneys for Plaintiffs Stand Up For California!, Randall Brannon, Madera Ministerial Association, Susan Stjerne, First Assembly of God–Madera, and Dennis Sylvester***

17051032.2