**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **STAND UP FOR CALIFORNIA!, et al.,** | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| **PICAYUNE RANCHERIA OF THE** | ) | |
| **CHUKCHANSI INDIANS,** | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 1:12-cv-02039-BAH** |
| | ) | **Case No. 1:12-cv-02071-BAH** |
| | ) | Judge Beryl A. Howell |
| **UNITED STATES DEPARTMENT OF THE** | ) | |
| **INTERIOR, et al.,** | ) | |
| *Defendants,* | ) | |
| | ) | |
| **NORTH FORK RANCHERIA OF** | ) | |
| **MONO INDIANS** | ) | |
| *Intervenor-Defendant* | ) | |

**Unopposed Motion for Enlargement of Time to Respond to
Stand Up for California's Motion to Compel Production of a Privilege Index
and to Supplement the Administrative Record**

The United States Department of the Interior, et al., ("Federal Defendants")

respectfully requests that the Court grant its motion for a 14-day  enlargement of time,

until August 12th, 2013, within which any party may file a response to the motion to

compel production of a privilege index and to supplement the administrative record filed

by Stand Up for California!, et al. ("Stand Up!").  In support of this motion Federal

Defendants show the following:

1.      On July 10,  2013, Stand Up! filed its motion to compel production of a

        privilege index and to supplement the administrative record.

2.      Responses to the motion to compel production of a privilege index and to

supplement the administrative record are currently due July 29, 2013.

3.      Federal Defendants request a 14-day extension of time, for itself and any

party, within which to file a response to the motion to compel production of

a privilege index and to supplement the administrative record.

4.      This is Federal Defendants' first request for an extension of time.

5.      Federal Defendants request this extension because, since July 10, the date

Stand Up! filed its motion,  a) key agency personnel have been unavailable

for many days, due to annual leave; b) counsel for the United States have

been on medical leave for several days; and c) at other times, counsel for

the United States have been on annual leave.

6.      Pursuant to Local Civil Rule 7(m) Federal Defendants have conferred with

all parties concerning this motion.  Counsel for Stand Up!, Picayune

Rancheria of the Chukchansi Indians, and the North Fork Rancheria of

Mono Indians indicated that they do not oppose this motion.

Federal Defendants respectfully request that the Court grant this unopposed motion

for an extension of time.

Dated:          July 26, 2013              Respectfully submitted,


                                           ROBERT G. DREHER
                                           Acting Assistant Attorney General
                                           United States Department of Justice
                                           Environment and Natural Resources Division


                                           Respectfully submitted,


                                           /s/ *Joseph Nathanael Watson*
                                           J. NATHANAELWATSON
                                           Georgia Bar #212038
                                           GINA L. ALLERY
                                           DC Bar #485903
                                           Indian Resources Section
                                           Natural Resources Section
                                           U.S. Department of Justice
OF COUNSEL:                                Environment and Natural Resources Division
Jennifer L. Turner                         P.O. Box 7611
Rebecca M. Ross                            Ben Franklin Station
United States Department of the Interior   Washington, D.C. 20044-7611
Office of the Solicitor                    Tel:  (202) 305-0475
1849 C Street NW                           Joseph.Watson@usdoj.gov
Washington, D.C. 20240                     Gina.allery@usdoj.gov

                                           *Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

        I hereby certify that on the 26th day of July, 2013, I electronically filed the foregoing document with the clerk of court by using the CM/ECF system which will send notice of electronic filings to all counsel of record.  Copies of the Administrative Record and this Filing will be sent to all counsel of record:


Dated:          July 26, 2013              Respectfully submitted,


                                           /s/ *Joseph Nathanael Watson*
                                           J. NATHANAELWATSON
                                           Georgia Bar #212038

- 3 -