**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STAND UP FOR CALIFORNIA!, et al.,** )<br>     *Plaintiffs,* )<br>) <br>**PICAYUNE RANCHERIA OF THE** )<br>**CHUKCHANSI INDIANS,** )<br>     *Plaintiffs,* )<br>)<br>   v. )<br>)<br>)<br>)<br>**UNITED STATES DEPARTMENT OF THE** )<br>**INTERIOR, et al.,** )<br>     *Defendants,* )<br>)<br>**NORTH FORK RANCHERIA OF** )<br>**MONO INDIANS** )<br>     *Intervenor-Defendant.* ) | <br><br><br><br><br><br><br>**Case No. 1:12-cv-02039-BAH**<br>**Case No. 1:12-cv-02071-BAH**<br>**Judge Beryl A. Howell** |

**FEDERAL DEFENDANTS' MOTION FOR**
**STAY OF LITIGATION AND PARTIAL REMAND**

  Federal Defendants request that this matter be stayed for 90 days from the date of the Court's decision of this motion. The Federal Defendants also request a remand of the Clean Air Act conformity determination made by the Federal Defendants prior to taking the action challenged in this litigation: accepting a parcel of land into trust status on behalf of the North Fork Rancheria of Mono Indians ("Tribe"). The Federal Defendants have concluded that they have no documentation to establish that they complied with one of the two regulations requiring that notice be provided of the draft and final conformity determinations. The Court should require the Federal Defendants to file either a status report or a notice that the remand as been completed, as well as any supplemental administrative record, no later than 90 days after the Court issues an order deciding the Federal Defendants' motion.

The requested stay and remand will allow the Federal Defendants to complete compliance with the notice requirements, thereby resolving an issue raised by Plaintiffs without consuming any of the Court's time.  The remand should be without vacatur, however, to avoid the disruption and burden that could result from an order that could require the Federal Defendants to undo their acceptance of the land in trust status for the Tribe.

The Federal Defendants contacted the other parties to ascertain their position on this motion.  The parties that responded to this inquiry have stated that they take no position at this point, but will file a response.

Respectfully submitted,

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources
 Division

/s/ *Eileen T. McDonough*
J. NATHANAEL WATSON
Georgia Bar #212038
GINA L. ALLERY
DC Bar #485903
EILEEN T. MCDONOUGH
Indian Resources Section
Natural Resources Section
Environmental Defense Section
U.S. Department of Justice

OF COUNSEL:
James V. DeBergh
Rebecca M. Ross
United States Department of the Interior
Office of the Solicitor
1849 C Street NW
Washington, D.C. 20240

Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Tel:  (202) 305-0475
Joseph.Watson@usdoj.gov
Gina.allery@usdoj.gov
Eileen.McDonough@usdoj.gov

*Attorneys for Federal Defendants*