UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STAND UP FOR CALIFORNIA!, et al.,       ) | |
|         *Plaintiffs,*       ) | |
| ) | |
| PICAYUNE RANCHERIA OF THE       ) | |
| CHUKCHANSI INDIANS,       ) | |
|         *Plaintiffs,*       ) | |
| ) | |
| v.       ) | |
| ) | Case No. 1:12-cv-02039-BAH |
| ) | Case No. 1:12-cv-02071-BAH |
| ) | Judge Beryl A. Howell |
| UNITED STATES DEPARTMENT OF THE       ) | |
| INTERIOR, et al.,       ) | |
|         *Defendants,*       ) | |
| ) | |
| NORTH FORK RANCHERIA OF       ) | |
| MONO INDIANS       ) | |
|         *Intervenor-Defendant*       ) | |

**Motion for Enlargement of Time For All Parties Respond to
Stand Up for California's Motion to Supplement the Record
and Compel Production of a Privilege Log**

The United States Department of the Interior, et al., ("Federal Defendants") respectfully requests that the Court grant its motion for a 14-day enlargement of time to respond to the Motion to Supplement the Record and Compel Production of a Privilege Log filed by Stand Up for California!, et. al ("Stand Up"). The extension of time would apply to all parties, including the North Fork Rancheria of Mono Indians.

1. On July 10, Stand Up filed the Motion to Supplement the Record and Compel Production of a Privilege Log.

2. Responses to the Motion to Supplement the Record and Compel Production

- 1 -

are due August 12, 2013. This is Federal Defendant's third request for an extension of time as to this motion. If the motion is granted, the deadline for all parties to file a response to Stand Up's Motion to Supplement the Record and Compel Production of a Privilege Log will be August 26.

3. On August 1, 2013, Federal Defendants filed a motion to stay the litigation and for partial remand to address the Clean Air Act conformity determination. Responses are due September 3, 2013.

4. This extension is necessary based on counsel's case load and the need to identify all of the documents Plaintiffs wish to add to the record.

5. Pursuant to Local Civil Rule 7(m) Federal Defendants have conferred with all parties concerning this motion. Counsel for Stand Up!, Picayune Rancheria of the Chukchansi Indians, and the North Fork Rancheria of Mono Indians indicated that they do not oppose this motion.

Federal Defendants respectfully request that the Court grant this unopposed motion for an extension of time which will extend the time, for all parties, to file a response to Stand Up's Motion to Supplement the Record and Compel Production of a Privilege Log.

Dated:   August 11, 2013     Respectfully submitted,

           ROBERT G. DREHER
           Acting Assistant Attorney General
           United States Department of Justice
           Environment and Natural Resources Division

           Respectfully submitted,

           /s/ *Joseph Nathanael Watson*
           J. NATHANAELWATSON
           Georgia Bar #212038
           GINA L. ALLERY
           DC Bar #485903
           Indian Resources Section
           Natural Resources Section
           U.S. Department of Justice

<u>OF COUNSEL</u>:     Environment and Natural Resources Division
Jennifer L. Turner     P.O. Box 7611
Rebecca M. Ross     Ben Franklin Station
United States Department of the Interior     Washington, D.C. 20044-7611
Office of the Solicitor     Tel:  (202) 305-0475
1849 C Street NW     Joseph.Watson@usdoj.gov
Washington, D.C. 20240     Gina.allery@usdoj.gov

           *Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 11th day of August, 2013, I electronically filed the foregoing document with the clerk of court by using the CM/ECF system which will send notice of electronic filings to all counsel of record.  Copies of the Administrative Record and this Filing will be sent to all counsel of record:

Dated:   August 11, 2013     Respectfully submitted,

           /s/ *Joseph Nathanael Watson*
           J. NATHANAELWATSON
           Georgia Bar #212038